GREENBAUM, ROWE, SMITH & DAVIS LLP
75 Livingston Avenue, Suite 301
Roseland, New Jersey 07068-3701
(973) 535-1600
Attorneys for Defendant,
RCI, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVIS GAMBERS,<br><br>               Plaintiff,<br><br>v.<br><br>THE CROWN PARADISE HOTELS, THE CROWN PARADISE CLUB, MARINA DE ORO, RESORTS CONDOMINIUMS INTERNATIONAL, LLC., FN REALTY SERVICES, INC.<br><br>               Defendants. | Civil Action No.: _____<br><br>**FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for RCI, LLC, hereby certifies that Wyndham Worldwide Corporation, a publicly traded corporation, indirectly owns more than 10% of RCI, LLC.

                              **GREENBAUM, ROWE, SMITH & DAVIS, LLP.**
                              Attorneys for Defendant:
                              RCI, LLC

                              By _C. Brian Kornbrek_____
                                 C. BRIAN KORNBREK – CK0987

Dated: June 5, 2007

916213.01