UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TRAVIS GAMBERS,

                       Plaintiff,

   -against-

THE CROWN PARADISE HOTELS,
THE CROWN PARADISE CLUB,
MARINA DE ORO, RESORTS
CONDOMINIUMS INTERNATION, LLC,
FN REALTY SERVICES, INC.,

                    Defendants.
-------------------------------------------------------------X

Civil Action No. 1:07-cv-04841-BSJ

**JURY DEMAND**

      **PLEASE TAKE NOTICE**, that pursuant to Rule 38 of the Federal Rules of Civil Procedure, plaintiff, TRAVIS GAMBERS, hereby demands a jury trial with respect to all issues in this action.

Dated: New York, New York
       July 11, 2007

                              ZAREMBA BROWNELL & BROWN PLLC

     By: _____
                            Brian M. Brown (BMB9021)
                            Attorneys for Plaintiff
                            TRAVIS GAMBERS
                            40 Wall Street, 28th Floor
                            New York, New York 10005
                            (212) 400-7226

TO:   C. Brian Kornbrek, Esq.
       GREENBAUM, ROWE, SMITH & DAVIS LLP
       Attorneys for Defendant
       RCI
       75 Livingston Avenue, Suite 301
       Roseland, New Jersey 07068
       (973) 535-1600

**THE CROWN PARADISE HOTELS**
Avenida De Las Garzas 1
PO Box 78
Puerto Vallarta, JAL 48300 Mexico

**THE CROWN PARADISE HOTELS**
Avenidas De Las Garzas S/N
Puerto Vallarta, JAL 48333 Mexico

**THE CROWN PARADISE HOTELS**
PO Box 5025
Downey, CA 90241

**THE CROWN PARADISE CLUB**
Avenida De Las Garzas 1
PO Box 78
Puerto Vallarta, JAL 48300 Mexico

**THE CROWN PARADISE CLUB**
Avenidas De Las Garzas S/N
Puerto Vallarta, JAL 48333 Mexico

**THE CROWN PARADISE CLUB**
PO Box 5025
Downey, CA 90241

**MARINA DE ORO**
Avenida De Las Garzas 1
PO Box 78
Puerto Vallarta, JAL  48300 Mexico

**FN REALTY SERVICES INC**
116 N. Maryland Avenue
Lower Level
Glendale, CA 91206

**FN REALTY SERVICES INC**
116 N. Maryland Avenue
Lower Level
Glendale, CA 91206

**FN REALTY SERVICES INC**
35 North Lake Avenue
Pasadena, CA 91101