UNITED STATES DISTRICT COURT

<u>SOUTHERN</u>　　　　DISTRICT OF　　<u>NEW YORK</u>

-----------------------------------------------------------X

TRAVIS GAMBERS,

　　　　　　　Plaintiff,

　-against-

THE CROWN PARADISE HOTELS,
THE CROWN PARADISE CLUB,
MARINA DE ORO, RESORTS
CONDOMINIUMS INTERNATION, LLC,
FN REALTY SERVICES, INC.,

　　　　　　　Defendants.
-----------------------------------------------------------X

**A P P E A R A N C E**

Case Number 1:07-cv-04841-BSJ

To the Clerk of this Court and all parties of record:

　Enter my appearance as counsel in this case for

　Plaintiff – TRAVIS GAMBERS

I certify that I am admitted to practice in this Court.

Dated: August 3, 2007

　　　　　　　　　　　　　ZAREMBA BROWNELL & BROWN PLLC

　　　　　　　　By:　_____
　　　　　　　　　　　　Brian M. Brown (BMB9021)
　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　TRAVIS GAMBERS
　　　　　　　　　　　　40 Wall Street, 28th Floor
　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　(212) 400-7226