Alice Spitz, Esq. (AS5155)
MOLOD SPITZ & DeSANTIS, P.C.
104 West 40th Street, 9th Floor
New York, New York 10018-3617
Tel: (212) 869-3200
Fax: (212) 869-4242
Email: aspitz@molodspitz.com
*Attorneys for Defendant LATINOAMERICANA
DE HOTELES, S.A. DE C.V. s/h/a THE CROWN
PARADISE HOTELS, THE CROWN PARADISE
CLUB and MARINA DE ORO*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TRAVIS GAMBERS,

                    Plaintiff,                    Civil Action No.:
                                                    1:07-cv-04841-BSJ

   -against-

THE CROWN PARADISE HOTELS, THE              **RULE 7.1 STATEMENT**
CROWN PARADISE CLUB, MARINA DE
ORO, RESORTS CONDOMINIUMS
INTERNATIONAL, LLC., FN REALTY
SERVICES, INC.,

                    Defendants.
------------------------------------------------------------------------X

     Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for LATINOAMERICANO DE HOTELES, S.A. DE C.V. s/h/a THE CROWN PARADISE HOTELS, THE CROWN PARADISE CLUB and MARINA DE ORO, a private, non-governmental party, certifies that it is operated by the Mexican corporation, Grupo Operador Hotelero, and that it has no corporate parents, affiliates or subsidiaries of said party, which are publicly held.

Dated: New York, New York
       August 3, 2007

                                      MOLOD SPITZ & DeSANTIS, P.C.
                                      Attorneys for Defendant
                                      LATINOAMERICANO DE HOTELES, S.A. DE C.V.
                                      s/h/a THE CROWN PARADISE HOTELS, THE
                                      CROWN PARADISE CLUB and MARINA DE ORO

                                      By:_____
                                          ALICE SPITZ (AS5155)

TO:

ZAREMBA BROWNELL & BROWN PLLC
Attorneys for Plaintiff
40 Wall Street, 28th Floor
New York, NY 10004
By: Brian M. Brown, Esq. (BMB9021)
Tel: (212) 400-7226
Fax: (646-512-5607
Email: bbrown@zbblaw.com

GREENBAUM, ROWE, SMITH & DAVIS LLP
Attorneys for Defendant
RCI, LLC
75 Livingston Avenue, Suite 301
Roseland, New Jersey 07068-3701
Tel: (973) 535-1600
By: C. Brian Kornbrek, Esq. (CK0987)

FN REALTY SERVICES, INC.
116 N. Maryland Avenue
Lower Level
Glendale, CA 91206

FN REALTY SERVICES, INC.
35 North Lake Avenue
Pasadena, CA 91101