## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2007, a copy of the foregoing RULE 7.1 STATEMENT was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court CM/ECF system.

TO:

ZAREMBA BROWNELL & BROWN PLLC
Attorneys for Plaintiff
40 Wall Street, 28th Floor
New York, NY 10004
By: Brian M. Brown, Esq. (BMB9021)
Tel: (212) 400-7226
Fax: (646-512-5607
Email: bbrown@zbblaw.com

GREENBAUM, ROWE, SMITH & DAVIS LLP
Attorneys for Defendant
RCI, LLC
75 Livingston Avenue, Suite 301
Roseland, New Jersey 07068-3701
Tel: (973) 535-1600
By: C. Brian Kornbrek, Esq. (CK0987)

FN REALTY SERVICES, INC.
116 N. Maryland Avenue
Lower Level
Glendale, CA 91206

FN REALTY SERVICES, INC.
35 North Lake Avenue
Pasadena, CA 91101

_____
ALICE SPITZ (AS 5155)