UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TRAVIS GAMBERS,

                             Plaintiff,

            -against-

THE CROWN PARADISE HOTELS,
THE CROWN PARADISE CLUB,
MARINA DE ORO, RESORTS
CONDOMINIUMS INTERNATION, LLC,
FN REALTY SERVICES, INC.,

                             Defendants.
-------------------------------------------------------------X

Civil Action No. 1:07-cv-04841-BSJ

**DISCLOSURE PURSUANT TO**
**F.R.C.P 26(a)(1)**

Plaintiff, TRAVIS GAMBERS, by and through his attorneys ZAREMBA BROWNELL

& BROWN PLLC, as and for his Disclosure pursuant to the provisions of the Federal Rules of

Civil Procedure, Rule 26, states as follows upon information and belief:

## MEDICAL RECORDS

Enclosed herewith please find true and accurate copies of plaintiff's medical records,

along with authorizations to enable defendants to obtain same from the following providers:

- Dr. Rodolfo Medina Hernandez
  Basilio Badillo 365 1 er. Piso Col. Emiliano Zapata C.P. 48380
  Puerto Vallarta, Jal. MEXICO

- Hospital CMQ de Vallarta
  Basilio Badillo 365 1 er. Piso Col. Emiliano Zapata C.P. 48380
  Puerto Vallarta, Jal. MEXICO

- Hospital San Javier Marina
  Blvd. Fco. Medine Ascencio 2760
  Zona Hotelera Nte C.P. 48333
  Puerto Vallarta Jal, MEXICO

- Dr. Stuart Katchis
  130 East 77th Street, 12th Floor
  New York, New Yoerk 10021

- Recovery Physical Therapy, P.C.
  3276 Westchester Avenue, 2nd Floor
  Bronx, New York 10461

## WITNESSES

The plaintiff is currently not aware of any witnesses to his accident, other than himself and two cleaning personnel (names unknown), who were employed by the defendants, Crown Paradise Club, Crown Paradise Hotels and/or Marina de Oro. In addition, immediately following the accident, plaintiff was tended to by The Crown Paradise Hotel/Crown Paradise Beach Club's manager and a physician employed by the defendants.

## COMPUTATION OF DAMAGES SOUGHT

Pursuant to Rule 26(a)(1)(C), plaintiff's preliminary computation of damages include, but are not limited to:

- Bimalleolar fracture of the tibia and fibula of plaintiff's left ankle and leg, with insertion of hardware (screws and plates);

- Open reduction internal fixation surgery with insertion of screws and plates to plaintiff's left leg and ankle with internal fixation of the lateral and malleioli on September 27, 2006 at Hospital CMQ de Vallarta in Puerto Vallarta, Mexico;

- Minimally displaced fracture fragment of the distal fibula;

- Nerve damage to the saphenous nerve (on top of the foot) with significant numbness and loss of feeling, loss of use in his left foot, ankle and lower leg;

- Significant decreased range of motion in his left foot, ankle and leg;

- Severe pain and swelling on his left ankle, foot and lower leg;

- Difficulty weight bearing on his left foot, leg and ankle;

- Arthritic changes in his ankle;

- Permanent limited range of motion to his left foot, leg and ankle;

- Atrophy of left leg and foot muscles; and

- Plaintiff will require future surgery to remove hardware.

Plaintiff incurred medical expenses for his treatment in Mexico of approximately $8,5000.00. Annexed hereto, please find copies of hospital bills for medical treatment while in Mexico. In addition, plaintiff has and continues to incur various outstanding medical expenses including co-pays for his treatment with Dr. Rodolfo Medina Hernandez, Dr. Katchis and with Recovery Physical Therapy, P.C. These expenses are ongoing and will be computed at a later date.

Plaintiff will require a future surgery to remove the hardware in an effort to relieve some of the pain he suffers, in hopes of increasing his range of motion.

**PLEASE TAKE NOTICE**, that plaintiff reserves the right to supplement the foregoing responses as information becomes available, up to and including the time of trial.

Dated: New York, New York
      August 3, 2007

                ZAREMBA BROWNELL & BROWN PLLC

         By:

                Brian M. Brown (BMB9021)
                Attorneys for Plaintiff
                TRAVIS GAMBERS
                40 Wall Street, 28th Floor
                New York, New York 10005
                (212) 400-7226

TO:   TO:   Alice Spitz, Esq.
        MOLOD, SPITZ & DESANTIS, P.C.
        Attorneys for Defendants
        MARINA DE ORO, THE CROWN PARADISE HOTEL
        and THE CROWN PARADISE BEACH CLUB
        104 West 40th Street
        New York, New York 10018

C. Brian Kornbrek, Esq.
GREENBAUM, ROWE, SMITH & DAVIS LLP
Attorneys for Defendant
RCI
75 Livingston Avenue, Suite 301
Roseland, New Jersey 07068
(973) 535-1600

# Dr. Rodolfo Medina Hernández

TRAUMATOLOGIA , ORTOPEDIA Y REHABILITACION
Certificado por el Consejo Mexicano de Ortopedia y Traumatología
REG. MED. 1785945

Puerto Vallarta a 27 de septiembre del 2006

**Reporte Médico**

**Nombre;** Gambers Travis    **Edad;** 58 años

**Fecha de atención:** 26 de septiembre del 2006
**Fecha de Cirugia:** 26/27 de septiembre del 2006
**Fecha de alta hospitalaria:** 27 de septiembre del 2006

**Antecedentes:** Se refiere Diabético, Hipertenso, con Epilepsia, con prótesis total de cadera izquierda, no refiere alergias a medicamentos, resto sin importancia para el padecimiento actual.

**Padecimiento actual;** Refiere el paciente que unos minutos antes de su revision sufre inversión forzada del pie izquierdo.

**Exploración Física:** Paciente conciente, ubicada en tiempo y espacio, con signos vitales hipertensión, con severo dolor, tumefacción, deformidad y limitación funcional del tobillo izquierdo.

**Diagnostico;**
1. **Fractura Bimaleolar del tobillo izquierdo, desplazado y sub-luxado**

**Nota:** El paciente fue tratado quirúrgicamente de su fractura pero actualmente se encuentra en buen estado físico y mental para realizar su vuelo de regreso por línea aérea comercial a los Estados Unidos de América y solo se recomienda brindarle las debidas consideraciones durante su regreso.

Dr. Rodolfo Medina H.

Consultorio CMQ Hospital
Basilio Badillo 365 1er. piso Col. Emiliano Zapata, Puerto Vallaria, Jal.
Tel. (3)22-30878  Fax (3)22-23775
Urgencias: 22-31919 Celular: 90322-75260
rodolfomh@hotmail.com

## Dr. Rodolfo Medina Hernández

**TRAUMATOLOGIA , ORTOPEDIA Y REHABILITACION**
Certificado por el Consejo Mexicano de Ortopedia y Traumatología
REG. MED. 1785945

**Sangrado:** *Mínimo*
**Complicaciones:** *Ninguna*
**Estabilidad:** *Excelente*
**Reducción:** *Excelente*

*Pasa a recuperación y posterior a su cuarto con indicaciones de analgésicos, antibióticos, antiinflamatorios, mas lo indicado por Cardiología Dr. Ramón Vázquez y cuidados generales.*

**27 de septiembre 2006 visita hospitalaria nota de alta:** *Paciente en buen estado general, bien hidratado, conciente, tranquilo, tolerando dieta completa para Diabéticos, sin mareos o vómitos, con excretas normales, refiere leve dolor en tobillo izquierdo pero muy tolerable, con leve inflamación de ortejos, la extremidad izquierda Neuro-vascular sin complicaciones, se realiza cambio de aposito, las heridas se observan limpias y sin datos de infección o de sangrado, se da de alta hospitalaria con medicamentos vía oral como antibióticos, analgésicos, antiinflamatorios, se recomienda reposo con extremidad inferior izquierda elevada, se explica el cuidado y la evolución de su patología y no apoyar con extremidad fracturada, caminar usando muletas o andadera cita en 8 días y cita abierta en caso de urgencia y continuar tratamiento en su país de origen.*

PAGE 4/21 * RCVD AT 12/12/2006 2:24:03 PM [Eastern Standard Time] * SVR:NY-RF/3 * DNIS:1 * CSID:1 * DURATION (mm-ss):10-28



DEC.12.2006 03:13    #0317 P.004 / 021

DEC.12.2006 03:13

PAGE 6/21 * RCVD AT 12/12/2006 2:24:03 PM [Eastern Standard Time] * SVR:NY-RF73 * DNIS:1 * CSID: * DURATION (mm-ss):10-28



DEC.12.2006 03:14    #0517 P.006 /021

BANORTE
CREDITO
VENTA
HOSP SAN ... IER MARINA
FCO MEDINA ASCENCIO NO 2768
8682569
CAJA: 1

NUMERO DE TARJETA/CTA EXP
5456031117014971 0609
MASTER CARD
-C-O-P-I-A-

IMPORTE $27750.00

APROBADA OPER. 103
REF. 608103
NUM. SEC. 001835183
AUT 028940

FECHA: 28 SEPT. 2006
HORA: 12:39:32

FIRMA_______________
GAYBERS/ TRAVIS
ME OBLIGO EN LOS TERMINOS DADOS
AL REVERSO DE ESTE PAGARE
1POV114F-E

BANORTE
CREDITO
VENTA
HOSP SAN JAVIER MAR...
FCO MEDINA ASCENCIO No 2768
8682569
CAJA: 3

NUMERO DE TARJETA/CTA EXP
4083603145741736 0908
VISA
-C-O-P-I-A-

IMPORTE $16806.15

APROBADA OPER. 104
REF. 080104
NUM. SEC. 001835104
AUT. 08901A

FECHA: 28 SEPT. 2006
HORA: 12:41:44

FIRMA_______________
GAMBERS/TINA
ME OBLIGO EN LOS TERMINOS DADOS
AL REVERSO DE ESTE PAGARE
1POV114F-E

DEC.12.2006 03:19                                                                #0317 P.018 /021

**Hospital San Javier Marina, S.A. de C.V.**
Blvd. Fco. Medina Ascencio 2760
Zona Hotelera Nte C.P. 48333
Pto. Vallarta Jal, Mex.
Tel (322) 2261010



**San Javier Marina HOSPITAL**

LUGAR DE EXP. PTO. VALLARTA, JAL.
FACTURA

A 19331

R.F.C. HSJ-990421-JQ0

FECHA            28/09/2006     NO. 051581        HORA  12:48
NOMBRE           GAMBERS    TRAVIS
DOMICILIO        23E 100 ADRICH ST
CIUDAD           BRONX NY  USA
TEL                            R.F.C.
OBSERVACIONES

MEDICO: GPRS    GONZALEZ PIMIENTA MARIO SALVADOR
FECHA INGRESO 27/09/2006 FECHA EGRESO 28/09/2006 CVE.CIA Part
PACIENTE 300041845    GAMBERS    TRAVIS
CUARTO 116

| | | | |
|---|---|---|---|
| HABITACION | 6,148.27 | REHABILITACION | 0.00 |
| URGENCIAS | 2,964.05 | ALIM ENT Y PAR | 0.00 |
| INS ENFERMERIA | 8,474.00 | MED TRANSFUSION | 0.00 |
| CIRUGIA AMB | 0.00 | FARMACIA | 0.00 |
| QUIROFANO | 1,871.73 | LABO. DIAGNOST | 0.00 |
| TERAPIA INTENSI | 0.00 | HISTOPATOLOGIA | 0.00 |
| U.C.I.P. Y N | 0.00 | PAR SIMPL OFT | 0.00 |
| INHALOTERAPIA | 0.00 | AMBULANCIA TRAN | 0.00 |
| INS CUNAS | 0.00 | DEDUCIBLE | 0.00 |
| INS HOSPITAL | 0.00 | COASEGURO | 0.00 |
| INS QUIROFANOS | 17,217.51 | GASTOS ENVIO | 0.00 |
| LABORATORIO | 7,157.99 | EXTRAS | 0.00 |
| IMAGENOLOGIA | 5,213.95 | PSICOTROPICOS | 552.15 |
| HEMODIALISIS | 0.00 | | 0.00 |
| SER MED EXTERNO | 0.00 | | |
| PAR HOSP SAN J | 8,018.72 | | |
| | 0.00 | | |

FACTURA PAGADA EN UNA SOLA EXHIBICION
FACTURA PAGADA EN PARCIALIDADES

CANTIDAD CON LETRA                              TASA 15 %      57,089.15
                                               TASA CERO 0 %   1,008.92
CINCUENTA Y OCHO MIL SEIS CIENTOS TREINTA Y SEIS PESOS 15/
                                               Sub-Total
Debo y Pagaré Incondicionalmente a la orden de HOSPITAL SAN JAVIER MARINA
S.A. de C.V. la cantidad de $                  IVA          18,636.15
el día       de              de     en esta ciudad
de Pto. Vallarta, Jal. por la mercancía o servicios arriba descritos, que recibí a mi entera  TOTAL       .00
satisfacción. Este pagaré es mercantil y está regido por la Ley General de Títulos y
Operaciones de Crédito. De no ser pagado a su vencimiento causará un interés del
            % mensual.                                       58,636.15

PAGO EN UNA SOLA EXHIBICION

CONFORME

```
28/09/2006 15:39:46
                                    ESTADO DE CUENTA   TOTAL
                        100  HOSPITAL SAN JAVIER MARINA S.A. DE C.V.          HOJA      1
                        BLVD.FCO. MEDINA ASCENCIO 2760 ZONA HOTELERA NORTE
                        TELEFONOS :                           FAX

   CUENTA : 300041849 GAMBERS TRAVIS
   EGRESO : 28/09/2006 HORA EGR: 11:19 CIA. CLIENTE PART    INGRESO: 27/09/2006 HORA ING: 00:37 CUARTO : 110
     MEDICO : GPM5  GONZALEZ PIMIENTA MARIO SALVADOR         DIAGNOSTICO : Traumatismo superficial del tobillo y de
                                     E X P E D I E N T E
    CONCEPTO    DESCRIPCION       CANT  PRECIO UNIT.   DESCTO     SUBTOTAL     IMPUESTO      TOTAL
   =========== ================= ===== ============ ========= ============== ============ =============
                             ESTADO DE CUENTA CON CARGO AL PACIENTE

              DEPTO : 100  000000 HOSPITALIZACION (HABITACION)
   MS         MASTER SUITE110    1.00  5,342.60    0.00    5,342.60      801.39    6,143.99 300041849 27/09/2006

                         TOTAL POR DEPTO:               5,342.60      801.39      6,143.99
                                          IMP. QUINCE 5,342.60   IMP. CERO 0.00

              DEPTO : 100  000001 URGENCIAS
   S4628      OPSITE 6 X 7 FLEXI 1.00    60.74    0.00      60.74       9.11       69.85    35289 27/09/2006
   P2522      FLEBOTEK QUIRURGIC 1.00   155.24    0.00     155.24      23.29      178.53    35289 27/09/2006
   NO3722 2   JERINGA 10 ML C/AG 1.00    34.06    0.00      34.06       5.11       39.17    35289 27/09/2006
   1915-100   ELECTRODO PARA EKG 10.00    4.54    0.00      45.40       6.81       52.21    35289 27/09/2006
   NO3722 2   JERINGA 10 ML C/AG 2.00    34.06    0.00      68.12      10.22       78.34    35289 27/09/2006
   N08614 2   AGUJA YALE ULTRAFI 1.00    10.26    0.00      10.26       1.54       11.80    35289 27/09/2006
   N26246 3   JERINGA s/agu 20ml 1.00    50.26    0.00      50.26       7.54       57.80    35289 27/09/2006
   NC.050     BRAZALETE IDENTIIC 1.00    33.72    0.00      33.72       5.06       38.78    35289 27/09/2006
   NELEC      ELECTROCARDIOGRAMA 1.00   606.96    0.00     606.96      91.04      698.00    35289 27/09/2006
   N1915-100  DESCUENTO ELECTROD -10.00   3.48    0.00     -34.80      -5.22      -40.02    35289 27/09/2006
   A881324    SOL.FISIOLOGICA DE 1.00   152.54    0.00     152.54       0.00      152.54    35289 27/09/2006
   N26617 5   DOLAC AMP. 30MG 1M 1.00   268.38    0.00     268.38       0.00      268.38    35289 27/09/2006
   N19818 8   PRIMPERAN CARNOTPR 1.00    53.48    0.00      53.48       0.00       53.48    35289 27/09/2006
   N852791    CLEXANE 60MGR. C/2 1.00   953.98    0.00     953.98       0.00      953.98    35289 27/09/2006
   N16158 6   NITRADIS 5MG.CADA  1.00   117.52    0.00     117.52       0.00      117.52    35289 27/09/2006
   N27839 4   JERINGA P/INS DES  1.00    32.38    0.00      32.38       4.86       37.24    35289 27/09/2006
   CAT-01     CATETER VENOSO COR 1.00    83.88    0.00      83.88      12.58       96.46    35289 27/09/2006

                         TOTAL POR DEPTO:               2,692.12      171.93      2,864.05
                                          IMP. QUINCE 1,146.22   IMP. CERO 1,545.90

              DEPTO : 100  000002 INSUMOS DE PISO
   N26617 5   DOLAC AMP. 30MG 1M 1.00   268.38    0.00     268.38       0.00      268.38   153492 27/09/2006
   N26617 5   DOLAC AMP. 30MG 1M 1.00   268.38    0.00     268.38       0.00      268.38   153493 27/09/2006
   NO3722 2   JERINGA 10 ML C/AG 1.00    34.06    0.00      34.06       5.11       39.17   153493 27/09/2006
   N26617 5   DOLAC AMP. 30MG 1M 1.00   268.38    0.00     268.38       0.00      268.38   153506 27/09/2006
   NO3722 2   JERINGA 10 ML C/AG 3.00    34.06    0.00     102.18      15.33      117.51   153506 27/09/2006
   A881324    SOL.FISIOLOGICA DE 1.00   152.54    0.00     152.54       0.00      152.54   153506 27/09/2006
   A882324    SOLUCION HARTMANN  1.00   165.48    0.00     165.48       0.00      165.48   153506 27/09/2006
   AMBNEM     GUANTE DESECHABLE  10.00   10.62    0.00     106.20      15.93      122.13   153506 27/09/2006
   AMBNEM     GUANTE DESECHABLE  2.00    10.48    0.00      20.96       3.14       24.10   153508 27/09/2006
   AMBNEM     GUANTE DESECHABLE  10.00   10.62    0.00     106.20      15.93      122.13   153508 27/09/2006
   T0697      CINTA MICROPORE 2. 1.00   140.74    0.00     140.74      21.11      161.85   153508 27/09/2006
   P3485      ESPONJA D GASA 10X 2.00   129.34    0.00     258.68      38.80      297.48   153508 27/09/2006
   602018     LANCETA ESTERIL    2.00     8.80    0.00      17.60       2.64       20.24   153559 27/09/2006
   010-642    TIRA REACTIVA ONE  2.00    67.96    0.00     135.92      20.39      156.31   153559 27/09/2006

   PROGRAMA : repcarg1    SISTEMA DE ADMINISTRACION DE HOSPITALES  ***  SADHOS  ***        USUARIO : mesac
```

28/09/2006 13:39:46           ESTADO DE CUENTA   TOTAL                   HOJA      2

100   HOSPITAL SAN JAVIER MARINA S.A. DE C.V.

BLVD.FCO. MEDINA ASCENCIO 2760 ZONA HOTELERA NORTE

TELEFONOS :                                  FAX

CUENTA : 300041849 GAMBERS TRAVIS       INGRESO: 27/09/2006 HORA ING: 00:37 CUARTO : 110

EGRESO: 28/09/2006 HORA EGR: 11:19 CIA. CLIENTE PART

MEDICO : GPM5   GONZALEZ PIMIENTA MARIO SALVADOR     DIAGNOSTICO : Traumatismo superficial del tobillo y de

E X P E D I E N T E

| CONCEPTO | DESCRIPCION | CANT | PRECIO UNIT. | DESCTO | SUBTOTAL | IMPUESTO | TOTAL | | |
|----------|-------------|------|--------------|--------|----------|----------|-------|---|---|
| | | | | | | | | 153565 | 27/09/2006 |
| MP056 | PROTECTOR DE PLAST | 1.00 | 6.96 | 0.00 | 6.96 | 1.04 | 8.00 | 153570 | 27/09/2006 |
| muleta1 | MULETA DE ALUMINIO | 1.00 | 1,351.34 | 0.00 | 1,351.34 | 202.70 | 1,554.04 | 153587 | 27/09/2006 |
| 010-642 | TIRA REACTIVA ONE | 2.00 | 67.96 | 0.00 | 135.92 | 20.39 | 156.31 | 153587 | 27/09/2006 |
| 602018 | LANCETA ESTERIL | 2.00 | 8.80 | 0.00 | 17.60 | 2.64 | 20.24 | 153594 | 27/09/2006 |
| MP056 | PROTECTOR DE PLAST | 2.00 | 6.96 | 0.00 | 13.92 | 2.09 | 16.01 | 153595 | 27/09/2006 |
| N03716 8 | JERINGA 5 ml c/agu | 1.00 | 35.72 | 0.00 | 35.72 | 5.36 | 41.08 | 153595 | 27/09/2006 |
| N03722 2 | JERINGA 10 ML C/AG | 2.00 | 34.06 | 0.00 | 68.12 | 10.22 | 78.34 | 153597 | 27/09/2006 |
| N27839 4 | JERINGA P/INS DES | 1.00 | 32.38 | 0.00 | 32.38 | 4.86 | 37.24 | 153598 | 27/09/2006 |
| ABB2324 | SOLUCION HARTMANN | 1.00 | 165.48 | 0.00 | 165.48 | 0.00 | 165.48 | 153617 | 28/09/2006 |
| N03722 2 | JERINGA 10 ML C/AG | 5.00 | 34.06 | 0.00 | 170.30 | 25.55 | 195.85 | 153618 | 28/09/2006 |
| N85279 1 | CLEXANE 60 MG. C/2 | 1.00 | 1,052.14 | 0.00 | 1,052.14 | 0.00 | 1,052.14 | 153618 | 28/09/2006 |
| N16158 6 | NITRADIS 5MG.CADA | 1.00 | 117.52 | 0.00 | 117.52 | 0.00 | 117.52 | 153627 | 28/09/2006 |
| N26246 3 | JERINGA s/agu 20ml | 1.00 | 50.26 | 0.00 | 50.26 | 7.54 | 57.80 | 153627 | 28/09/2006 |
| N00188 0 | AGUJAS YALE desech | 1.00 | 8.36 | 0.00 | 8.36 | 1.25 | 9.61 | 153646 | 28/09/2006 |
| ABB2324 | SOLUCION HARTMANN | 1.00 | 165.48 | 0.00 | 165.48 | 0.00 | 165.48 | 153661 | 28/09/2006 |
| ABB2324 | SOLUCION HARTMANN | 1.00 | 165.48 | 0.00 | 165.48 | 0.00 | 165.48 | 153661 | 28/09/2006 |
| N26617 5 | DOLAC AMP. 30MG 1M | 1.00 | 268.38 | 0.00 | 268.38 | 0.00 | 268.38 | 153661 | 28/09/2006 |
| N03716 8 | JERINGA 5 ml c/agu | 1.00 | 35.72 | 0.00 | 35.72 | 5.36 | 41.08 | 153661 | 28/09/2006 |
| AMBEM | GUANTE DESECHABLE | 2.00 | 10.48 | 0.00 | 20.96 | 3.14 | 24.10 | 153661 | 28/09/2006 |
| dt-00854 | BANDITA REDONDO SP | 1.00 | 2.18 | 0.00 | 2.18 | 0.33 | 2.51 | 153661 | 28/09/2006 |
| P3485 | ESPONJA D GASA 10X | 1.00 | 129.34 | 0.00 | 129.34 | 19.40 | 148.74 | 153661 | 28/09/2006 |
| 0906570 | VENDA ELASTICA 7 X | 1.00 | 56.08 | 0.00 | 56.08 | 8.41 | 64.49 | 153661 | 28/09/2006 |

TOTAL POR DEPTO:         6,115.34      458.66      6,574.00

IMP. QUINCE 3,057.70     IMP. CERO 3,057.64

| | | | | | | | | | |
|----------|-------------|------|--------------|--------|----------|----------|-------|---|---|
| | | | DEPTO : 100   000006 QUIROFANO | | | 48.78 | 374.00 | 5587 | 27/09/2006 |
| DESECH | MATERIAL DESECHABL | 1.00 | 325.22 | 0.00 | 325.22 | 48.78 | 374.00 | 5587 | 27/09/2006 |
| NEC.A | ELECTROCAUT.(1Hora | 1.00 | 1,116.52 | 0.00 | 1,116.52 | 167.48 | 1,284.00 | 5587 | 27/09/2006 |
| NMON02 | MONITOR TRANSOPERA | 1.00 | 627.82 | 0.00 | 627.82 | 94.17 | 721.99 | 5587 | 27/09/2006 |
| NOXSC.A | OXIGEN.P/S.CIRUGIA | 1.00 | 464.34 | 0.00 | 464.34 | 69.65 | 533.99 | 5587 | 27/09/2006 |
| NDSC | DER. A SALA DE CIR | 1.00 | 3,441.74 | 0.00 | 3,441.74 | 516.26 | 3,958.00 | 5587 | 27/09/2006 |

TOTAL POR DEPTO:         5,975.64      896.35      6,871.99

IMP. QUINCE 5,975.64     IMP. CERO 0.00

| | | | | | | | | | |
|----------|-------------|------|--------------|--------|----------|----------|-------|---|---|
| | | | DEPTO : 100   000015 IMAGENOLOGIA | | | | | | |
| URG2 | URG VARIOS MAY.4 P | 1.00 | 507.82 | 0.00 | 507.82 | 76.17 | 583.99 | 46371 | 26/09/2006 |
| HA50 | TOBILLO IZQ.APY LA | 1.00 | 666.08 | 0.00 | 666.08 | 99.91 | 765.99 | 46371 | 26/09/2006 |
| HA51 | TOBILLO PLACA ADIC | 1.00 | 471.30 | 0.00 | 471.30 | 70.70 | 542.00 | 46371 | 26/09/2006 |
| URG2 | URG VARIOS MAY.4 P | 1.00 | 507.82 | 0.00 | 507.82 | 76.17 | 583.99 | 46373 | 27/09/2006 |
| T003 | TORAX PA 1 PLACA | 1.00 | 558.26 | 0.00 | 558.26 | 83.74 | 642.00 | 46373 | 27/09/2006 |
| HA50 | TOBILLO IZQ.APY LA | 1.00 | 666.08 | 0.00 | 666.08 | 99.91 | 765.99 | 46375 | 27/09/2006 |
| URG2 | URG VARIOS MAY.4 P | 1.00 | 507.82 | 0.00 | 507.82 | 76.17 | 583.99 | 46375 | 27/09/2006 |
| HA50 | TOBILLO IZQ.APY LA | 1.00 | 666.08 | 0.00 | 666.08 | 99.91 | 765.99 | 46380 | 27/09/2006 |

PROGRAMA : repcarg1     SISTEMA DE ADMINISTRACION DE HOSPITALES *** SADHOS ***       USUARIO : mesac

28/09/2006 13:39:46               ESTADO DE CUENTA   TOTAL                          HOJA     3

100   HOSPITAL SAN JAVIER MARINA S.A. DE C.V.

BLVD.FCO. MEDINA ASCENCIO 2760 ZONA HOTELERA NORTE

TELEFONOS :                               FAX

CUENTA : 300041849 GAMBERS  TRAVIS          INGRESO: 27/09/2006 HORA ING: 00:37 CUARTO : 110

EGRESO : 28/09/2006 HORA EGR: 11:19 CIA. CLIENTE PART

MEDICO : GPM5  GONZALEZ PIMIENTA MARIO SALVADOR      DIAGNOSTICO : Traumatismo superficial del tobillo y de

E X P E D I E N T E

| CONCEPTO | DESCRIPCION | CANT | PRECIO UNIT. | DESCTO | SUBTOTAL | IMPUESTO | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | TOTAL POR DEPTO: | | 4,551.26 | 682.69 | 5,233.95 | | |
| | | | | | IMP. QUINCE 4,551.26 | IMP. CERO 0.00 | | | |
| | DEPTO : 100  000016 INSUMOS DE QUIROFANO | | | | | | | | |
| N03716 8 | JERINGA 5 ml c/agu | 1.00 | 35.72 | 0.00 | 35.72 | 5.36 | 41.08 | 4284 | 27/09/2006 |
| 4210-01 | JERINGA ASEPTO DES | 1.00 | 207.36 | 0.00 | 207.36 | 31.10 | 238.46 | 4284 | 27/09/2006 |
| N50112 3 | BUVACAINA PESADA A | 1.00 | 131.86 | 0.00 | 131.86 | 0.00 | 131.86 | 4284 | 27/09/2006 |
| P1076 | AGUA P/IRRIGACION | -1.00 | 157.18 | 0.00 | 157.18 | 0.00 | 157.18 | 4284 | 27/09/2006 |
| N27839 4 | JERINGA P/INS DES | 1.00 | 32.38 | 0.00 | 32.38 | 4.86 | 37.24 | 4284 | 27/09/2006 |
| N26246 3 | JERINGA s/agu 20ml | 2.00 | 50.26 | 0.00 | 100.52 | 15.08 | 115.60 | 4284 | 27/09/2006 |
| P7351 | CONECTOR DE PLASTI | 1.00 | 65.86 | 0.00 | 65.86 | 9.88 | 75.74 | 4284 | 27/09/2006 |
| K-25 | CONECTOR P/OXIGENO | 1.00 | 106.70 | 0.00 | 106.70 | 16.01 | 122.71 | 4284 | 27/09/2006 |
| J-340 H | VICRYL 1/0 CT-1 AH | 1.00 | 411.26 | 0.00 | 411.26 | 61.69 | 472.95 | 4284 | 27/09/2006 |
| A8B2324 | SOLUCION HARTMANN | 2.00 | 165.48 | 0.00 | 330.96 | 0.00 | 330.96 | 4284 | 27/09/2006 |
| N02004 7 | XYLOCAINA CON EPIN | 1.00 | 325.64 | 0.00 | 325.64 | 0.00 | 325.64 | 4284 | 27/09/2006 |
| N02004 8 | XYLOCAINA SIN EPIN | 1.00 | 321.98 | 0.00 | 321.98 | 0.00 | 321.98 | 4284 | 27/09/2006 |
| N00193 7 | AGUJAS YALE desech | 1.00 | 8.36 | 0.00 | 8.36 | 1.25 | 9.61 | 4284 | 27/09/2006 |
| MIC102 | MICROCYN 60 FCO. 2 | 1.00 | 475.84 | 0.00 | 475.84 | 71.38 | 547.22 | 4284 | 27/09/2006 |
| 183.103 | AGUJA ESPINAL NO.2 | 1.00 | 531.16 | 0.00 | 531.16 | 79.67 | 610.83 | 4284 | 27/09/2006 |
| N08614 2 | AGUJA YALE ULTRAFI | 2.00 | 10.26 | 0.00 | 20.52 | 3.08 | 23.60 | 4284 | 27/09/2006 |
| N02001 2 | EFEDRINA AMP. 50MG | 1.00 | 63.76 | 0.00 | 63.76 | 0.00 | 63.76 | 4284 | 27/09/2006 |
| N20853 1 | BICAR-NAT al 7.5% | 1.00 | 19.60 | 0.00 | 19.60 | 0.00 | 19.60 | 4284 | 27/09/2006 |
| N02000 5 | BUVACAINA AM. 5 MG | 2.00 | 345.98 | 0.00 | 691.96 | 0.00 | 691.96 | 4284 | 27/09/2006 |
| N26617 5 | DOLAC AMP. 30MG 1M | 1.00 | 268.38 | 0.00 | 268.38 | 0.00 | 268.38 | 4284 | 27/09/2006 |
| N28310 0 | DIPRIVAN AMP. 5x20 | 1.00 | 591.86 | 0.00 | 591.86 | 0.00 | 591.86 | 4284 | 27/09/2006 |
| D01 | DRENOVAC 1/8 | 1.00 | 703.80 | 0.00 | 703.80 | 105.57 | 809.37 | 4284 | 27/09/2006 |
| 301614 | TUBO NO CONDUCTIVO | 2.00 | 242.14 | 0.00 | 484.28 | 72.64 | 556.92 | 4284 | 27/09/2006 |
| M-00-S | ELECTRODO P/MON. D | 3.00 | 21.66 | 0.00 | 64.98 | 9.75 | 74.73 | 4284 | 27/09/2006 |
| PPW55 | PROXIMATE PLUS GRA | 1.00 | 3,840.40 | 0.00 | 3,840.40 | 576.06 | 4,416.46 | 4284 | 27/09/2006 |
| 0941 | BATA QUIRURGICA  C | 3.00 | 263.56 | 0.00 | 790.68 | 118.60 | 909.28 | 4284 | 27/09/2006 |
| N14503 3 | DIAPRO PAWAL PARA | 1.00 | 20.80 | 0.00 | 20.80 | 3.12 | 23.92 | 4284 | 27/09/2006 |
| 990212 | EQUIPO P/ANESTECIA | 1.00 | 789.26 | 0.00 | 789.26 | 118.39 | 907.65 | 4284 | 27/09/2006 |
| 7284 | GUANTE ORTOPEDICO | 2.00 | 58.60 | 0.00 | 117.20 | 17.58 | 134.78 | 4284 | 27/09/2006 |
| 5875 | GUANTE PARA CIRUJA | 2.00 | 59.68 | 0.00 | 119.36 | 17.90 | 137.26 | 4284 | 27/09/2006 |
| 5870 | GUANTE PARA CIRUJA | 1.00 | 59.68 | 0.00 | 59.68 | 8.95 | 68.63 | 4284 | 27/09/2006 |
| 5880 | GUANTE PARA CIRUJA | 1.00 | 59.68 | 0.00 | 59.68 | 8.95 | 68.63 | 4284 | 27/09/2006 |
| 809572 | LAPIZ ELECTROCAUTE | 1.00 | 738.80 | 0.00 | 738.80 | 110.82 | 849.62 | 4284 | 27/09/2006 |
| 0938 | PAQUETE PARA CIRUG | 1.00 | 1,175.04 | 0.00 | 1,175.04 | 176.26 | 1,351.30 | 4284 | 27/09/2006 |
| 7507 | PLACA DESECHABLE C | 1.00 | 596.66 | 0.00 | 596.66 | 89.50 | 686.16 | 4284 | 27/09/2006 |
| 1710 | UNIFORME QUIRURGIC | 4.00 | 131.46 | 0.00 | 525.84 | 78.88 | 604.72 | 4284 | 27/09/2006 |
| 1007 | MASCARILLA ALTA CO | 1.00 | 513.00 | 0.00 | 513.00 | 76.95 | 589.95 | 4284 | 27/09/2006 |
| B1163 | CEPILLO P/CIRUJANO | 2.00 | 103.88 | 0.00 | 207.76 | 31.16 | 238.92 | 4284 | 27/09/2006 |
| B2013 | CEPILLO P/CIRUJANO | 1.00 | 90.44 | 0.00 | 90.44 | 13.57 | 104.01 | 4284 | 27/09/2006 |
| P3485 | ESPONJA D GASA 10X | 1.00 | 129.34 | 0.00 | 129.34 | 19.40 | 148.74 | 4284 | 27/09/2006 |

---

PROGRAMA : repcarg1        SISTEMA DE ADMINISTRACION DE HOSPITALES   *** SADHOS ***          USUARIO : mesac

DEC.12.2006 03:18 #0317 P.014 /021

28/09/2006 13:39:46

ESTADO DE CUENTA    TOTAL

HOJA:    4

100  HOSPITAL SAN JAVIER MARINA S.A. DE C.V.
BLVD.FCO. MEDINA ASCENCIO 2760 ZONA HOTELERA NORTE
TELEFONOS :                                                    FAX

CUENTA : 300041849 GAMBERS  TRAVIS          INGRESO: 27/09/2006 HORA ING: 00:37 CUARTO : 110
EGRESO : 28/09/2006 HORA EGR: 11:19 CIA. CLIENTE PART
MEDICO : GPM5  GONZALEZ PIMIENTA MARIO SALVADOR      DIAGNOSTICO : Traumatismo superficial del tobillo y de

|  | | EXPEDIENTE | | | | | |
|---|---|---|---|---|---|---|---|
| CONCEPTO | DESCRIPCION | CANT | PRECIO UNIT. | DESCTO | SUBTOTAL | IMPUESTO | TOTAL |
| P3458 | ESPONJA DE GASA 10 | 3.00 | 301.80 | 0.00 | 905.40 | 135.81 | 1,041.21 | 4284 27/09/2006 |
| 0903570 | VENDA ELASTICA 10 | 1.00 | 76.44 | 0.00 | 76.44 | 11.47 | 87.91 | 4284 27/09/2006 |
| n16946 3 | AGUA INYEC. ESTER. | 2.00 | 17.02 | 0.00 | 34.04 | 0.00 | 34.04 | 4284 27/09/2006 |
| SM-23 | HOJA P/BISTURI  No | 1.00 | 27.12 | 0.00 | 27.12 | 4.07 | 31.19 | 4284 27/09/2006 |
| sm-10 | HOJA P/BISTURI No. | 1.00 | 24.52 | 0.00 | 24.52 | 3.68 | 28.20 | 4284 27/09/2006 |
| N03722 2 | JERINGA 10 ML C/AG | 3.00 | 34.06 | 0.00 | 102.18 | 15.33 | 117.51 | 4284 27/09/2006 |

TOTAL POR DEPTO:          17,095.56    2,123.75    19,219.31
IMP. QUINCE 14,158.34    IMP. CERO 2,937.22


DEPTO : 100  000030 CONTROL DE PSICOTROPICOS

| N25265 4 | DORMICUM AMP. 5MG. | 1.00 | 191.20 | 0.00 | 191.20 | 0.00 | 191.20 | 9974 27/09/2006 |
|---|---|---|---|---|---|---|---|---|
| N33257 7 | BUFIGEN FCO. AMP 1 | 1.00 | 120.32 | 0.00 | 120.32 | 0.00 | 120.32 | 9974 27/09/2006 |
| N33257 7 | BUFIGEN FCO. AMP 1 | 2.00 | 120.32 | 0.00 | 240.64 | 0.00 | 240.64 | 9975 27/09/2006 |

TOTAL POR DEPTO:          552.16    0.00    552.16
IMP. QUINCE 0.00    IMP. CERO 552.16


DEPTO : 100  000040 CAJA HOSPITAL SAN JAVIER S.A. DE C.V.

| 99999999 | SU PAGO GRACIAS .. | 1.00 | -20,000.00 | 0.00 | -20,000.00 | 0.00 | -20,000.00 | 6234 27/09/2006 |
|---|---|---|---|---|---|---|---|---|
| 99999999 | SU PAGO GRACIAS .. | 1.00 | -38,636.15 | 0.00 | -38,636.15 | 0.00 | -38,636.15 | 36253 28/09/2006 |

TOTAL POR DEPTO:          -58,636.15    0.00    -58,636.15
IMP. QUINCE 0.00    IMP. CERO -58,636.15

TOTAL POR CORPORATIVO  100          -11,176.71


DEPTO : 400  000000 LABORATORIO

| LQ185 | ALCOHOL (ETANOL) | 1.00 | 800.00 | 0.00 | 800.00 | 120.00 | 920.00 | 48207 27/09/2006 |
|---|---|---|---|---|---|---|---|---|
| LH046 | TROMBOPLASTINA PAR | 1.00 | 234.78 | 0.00 | 234.78 | 35.22 | 270.00 | 48207 27/09/2006 |
| LH045 | TIEMPO DE PROTOMBI | 1.00 | 234.78 | 0.00 | 234.78 | 35.22 | 270.00 | 48207 27/09/2006 |
| LQ143 | QUIMICA SANGUINEA | 1.00 | 504.34 | 0.00 | 504.34 | 75.65 | 579.99 | 48207 27/09/2006 |
| LQ070 | ELECTROLITOS SERIC | 1.00 | 693.92 | 0.00 | 693.92 | 104.09 | 798.01 | 48207 27/09/2006 |
| LH006 | BIOMETRIA HEMATICA | 1.00 | 278.26 | 0.00 | 278.26 | 41.74 | 320.00 | 48207 27/09/2006 |

TOTAL POR DEPTO:          2,746.08    411.91    3,157.99
IMP. QUINCE 2,746.08    IMP. CERO 0.00

TOTAL POR CORPORATIVO  400          3,157.99


DEPTO : 7600 000002 FARMACIA HOSPITAL SAN JAVIER S.A. DE C.V

| 19070 5 | ROCEPHIN 1V 1 GR F | 1.00 | 1,081.96 | 0.00 | 1,081.96 | 0.00 | 1,081.96 | 8417 27/09/2006 |
|---|---|---|---|---|---|---|---|---|
| 96637 0 | DYNASTAT 40MG 2ML | 1.00 | 756.36 | 0.00 | 756.36 | 0.00 | 756.36 | 8417 27/09/2006 |
| 25176 3 | HUMULIN R 100UI SO | 1.00 | 631.62 | 0.00 | 631.62 | 0.00 | 631.62 | 8417 27/09/2006 |
| 501070 1 | zanidip tab 10mg c | 1.00 | 538.20 | 0.00 | 538.20 | 0.00 | 538.20 | 8418 27/09/2006 |

PROGRAMA : repcarg1      SISTEMA DE ADMINISTRACION DE HOSPITALES  ***  SADHOS  ***          USUARIO : mesac

DEC.12.2006 03:18                                                                    #0317 P.015 /021

28/09/2006 13:39:46

ESTADO DE CUENTA   TOTAL                                                    HOJA       5

7600 FARMCIA HOSPITAL SAN JAVIER

ZONA HOTELERA NORTE

TELEFONOS :                                                          FAX

CUENTA : 300041849 GAMBERS  TRAVIS                    INGRESO: 27/09/2006 HORA ING: 00:37 CUARTO : 110
EGRESO : 28/09/2006 HORA EGR: 11:19 CIA. CLIENTE PART
MEDICO : GPM5  GONZALEZ PIMIENTA MARIO SALVADOR      DIAGNOSTICO : Traumatismo superficial del tobillo y de

                        E X P E D I E N T E

| CONCEPTO | DESCRIPCION | CANT | PRECIO UNIT. | DESCTO | SUBTOTAL | IMPUESTO | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|
| 26617 5 | DOLAC 30MG AMP C/3 | 1.00 | 583.00 | 0.00 | 583.00 | 0.00 | 583.00 | 8439 | 27/09/2006 |
| 25176 3 | HUMULIN R 100UI SO | 1.00 | 631.62 | 0.00 | 631.62 | 0.00 | 631.62 | 8443 | 27/09/2006 |
| 26617 5 | DOLAC 30MG AMP C/3 | 1.00 | 583.00 | 0.00 | 583.00 | 0.00 | 583.00 | 8449 | 27/09/2006 |
| 19070 5 | ROCEPHIN IV 1 GR F | 1.00 | 1,081.96 | 0.00 | 1,081.96 | 1.82 | 13.92 | 8456 | 28/09/2006 |
| 90357 9 | COLGATE  MFP*PDNT | 1.00 | 12.10 | 0.00 | 12.10 | 0.00 | 611.58 | 8456 | 28/09/2006 |
| 318345 | Oral B-35 advan/Ar | 1.00 | 77.22 | 0.00 | 77.22 | 11.58 | 88.80 | 8459 | 28/09/2006 |
| 24207 1 | DURACEF 500MG CAP | 1.00 | 785.30 | 0.00 | 785.30 | 0.00 | 785.30 | 8459 | 28/09/2006 |
| 30384 4 | VOLTAREN SR 75MG G | 1.00 | 611.58 | 0.00 | 611.58 | 0.00 | 611.58 | 8459 | 28/09/2006 |
| 82985 2 | SINERGIX 10MG CAPS | 1.00 | 631.40 | 0.00 | 631.40 | 0.00 | 631.40 | | |

                            TOTAL POR DEPTO:             8,005.32         13.40        8,018.72
                                            IMP. QUINCE 89.32      IMP. CERO 7,916.00

                            TOTAL POR CORPORATIVO 7600          8,018.72


            DEPTO : 910  000000 HONORARIOS MEDICOS
                                                          0.00    44,000.00      0.00    44,000.00   25848 28/09/2006
HONO        DR RODOLFO MEDINA         1.00   44,000.00

                            TOTAL POR DEPTO:            44,000.00       0.00       44,000.00
                                            IMP. QUINCE 0.00        IMP. CERO 44,000.00

                            TOTAL POR CORPORATIVO 910           44,000.00


    * N O T A :
        EL ESTADO DE CUENTA ES VALIDO PARA LA FECHA Y HORA EXPEDIDA,
        Y SOLO SERA DEFINITIVO CUANDO LA FECHA Y HORA DE EGRESO SE
        ESPECIFICA EN EL ENCABEZADO DE ESTE.
        SE LES RECUERDA QUE EL VENCIMIENTO DE LA OCUPACION DEL  CUARTO ES A LAS 12:00 HORAS

PROGRAMA : repcarg1        SISTEMA DE ADMINISTRACION DE HOSPITALES  ***  SADHOS  ***        USUARIO : mesac

PAGE 15/21 * RCVD AT 12/12/2006 2:24:03 PM [Eastern Standard Time] * SVR:NY-RF/3 * DNIS:1 * CSID: * DURATION (mm-ss):10-28

DEC.12.2006 03:18

28/09/2006 13:39:46

ESTADO DE CUENTA   TOTAL                                      HOJA       6

910  CAJA DE MEDICOS

TELEFONOS :                                    FAX

CUENTA : 300041849 GAMBERS  TRAVIS                    INGRESO: 27/09/2006 HORA ING: 00:37 CUARTO : 110
EGRESO : 28/09/2006 HORA EGR: 11:19 CIA. CLIENTE PART
MEDICO : GPH5  GONZALEZ PIMIENTA MARIO SALVADOR        DIAGNOSTICO : Traumatismo superficial del tobillo y de
                                   E X P E D I E N T E

| CONCEPTO | DESCRIPCION | CANT | PRECIO UNIT- | DESCTO | SUBTOTAL | IMPUESTO | TOTAL |
|----------|-------------|------|--------------|--------|----------|----------|-------|

RESUMEN  DE CARGOS

100  HOSPITAL SAN JAVIER MARINA S.A. DE C.V.

| | | |
|---|---|---|
| 000000 HOSPITALIZACION (HABITACION) | 6,143.99 | |
| 000001 URGENCIAS | 2,864.05 | |
| 000002 INSUMOS DE PISO | 6,574.00 | |
| 000006 QUIROFANO | 6,871.99 | |
| 000015 IMAGENOLOGIA | 5,233.95 | |
| 000016 INSUMOS DE QUIROFANO | 19,219.31 | |
| 000030 CONTROL DE PSICOTROPICOS | 552.16 | |
| 000040 CAJA HOSPITAL SAN JAVIER S.A. DE C.V. | -58,636.15 | |

400  LABORATORIO HOSPITAL SAN JAVIER MARINA

000000 LABORATORIO                               3,157.99

7600 FARMCIA HOSPITAL SAN JAVIER

000002 FARMACIA HOSPITAL SAN JAVIER S.A. DE C.V   8,018.72

910  CAJA DE MEDICOS

000000 HONORARIOS MEDICOS                         44,000.00

SALDO  PARCIAL  DE  LA  CUENTA
CARGOS    :   102,636.15
ABONOS    :   -58,636.15
SUBTOTAL  :    44,000.00

SALDO TOTAL DE LA CUENTA
CARGOS TOTALES  :    102,636.15
ABONOS TOTALES  :    -58,636.15
SALDO GLOBAL    :     44,000.00

R. A: MGQ



DEC.12.2006 03:19                                                              #0317 P.017 /021

100&10.00H        27/09/2006 00:37:30
**FOLIO  9118**
          6234

RECIBI DE: ___ TRAVIS GAMBERS _____

LA CANTIDAD DE:

20.000.00  VEINTE MIL PESOS 00/100 M.N.

POR CONCEPTO DE: ___ 01.- ANTICIPO DE HOSPITALIZACION _____

PACIENTE: ___ GAMBERS  TRAVIS _____

CUARTO DE PAGO: IC ___ No. DE CUENTA: ___ 300041849 FECHA INGRESO: 26/09/2006

PTO. VALLARTA, JAL. ___ A 27 DE SEPTIEMB DE 2006 _____

HECTOR MARTIN MUN

**Hospital San Javier Marina, S.A. de C.V.**
Blvd. Fco. Medina Ascencio 2760
Zona Hotelera Nte C.P. 48333
Tel (322) 2261010
Pto. Vallarta Jal, Mex.

FIRMA Y
SELLO DEL CAJERO

ESTE RECIBO NO ES VALIDO SIN LA FIRMA Y SELLO DEL CAJERO

**San Javier Marina HOSPITAL**

**ORIGINAL CLIENTE**



BANORTE
VENTA
HOSP SAN JAVIER MARINA
FCO MEDINA ASCENCIO NO 2760
8682569
CAJA: 2

NUMERO DE TARJETA/CTA        EXP
5450001117014971             0609
CREDITO/MASTERCARD/EXTRANJERA

-C-O-P-I-A-
IMPORTE        $20000.00

APROBADA        OPER. 254
                REF. 000254
                NUM. SEC. 001611264
                AUT. 027188
FECHA: 27 SEPT. 2006
HORA:  00:31:43

FIRMA
GAMBERS/ TRAVIS
ME OBLIGO EN LOS TERMINOS DADOS
AL REVERSO DE ESTE PAGARE
THLV100K-E



RECOVERY™
PHYSICAL
THERAPY, P.C.

3276 Westchester Avenue, 2ⁿᵈ Fl., Bronx, N.Y. 10461, (718) 931-5550

Date: 11/20/06
Patient name: Travis Chambers                    824.2
Diagnosis: S/p ® ankle ORIF
Doctor: Katana

**Subjective**
History of present illness: Pt had a slip & fell on a wet floor (in mexico) 9/26/06 → Sx ORIF ® ankle) right away → had a cue an MD in US to → pt now in ® (a home using A (B) non wgr weight ots outdoor, FW.C & cambost ; metal pins
Current chief complaints: ® 7-9/10 VAS scale. are still intact however pt plans on removing them

Occupation/Job description: retired

Current Functional deficits: amb

Recreational Activities:

Medical History/Surgeries: epileptic, diabetes (® hip replacement ('93), ® knee chondromalacia, LBP
Prior treatment:
Current medications: percocet, epilepsy med.
Patient goals: amb, return to full function

**Objective:**
Observation/Inspection: mild warmth to touch ®, incision site ® DF.

Relative edema or atrophy: 61cm figure8 ®; TB 56cm
Postural assessment:
Gait deviations:

| JOINT | AROM ® ⑭ | | PROM ® ⑭ | | MMT grade | End feel/ mobility |
|---|---|---|---|---|---|---|
| Ankle DF | 10° | 5 | 13° | 8° | NT ® E resistance b/c | + AROB capsular |
| PF | 60° | 40° | 85° | 45° | @ least | n.c. |
| inv | 30° | 15° | 40° | 20° | 3/5 | ↓ |
| Ev. | 15° | 20 | 20° | 23° | ↓ | ↓ |
| | | | | | | |
| | | | | | | |

Repetitive motion testing (for lumbar or cervical only): _____
Flexibility deficiencies: ↓ r & lt flexibility _____

Special testing:
tharony Ⓛ    ↓ sensation Ⓛ ⓧⒷ dorsal / volar foot .
_____

Functional testing:
    Lifting a) floor to waist_____ b) floor to shoulder_____ c) overhead _____
    Squatting_____
    Climbing a) steps_____ /    b) ladder_____ /    c) other _____

Assessment: pt is a 43 y.o ♂. s/p Ⓛ ankle ORIF neg phase ē
w. cd boot. Pt presents ē ↓ amb ↓ flexibility ↓ lower strength
leg for wt bearing activities
_____

Goals:
Short term goals (1-2 weeks)
    ① pt ē ↑ ROM 50%
    ② pt ē ↑ strength by ½ grade
    ③ pt amb WBAT ē cost & A.D ē min-ⓐ Ⓟ.

Long term goals (2 weeks to discharge)
    ① pt ē ROM Ⓛ =Ⓑ. To clear foot ē stairs
    ② pt ē ↑ strength Ⓛ =Ⓑ to optimize wt bearing activities
    ③ pt amb ē ∅ ē A ⓐ ē min -ⓐ Ⓟ

treatment: __ patient education (including joint protection, postural, body mechanics/ ergonomics,
instruction in HEP), ✓ manual therapies (including STM, MFR, joint mobilization, manual traction,
✓_____),strain/counterstrain. ✓
✓ therapeutic exercise, __ neuromuscular reeducation, ✓ gait training, ✓ dynamic activities
(including balance/ proprioceptive training, agility/ plyometric exercise, _____), ✓ functional
retraining (including work conditioning), ✓ therapeutic modalities

Thank you for the referral of Travis Gerber . Please feel free to contact us at (718) 931-5550
regarding this patient.

Sincerely,

Nara ___ ___ ☎ 02653

Joseph J Castelli Jr. PT, CSCS, CEAS, C.Ped
Director
N.Y. License 021420-1

Karn Santikul, DPT
Staff Physical Therapist
N.Y. License 026668-1



RECOVERY
PHYSICAL
THERAPY, P.C.

PATIENT NAME: _Travis Gambers_          DATE: _11/22/06_
DX:

Subjective: _____Unremarkable _____No new complaints _____Increase/Decrease pain after last visit
         Patient pain level @ _5_ /10 _____

Objective: Area treated: _① ankle_          Swelling:_____ Ecchymosis:_____
         ROM: _gait training c boot s(?)A-c WBAT_
         Strength: _#15 ankle peroneal R PF_
         Function: _therex as per sheet + Add bridging, scoot/hip, seated bgs_

Assessment: STG Current:_____ Met:_____ LTG Current:_____ Met:_____
         __/ Pt tolerated treatment well __/ Home exercise program reviewed ____ Ther Ex program as per flow sheet

Plan: ____/ Upgrade activities as tolerated/per protocol _____Discharge from Physical Therapy
Comments: _____
         _____S/P x4 c aide_____

Therapist's Signature: _____

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
|---|---|---|---|---|---|---|---|
| | | 2 | / | / | | | |

DATE: _11/27/06_

Subjective: _____Unremarkable _____No new complaints _____Increase/Decrease pain after last visit
         Patient pain level @ _1_ /10 _doing okay_

Objective: Area treated: _① ankle_          Swelling:_____ Ecchymosis:_____
         ROM: _DP @ med ankle & @ tibial shaft._
         Strength: _strong. therex as per sheet_
         Function: _Add S/P x4, CR. WB (?)._

Assessment: STG Current:_____ Met:_____ LTG Current:_____ Met:_____
         __/ Pt tolerated treatment well __/ Home exercise program reviewed ____ Ther Ex program as per flow sheet

Plan: ____/ Upgrade activities as tolerated/per protocol _____Discharge from Physical Therapy
Comments: _____
         ____sts gait training. IC s aide s bike_____

Therapist's Signature: _____

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |



RECOVERY
PHYSICAL
THERAPY, P.C.

PATIENT NAME: _Travis Gambers_____    DATE: ___1/29/06___
DX:

---

Subjective: _____ Unremarkable    ✓ No new complaints    _____ Increase/Decrease pain after last visit
Patient pain level @ _____ /10   (1) hip res hurting p stir ✓ @ home

Objective: Area treated: (1) ankle    Swelling: _____   Ecchymosis: _____
ROM: R 0/0 L (prom DF/PF (R aff more) PF stretch
Strength: SLCS @ hip ✓ → 4 DP
Function: therex as per chart. Amb i.c. 120p

Assessment: STG Current: _____    Met: _____  LTG Current: _____    Met: _____
       ✓ Pt tolerated treatment well   ✓ Home exercise program reviewed  _____ Ther Ex program as per flow sheet

Plan: _____ ✓ Upgrade activities as tolerated/per protocol  _____ Discharge from Physical Therapy
Commemts: ___ Ali bia. Instructed pt to wean off of WC → (B) AC to
come for PT. Pt already amb AC around the house___

Therapist's Signature: _____ bns0103

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
|---|---|---|---|---|---|---|---|

---

DATE: ___12/1/06___

---

Subjective: _____ Unremarkable    ✗ No new complaints    _____ Increase/Decrease pain after last visit
Patient pain level @ _____ /10

Objective: Area treated: (L) ankle  ORF    Swelling: _____   Ecchymosis: _____
ROM: WFL
Strength: Removed tender s medial incisional scar
Function: _____

Assessment: STG Current: _____    Met: _____  LTG Current: _____    Met: _____
       ✓ Pt tolerated treatment well   ✓ Home exercise program reviewed   ✓ Ther Ex program as per flow sheet

Plan: _____ Upgrade activities as tolerated/per protocol  _____ Discharge from Physical Therapy   D/C ufc
Commemts: ___ Appreciations c FWB, advancing to D/C ufc
Gives TB for HDP - 4___

Therapist's Signature: _____ DPT # 028868

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
|---|---|---|---|---|---|---|---|



RECOVERY
PHYSICAL
THERAPY, P.C.

PATIENT NAME: _Travis Garbers_                DATE: _12/4/06_
DX:

Subjective: _____ Unremarkable    _____ No new complaints    _____ Increase/Decrease pain after last visit
Patient pain level @ _____ /10    I felt very sore s the pt did the massage.

Objective: Area treated: (L) Ankle .                Swelling: ⊘    Ecchymosis: ⊖
ROM: Tight heel cords.
Strength: Palpation: marked tend. @ the proximal medial scar site
Function: Swelling @ the medial tibia          Ther ex per flow sheet

Assessment: STG Current: _____    Met: _____    LTG Current: _____    Met: _____
_X_ Pt tolerated treatment well    _X_ Home exercise program reviewed    _X_ Ther Ex program as per flow sheet

Plan: _X_ Upgrade activities as tolerated/per protocol    _____ Discharge from Physical Therapy
Comments: _____ progress w/ pt time availability cp'd

Therapist's Signature: _J Castell PT 021420-1 NY_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
|---|---|---|---|---|---|---|---|
| | | 2 | 1 | | | | |

DATE: _12/6/06_

Subjective: _____ Unremarkable    _____ No new complaints    _____ Increase/Decrease pain after last visit
Patient pain level @ _6_ /10    Cl was very sore. Cl did more walking.

Objective: Area treated: (L) ankle .                Swelling: ⊘    Ecchymosis: ⊖
ROM: 4/5 heel cord.
Strength: no D
Function: WBAT → (L) LE    not safe to D/C crutches. 2) Balance: unable to perform

Assessment: STG Current: _____    Met: _____    LTG Current: _____    Met: _____
_X_ Pt tolerated treatment well    _X_ Home exercise program reviewed    _X_ Ther Ex program as per flow sheet

Plan: _X_ Upgrade activities as tolerated/per protocol    _____ Discharge from Physical Therapy
Comments: _____ Pt requires D/C for proper heel strike, toe off pattern c crutch use.

Therapist's Signature: _J Castell PT 021420-1 NY_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
|---|---|---|---|---|---|---|---|
| | | 2 | | | | | |



RECOVERY
PHYSICAL
THERAPY, P.C.

PATIENT NAME: _Travis Gompas_____  DATE: _12/3/06_____
DX:

__Subjective:__ _____Unremarkable  _____No new complaints  _____Increase/Decrease pain after last visit
Patient pain level @ _____ /10 _____

__Objective:__ Area treated:_____  Swelling:_____  Ecchymosis:_____
ROM:_____
Strength:_____
Function:_____

__Assessment:__ STG Current:_____  _____ Met:_____  LTG Current:_____  _____ Met:_____
_____Pt tolerated treatment well  _____Home exercise program reviewed  _____Ther Ex program as per flow sheet

__Plan:__ _____Upgrade activities as tolerated/per protocol  _____Discharge from Physical Therapy
Comments:_____
_____

Therapist's Signature: _____ PT OLY20-in_____

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
|---|---|---|---|---|---|---|---|
| | | 1 | | | | | |

DATE: _12/11/06_____

__Subjective:__ _____Unremarkable  _____No new complaints  _____Increase/Decrease pain after last visit
Patient pain level @ _5_ /10 "I walked 5 Blocks & swelling Bad but it
was very sore"_____

__Objective:__ Area treated: _(R)ankle_____  Swelling: Ⓝ  Ecchymosis Ⓝ
ROM: tilt bed cords_____
Strength: Palp → (+) medial sensile_____
Function:_____ Trace quadriceps

__Assessment:__ STG Current:_____  _____ Met:_____  LTG Current:_____  _____ Met:_____
_____Pt tolerated treatment well  _____Home exercise program reviewed  _____Ther Ex program as per flow sheet

__Plan:__ _____Upgrade activities as tolerated/per protocol  _____Discharge from Physical Therapy
Comments:_____ Progress _____ - Tog Ambulate c level next visit_____

Therapist's Signature: _____ PT OLY20-in_____

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
|---|---|---|---|---|---|---|---|
| | | 2 | 1 | | 4 | | |



RECOVERY
PHYSICAL
THERAPY, P.C.

PATIENT NAME: _Travis Gambers_    DATE: _12/13/06_

DX:

Subjective: _____ Unremarkable _____ No new complaints _____ Increase/Decrease pain after last visit
Patient pain level @ _3_ /10    _Sharp yesterday @ 7/10  manageable w/ this weather._

Objective: Area treated: _(L) Ankle/foot_    Swelling: _⊖_    Ecchymosis: _⊖_
ROM: _____
Strength: _____
Function: _Pt ambulates c̄ 2 crutches WBAT (L)    Ther ex per flow sheet_

Assessment: STG Current: _____ Met: _____ LTG Current: _____ Met: _____
_____ Pt tolerated treatment well _____ Home exercise program reviewed _____ Ther Ex program as per flow sheet

Plan: _____ Upgrade activities as tolerated/per protocol _____ Discharge from Physical Therapy
Commemts: _gait → Progressed to SAC (cane) on all level surfaces WBAT (L) LE._

Therapist's Signature: _J Castell  PT 021420-1y_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
|---|---|---|---|---|---|---|---|
| | | 2 | | I | I | | |

DATE: _12/15/06_

Subjective: _____ Unremarkable _____ No new complaints _____ Increase/Decrease pain after last visit
Patient pain level @ _5_ /10    _I am having ... the ... inside of my ankle_

Objective: Area treated: _(L) Ankle_    Swelling: _⊖_    Ecchymosis: _0_
ROM: _tight achilles_
Strength: _____
Function: _Ambulates c̄ air cast, SAC on all surface  Ther ex per flow sheet_

Assessment: STG Current: _____ Met: _____ LTG Current: _____ Met: _____
_____ Pt tolerated treatment well _____ Home exercise program reviewed _____ Ther Ex program as per flow sheet

Plan: _____ Upgrade activities as tolerated/per protocol _____ Discharge from Physical Therapy
Commemts: _Gait: progressed to SAC c̄ Air cast  to be WDM for_
_4-6 whs a per mo_
_Pain @ lateral ankle is related to soft ... and ES tendon._

Therapist's Signature: _J Castell  PT 021420-1y_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
|---|---|---|---|---|---|---|---|
| | | 2 | | I | I | | |



RECOVERY
PHYSICAL
THERAPY, P.C.

PATIENT NAME: _T Gaynes_     DATE: _12/20/06_
DX:

Subjective: _____ Unremarkable _____ No new complaints _____ Increase/Decrease pain after last visit
Patient pain level @ _5_ /10  C/O of ā- cost _____ _____
_____ _____

Objective: Area treated: (L) _foot_          Swelling: ⊖     Ecchymosis: ⊖
ROM: _↓ heel strike dng gait_
Strength: _↓ calf's exercise_
Function: _ambulate c limp (L) Lower_

Assessment: STG Current: _____ Met: _____ LTG Current: _____ Met: _____
_____ Pt tolerated treatment well _____ Home exercise program reviewed _____ Ther Ex program as per flow sheet

Plan: _____ Upgrade activities as tolerated/per protocol _____ Discharge from Physical Therapy
Comments: _monitor pain @ foot (in visit)_
_____
_____

Therapist's Signature: _J Costa PT 021420-17_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation |
|---|---|---|---|---|---|---|
| | | | | | | |

DATE: _12/22/06_

Subjective: _____ Unremarkable _____ No new complaints _____ Increase/Decrease pain after last visit
Patient pain level @ _5_ /10  I still have pain if I walk for awhile.
_The canes still help._

Objective: Area treated: (L) _ankle_          Swelling: ⊖     Ecchymosis: ⊖
ROM: _~ dng heel cords._
Strength: _4/5 ↑ _
Function: _↓ Improof ambulate, ↓ ambulate distance. The cane per fler old_

Assessment: STG Current: _____ Met: _____ LTG Current: _____ Met: _____
_____ Pt tolerated treatment well _____ Home exercise program reviewed _____ Ther Ex program as per flow sheet

Plan: _____ Upgrade activities as tolerated/per protocol _____ Discharge from Physical Therapy
Commemts: _Pt requires VC for proper heel strike. No C/O c air cast_
_today._

Therapist's Signature: _J Costa PT 021420-1M_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation |
|---|---|---|---|---|---|---|
| | | 2 | | 1 | | |



RECOVERY
PHYSICAL
THERAPY, P.C.

PATIENT NAME: _Travis Grayson_    DATE: _12/29/06_
DX:

---

Subjective: _____ Unremarkable _____ No new complaints _____ Increase/Decrease pain after last visit
Patient pain level @ _5_ /10 "I still have pain on each side of ft
more on the inside"

Objective: Area treated: Ⓛ Ankle/Foot    Swelling: ⊝    Ecchymosis: ⊝
ROM: 4 heel loads    tight capsule
Strength: 4/5 TB    Palpation: min Pt tdn @ the child (medial
Function: Scar — No well healing, not raised.    leg. (lower gastro)

Assessment: STG Current: _____    Met: _____ LTG Current: _____    Met: _____
_____ Pt tolerated treatment well _____ Home exercise program reviewed _____ Ther Ex program as per flow sheet

Plan: _____ Upgrade activities as tolerated/per protocol _____ Discharge from Physical Therapy
Comments: — ↓ pain off day cont.
Pt smokes — has diabetes — may be impairing healing process.
gastroc tenderness related to gait/Biomechanics, ↓ heel strike/toe off

Therapist's Signature: _J Castelli PT 021420-1ny_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation |
|---|---|---|---|---|---|---|
| | | 2 | 1 | ) | | |

---

DATE: _1/3/07_

Subjective: _____ Unremarkable _____ No new complaints _____ Increase/Decrease pain after last visit
Patient pain level @ _5_ /10 c/o of swelling in Ⓛ ankle, tingles getting in shoulder

Objective: Area treated: Ⓛ Ankle    Swelling: ⊕    Ecchymosis: ⊖
ROM: tight heel cords.
Strength:
Function: 1.5 cm difference — Travis can't measure. The ex per flow sht
vs Ⓡ ankle

Assessment: STG Current: _____    Met: _____ LTG Current: _____    Met: _____
_____ Pt tolerated treatment well _____ Home exercise program reviewed _____ Ther Ex program as per flow sheet

Plan: _____ Upgrade activities as tolerated/per protocol _____ Discharge from Physical Therapy
Comments: — gait improving
— some over reaction to palpation @ the 5th app. Tb
No swelling or deformity present.

Therapist's Signature: _J Castelli PT 021420-1ny_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation |
|---|---|---|---|---|---|---|
| | | 2 | 1 | 1 | | |



RECOVERY
PHYSICAL
THERAPY, P.C.

PATIENT NAME: _Travis Cammarto_  DATE: _1/8/07_
DX:

---

Subjective: _____ Unremarkable _____ No new complaints _____ Increase/Decrease pain after last visit
Patient pain level @ _5_ /10 _+ I was sore from the waist down_
_yesterday. I had trouble moving. Clotted normal? 4_

Objective: Area treated: _(L) Ankle_  Swelling: _____  Ecchymosis: _____
ROM: _tight heel cord_
Strength: _____
Function: _Palpation i moderate tenderness @ the Thera la per flow sheet_
_medial chest centre._

Assessment: STG Current: _____ Met: _____ LTG Current: _____ Met: _____
_____ Pt tolerated treatment well _____ Home exercise program reviewed _____ Ther Ex program as per flow sheet

Plan: _____ Upgrade activities as tolerated/per protocol _____ Discharge from Physical Therapy
Comments: _Mild Antalgic gait today corrected i verbal cues._
_med Calf pain tenderness 2° to Attend Biomechanic deng gait._

Therapist's Signature: _Costello PT 021420 ny_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation |
|---|---|---|---|---|---|---|
| | | 2 | | | | |

---

DATE: _1/8/07_

Subjective: _____ Unremarkable _____ No new complaints _____ Increase/Decrease pain after last visit
Patient pain level @ _5_ /10 _clt wasn't too bad but I felt sharp_
_pain in the inside of my ankle._

Objective: Area treated: _(L) Ankle_  Swelling: _⊖_  Ecchymosis: _⊖_
ROM: _____
Strength: _Palpation: (+) medial power leg, ½ figure to medial malleolus and medial to tibia_
Function: _The cu per flow sheet_

Assessment: STG Current: _____ Met: _____ LTG Current: _____ Met: _____
_____ Pt tolerated treatment well _____ Home exercise program reviewed _____ Ther Ex program as per flow sheet

Plan: _____ Upgrade activities as tolerated/per protocol _____ Discharge from Physical Therapy
Comments: _- soft tissue exercise 2° to altered gait pattern._
_relax i deep tissue massage._

Therapist's Signature: _Costello PT 021420 ny_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation |
|---|---|---|---|---|---|---|
| | | | | | | |

RECOVERY
PHYSICAL
THERAPY, P.C.

PATIENT NAME: _Travis Gampers_                    DATE: _1/10/07_
DX:

Subjective: _____ Unremarkable _____ No new complaints _____ Increase/Decrease pain after last visit
Patient pain level @ _4_ /10 (R), still very stiff

Objective: Area treated: ① ankle          Swelling: ⊖          Ecchymosis: ⊖
ROM: _palp ↑. (↑) medl (dist) leg — tibia_
Strength: _① redd scar, remodel_
Function: _9.5 ml mild Antalgic patten_          _Ther ex AKC_

Assessment: STG Current: _____ Met: _____ LTG Current: _____ Met: _____
_____ Pt tolerated treatment well _____ Home exercise program reviewed _____ Ther Ex program as per flow sheet

Plan: _____ Upgrade activities as tolerated/per protocol _____ Discharge from Physical Therapy
Comments: _Pt still rehab shts for Blue on (L)_

Therapist's Signature: _J Castell Pt 021420-1NY_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation |
|---|---|---|---|---|---|---|
| | | 2 | 1 | 1 | | |

                                        DATE: _1/12/07_

Subjective: _____ Unremarkable _____ No new complaints _____ Increase/Decrease pain after last visit
Patient pain level @ _5_ /10 _I don't understd why sh hav som sweh pn in my foot._

Objective: Area treated: ① ankle          Swelling: ⊕          Ecchymosis: ⊕
ROM: _↓ heel crd._
Strength: _was 4/5 footd Plxd._
Function: _Ambulates c SAC on all surfac_

Assessment: STG Current: _____ Met: _____ LTG Current: _____ Met: _____
_____ Pt tolerated treatment well _____ Home exercise program reviewed _____ Ther Ex program as per flow sheet

Plan: _____ Upgrade activities as tolerated/per protocol _____ Discharge from Physical Therapy
Comments: _Ther ex per flow shts_
_Noi swelln, pn, may be related to diabet._

Therapist's Signature: _J Castell PT 021420-1ny_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation |
|---|---|---|---|---|---|---|
| | | 2 | 1 | 1 | | |

RECOVERY
PHYSICAL
THERAPY, P.C.

PATIENT NAME: Travis Campos    DATE: 1/15/07
DX:

Subjective: _____ Unremarkable _____ No new complaints _____ Increase/Decrease pain after last visit
Patient pain level @ 5 /10  my whole body aches, so much when the weather is cold and damp.
C/o neck. Ankles ft pm.

Objective: Area treated: (L) Ankle    Swelling: ⊖    Ecchymosis: ⊖
ROM: _____ ↓ lt heel cords.
Strength: 4+/5 — T.O
Function: ↓↑ stairs ↑ absent.    The tx per flow sheet

Assessment: STG Current: _____ Met: _____ LTG Current: _____ Met: _____
_____ Pt tolerated treatment well _____ Home exercise program reviewed _____ Ther Ex program as per flow sheet

Plan: _____ Upgrade activities as tolerated/per protocol _____ Discharge from Physical Therapy
Comments: Capsule dryness, mild restating, extend
: pt exhibit has mild to moderate difficulty ↓ stairs, possible new localize control
mvmt not resolved.

Therapist's Signature: J Castell, PT 02/420-1my

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
|---|---|---|---|---|---|---|---|
| | | 2 | 1 | 1 | 1 | | |

DATE: 1/17/07

Subjective: _____ Unremarkable _____ No new complaints _____ Increase/Decrease pain after last visit
Patient pain level @ 5 /10  less pain in the outside of the body. Ankle
Pain is less frequent but still reaches level of 5/10

Objective: Area treated: (L) Ankle foot    Swelling: ⊖    Ecchymosis: ⊖
ROM: 5° DF 50 PF
Strength: 4+/5
Function: mild ambulation pattern (L) — corrected in WC's

Assessment: STG Current: _____ Met: _____ LTG Current: _____ Met: _____
_____ Pt tolerated treatment well _____ Home exercise program reviewed _____ Ther Ex program as per flow sheet

Plan: _____ Upgrade activities as tolerated/per protocol _____ Discharge from Physical Therapy
Comments: Pt has a tendency to favor (L) LE and does't heel strike consistently.

Therapist's Signature: J Castell, PT 02/420-1my

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
|---|---|---|---|---|---|---|---|
| | | 2 | 1 | 1 | | | |

RECOVERY
PHYSICAL
THERAPY, P.C.

PATIENT NAME: _Travis Gaspers_____    DATE: _____1/19/07_____

DX: _____

**Subjective** _____ Unremarkable _____ No new complaints _____ Increase/Decrease pain after last visit
Patient pain level @ _____ /10 _____

**Objective:** Area treated:_____ Swelling:_____ Ecchymosis:_____
ROM:_____
Strength:_____
Function:_____

**Assessment:** STG Current:_____ Met____ LTG Current:_____ Met:_____
___Pt tolerated treatment well ____Home exercise program reviewed ____ Ther Ex program as per flow sheet

**Plan:** ___Upgrade activities as tolerated/per protocol ____Discharge from Physical Therapy
Comments:_____
_____
_____

Therapist's Signature:_____

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

DATE: _____1/22/07_____

**Subjective:** _____ Unremarkable _____ No new complaints _____ Increase/Decrease pain after last visit
Patient pain level @ _5_ /10 _Clt hurts when at walk for a bit_

**Objective:** Area treated: (L) ankle_____ Swelling: ⊖ Ecchymosis: ⊖
ROM:_____
Strength: _Palpation: mid lateral leg — marked tenderness 8-0 — ④_
Function: _____ _Tests are finished_

**Assessment:** STG Current:_____ Met:/ LTG Current:_____ Met:_____
✓ Pt tolerated treatment well ____Home exercise program reviewed ____ Ther Ex program as per flow sheet

**Plan:** ✓ Upgrade activities as tolerated/per protocol ____Discharge from Physical Therapy
Comments _Pt may be diabetic skin and occurs ↑ prolonged activity and_
_minimal activity._

Therapist's Signature: _J. x / Castell  PT  021420-1_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
|---|---|---|---|---|---|---|---|
| | | 2 | 1 | 1 | | | |

RECOVERY
PHYSICAL
THERAPY, P.C.

PATIENT NAME: _Travis Gardner_   DATE: _1/24/07_

DX: _____

| Subjective: | _____ Unremarkable  _____ No new complaints  _____ Increase/Decrease pain after last visit |
| --- | --- |

Patient pain level @ _____ /10  _p̄ lateral ham leg, no swelling, toe point p̄_
& ⁵/₁₀

Objective:  Area treated: ① foot          Swelling: ∅      Ecchymosis: ⊖

ROM: _____

Strength: _Palpation ↓ toe point, ↓ swelling, no trophic Δ's_

Function: _____

Assessment: STG Current: _____ Met: _____ LTG Current: _____ Met: _____
_____ Pt tolerated treatment well  _____ Home exercise program reviewed  _____ Ther Ex program as per flow sheet

Plan: _____ Upgrade activities as tolerated/per protocol  _____ Discharge from Physical Therapy

Comments: _Possible peripheral neuropathy   MD recheck 1/25/07_
_Case or Kelvin for pins_

Therapist's Signature: _J Carter PT 021425-1_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2 | | 1 | | | |

DATE: _1/26/07_

| Subjective: | _____ Unremarkable  _____ No new complaints  _____ Increase/Decrease pain after last visit |
| --- | --- |

Patient pain level @ _____ /10 _____

Objective:  Area treated: _L_      Swelling: _____   Ecchymosis: _____

ROM: _____

Strength: _Spence called — desired to for last appt p̄ Assured_
_p̄._

Function: _____

Assessment: STG Current: _____ Met: _____ LTG Current: _____ Met: _____
_____ Pt tolerated treatment well  _____ Home exercise program reviewed  _____ Ther Ex program as per flow sheet

Plan: _____ Upgrade activities as tolerated/per protocol  _____ Discharge from Physical Therapy

Comments: _____

Therapist's Signature: _____

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | |



**PATIENT NAME:** T Garber                     **DATE:** 1/29/07
**DX**

| | | |
|---|---|---|
| Subjective | ___ Unremarkable    ___ No new complaints    ___ Increase/Decrease pain after last visit | |
| | Patient pain level @ ___ /10 | |
| | | *Called hosp + dmd Dionysacha* |
| Objective | Area treated: ___    Swelling: *Absent* c *pain* p/c ↑ *lat*    Ecchymosis: ___ | |
| | ROM: ___ | |
| | Strength: *hurry more today, and the* | |
| | Function: W | |
| Assessment | STG Current: ___    Met: ___    LTG Current: ___    Met: *well* | |
| | ___ Pt tolerated treatment well    ___ Home exercise program reviewed    ___ Ther Ex program as per flow sheet | |
| Plan | ___ Upgrade activities as tolerated/per protocol    ___ Discharge from Physical Therapy | |
| Comments | ___ | |

**Therapist's Signature:** ___

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

---

**DATE:** 2/12/07

| | |
|---|---|
| Subjective: | ___ Unremarkable    ___ No new complaints    ___ Increase/Decrease pain after last visit |
| | Patient pain level @ 5 /10 *Pt saw surgeon last week, I will have to have the fixator (metal) bolts end @ rear end of the yr. It doesn't look right.* |
| Objective | Area treated: (L) ankle    Swelling: ⊘    Ecchymosis: ⊘ |
| | ROM: *now WFL, except for ↑/↓ ability (L)* |
| | Strength |
| | Function: *Palpat. (+) tens, ext dyst*    *Thera in flex shoe* |
| Assessment | STG Current: ___    Met: ___    LTG Current: ___    Met: ___ |
| | ___ Pt tolerated treatment well    ___ Home exercise program reviewed    ___ Ther Ex program as per flow sheet |
| Plan | ___ Upgrade activities as tolerated/per protocol    ___ Discharge from Physical Therapy |
| Comments | *Pain over also tides — made pain c unilateral → Ther ex: Gbc, Bands, 4-way and mobilization, Pt well tol soft tissue massage 2° to pain* |

**Therapist's Signature:** *[signature] PT 024420-1*

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
|---|---|---|---|---|---|---|---|
| | | 2 | | | 1 | | |

RECOVERY
PHYSICAL
THERAPY, P.C.

PATIENT NAME: _Travis Ganbino_          DATE: _2/15/07_
DX

__Subjective__    _____ Unremarkable    _____ No new complaints    _____ Increase/Decrease pain after last visit
Patient pain level @ __5__ /10   _Pain in the front of the ankle when it will, especially_
_c all the insny/ank on the ground_

__Objective__    Area treated: __(L) Ankle__        Swelling: __(−)__     Ecchymosis: __(−)__
ROM: _tight heel cord._
Strength: _Palp: marked tender @ tibia, Exterior digittum tendon_
Function: _mild Antalgic gait_              _Tber ex p flow_

__Assessment__  STG Current: _____      Met: _____   LTG Current: _____        Met: _____
                ✓ Pt tolerated treatment well   _____ Home exercise program reviewed   ✓ Ther Ex program as per flow shee

__Plan__        _____ Upgrade activities as tolerated/per protocol    _____ Discharge from Physical Therapy
Comments: _pir c Soft tissue massage, mild tenderness @ the Exterior digittum tendon_
_Monitor closely._

Therapist's Signature: _____ PT DLyuro-y

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation |
|---|---|---|---|---|---|---|
|  |  | 2 | \ | \ |  |  |

---

DATE: _2/19/07_

__Subjective__    _____ Unremarkable    _____ No new complaints    _____ Increase/Decrease pain after last visit
Patient pain level @ __5__ /10   _pt c/o of antero ankle pain again._

__Objective__    Area treated: __(L) Ankle__        Swelling: __(−)__     Ecchymosis: __(−)__
ROM: _____
Strength: _Palp: moderate tender @ the proximal tibia,_
Function: _c withdn._

__Assessment__  STG Current: _____      ✓ Met: _____   LTG Current: _____        Met: _____
                ✓ Pt tolerated treatment well   ✓ Home exercise program reviewed   ✓ Ther Ex program as per flow shee

__Plan__        ✓ Upgrade activities as tolerated/per protocol    _____ Discharge from Physical Therapy
Comments: _most likely exp'ing pain fm medal "hardware" in ankle._
_Pt expects hardware to be removed in Sept'07_

Therapist's Signature: _____ PT 02-1420-1-y

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation |
|---|---|---|---|---|---|---|
|  |  | 2 | \ | \ |  |  |

RECOVERY
PHYSICAL
THERAPY, P.C.

PATIENT NAME: _Travis Gambers_    DATE: _2/23/07_
DX

**Subjective:** _____ Unremarkable _____ No new complaints _____ Increase/Decrease pain after last visit
Patient pain level @ _6_ /10  _sharp pain @ times, mostly dull/achy @ rest._
_Very sharp on exercise but tapers off and feels better_

**Objective:** Area treated: _~ Ankle ~ (L)_    Swelling: _mild_    Ecchymosis: _O_
ROM: _t, lt heel cords_
Strength: _4/5_
Function: 1) _Pn c̄ deep bending strapping, stairs T ↓, pn c̄ L achy/stab..._

**Assessment:** STG Current: _____ Met: _____ LTG Current: _____ Met: _____
_____ Pt tolerated treatment well _____ Home exercise program reviewed _____ Ther Ex program as per flow s

**Plan:** _____ Upgrade activities as tolerated/per protocol _____ Discharge from Physical Therapy
**Comments:** _— Pt exp'd pain / swelling c̄ prolonged standing > 15 min_
_— Pt feels muscle pain during weightbearing takes out_
_on stairs, T.L._    (KX)

Therapist's Signature: _J Costa PT 024420-1_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

DATE: _2/28/07_

**Subjective:** _____ Unremarkable _____ No new complaints _____ Increase/Decrease pain after last visit
Patient pain level @ _5_ /10  _My ankle was aching a lot last 3 days. Walking was_
_difficult on wet surfaces"_

**Objective:** Area treated: _(L) Ankle_    Swelling: _O_    Ecchymosis: _O_
ROM: _t, lt heel cords_
Strength: _no Δ_
Function: _good, mild antalgic gait (L)   Ther Ex per flow sheet_
_c̄ lt heel stretch, shin muscle_

**Assessment:** STG Current: _____ Met: _____ LTG Current: _____ Met: _____
_____ Pt tolerated treatment well _____ Home exercise program reviewed _____ Ther Ex program as per flow sh

**Plan:** _____ Upgrade activities as tolerated/per protocol _____ Discharge from Physical Therapy
**Comments:** _Pt had pain pain palpation to lateral ankle and medial_
_distal tibia.  mild relief c̄ soft tissue_

Therapist's Signature: _J Costa PT 024420-1_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
|---|---|---|---|---|---|---|---|
| | | Z | | | | | |

RECOVERY
PHYSICAL
THERAPY, P.C.

PATIENT NAME: _Travis Granbus_     DATE: _3/2/07_
DX:

---

**Subjective** _____ Unremarkable _____ No new complaints _____ Increase/Decrease pain after last visit
Patient pain level @ _5_ /10 _This weather is so rough on the ankle, still very sore on palp._

**Objective:** Area treated: _Ankle (L)_     Swelling: ◯     Ecchymosis: ◯
ROM:
Strength: _Palpation marked pain upon palpation (L) talus, lateral 2/3cm site_
Function: _and distal medial tibia c notcholesus._

**Assessment:** STG Current: _____ Met: _____ LTG Current: _____ Met: _____
_____ Pt tolerated treatment well _____ Home exercise program reviewed _____ Ther Ex program as per flow s

**Plan:** _____ Upgrade activities as tolerated/per protocol _____ Discharge from Physical Therapy
**Comments:** _worked on soft tissue mobility, pain managed, Better_
_progression to future._

Therapist's Signature: _Costello PT 021420-ny_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
|---|---|---|---|---|---|---|---|
| | | 2 | \ | \ | \ | | KX |

---

DATE: _3/5_

**Subjective** _____ Unremarkable _____ No new complaints _____ Increase/Decrease pain after last visit
Patient pain level @ _5_ /10 _marked pain on each side of joint_

**Objective:** Area treated: _(L) ankle_     Swelling: ◯     Ecchymosis: ◯
ROM: _↑, ↑ heel cords_
Strength: _4/5 Tib -flexed plane, transverse plane (L)_
Function: _Palpation: marked tenderness @ the distal tib/med malus in sec_
_and lateral fib (L) ankle._

**Assessment:** STG Current: _____ Met: _____ LTG Current: _____ Met: _____
_____ Pt tolerated treatment well _____ Home exercise program reviewed _____ Ther Ex program as per flow sh

**Plan:** _____ Upgrade activities as tolerated/per protocol _____ Discharge from Physical Therapy
**Comments:** _Possible pain (w metal implants)_

Therapist's Signature: _Costello PT 021420-ny_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
|---|---|---|---|---|---|---|---|
| | | 2 | \ | \ | \ | | KX |

RECOVERY
PHYSICAL
THERAPY, P.C.

PATIENT NAME: _Travis Cambus_    DATE: _3/7/07_

DX: _____

Subjective    _____ Unremarkable    _____ No new complaints    _____ Increase/Decrease pain after last visit
Patient pain level @ _5_ /10 " Pain c going up stairs, sharp on sides of It.
"I elevate it for relief"

Objective    Area treated: _(L) ankle_    Swelling: _⊖_    Ecchymosis: _⊖_
ROM: _to pt heel cords._
Strength: _Palpate: m-c It (+)_
Function: _Theraputic functional: BAPs level 4_

Assessment  STG Current: _____    Met: _____    LTG Current: _____    Met: _____
_____ Pt tolerated treatment well    _____ Home exercise program reviewed    _____ Ther Ex program as per flow sheet

Plan:    _____ Upgrade activities as tolerated/per protocol    _____ Discharge from Physical Therapy
Comments    _Cont c pain mgmt and soft tissue flexibility. Balance_
_proprioception_
_- most likely metal implants causing pain. c (L) telecure It._
_and distal tib/fib._

Therapist's Signature: _J Castelli PT 021420-1mm_

| 97001 Initial Evaluation | 97002 Re- Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
|---|---|---|---|---|---|---|---|
| | | 2 | 1 | 1 | 1 | | |

DATE: _3/4/07_

Subjective    _____ Unremarkable    _____ No new complaints    _____ Increase/Decrease pain after last visit
Patient pain level @ _____ /10 _____

Objective    Area treated: _____    Swelling: _____    Ecchymosis: _____
ROM: _____
Strength: _____
Function: _____

Assessment  STG Current: _____    Met: _____    LTG Current: _____    Met: _____
_____ Pt tolerated treatment well    _____ Home exercise program reviewed    _____ Ther Ex program as per flow sheet

Plan:    _____ Upgrade activities as tolerated/per protocol    _____ Discharge from Physical Therapy
Comments: _____

Therapist's Signature: _____

| 97001 Initial Evaluation | 97002 Re- Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

RECOVERY
PHYSICAL
THERAPY, P.C.

PATIENT NAME: _Travis Gambers_    DATE: _3/12/07_

DX:

_Subjective_ _____ Unremarkable _____ No new complaints _____ Increase/Decrease pain after last visit
Patient pain level @ _5_ /10 _____

_Objective_ Area treated: _(L) Ankle_    Swelling: _⊖_    Ecchymosis: _⊖_
ROM: _tight dorsi_
Strength: _4/5 Fair Plan TJs_
Function: _ambulns gait (L)_    _Ther ex per flow sht_

_Assessment_ STG Current: _____ Met: _____ LTG Current: _____ Met: _____
_____ Pt tolerated treatment well _____ Home exercise program reviewed _____ Ther Ex program as per flow sheet

_Plan_ _____ Upgrade activities as tolerated/per protocol _____ Discharge from Physical Therapy
Comments: ____ 1 session reviews today, monitor closely and
Take mes regularly this if Condition doesnt change

Therapist's Signature: _JJ Costell PT 021420-1_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation |
|---|---|---|---|---|---|---|
| | | 2 | | 1 | | RX |

DATE: _3/14/07_

_Subjective_ _____ Unremarkable _____ No new complaints _____ Increase/Decrease pain after last visit
Patient pain level @ _5_ /10 (L had pain c stairs, standing on the side of

_Objective_ Area treated: _(L) Ankle_    Swelling: _⊖_    Ecchymosis: _⊖_
ROM: _no, tight heel cord_
Strength: _4/5_
Function: _Improved gait/ Stair regained_    _Ther ex per flowsht_

_Assessment_ STG Current: _____ Met: _____ LTG Current: _____ Met: _____
_____ Pt tolerated treatment well _____ Home exercise program reviewed _____ Ther Ex program as per flow sheet

_Plan_ _____ Upgrade activities as tolerated/per protocol _____ Discharge from Physical Therapy
Comments: _____ more sensation today @ today D: 3/12/07
stis no pain c

Therapist's Signature: _JJ PT 021420-1_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation |
|---|---|---|---|---|---|---|
| | | | | | | RX |

RECOVE
PHYSIC
THERAPY.

PATIENT NAME: _Travis Gordon_____    DATE: 3/16/07
DX:

**Subjective** | ____Unremarkable  ____No new complaints  ____Increase/Decrease pain after last visit
Patient pain level @ _____ /10 _____

**Objective** | Area treated _____    Swelling: _____    Ecchymosis: _____
ROM: _____
Strength: _____
Function: _____

**Assessment** | STG Current: _____ Met: ____ LTG Current: _____ Met: ____
____Pt tolerated treatment well  ____Home exercise program reviewed  ____Ther Ex program as per flow

**Plan**
**Comments** | ____Upgrade activities as tolerated/per protocol  ____Discharge from Physical Therapy

Therapist's signature _____

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation |
|---|---|---|---|---|---|---|
| | | | | | | |

DATE: 3/23/07

**Subjective** | ____Unremarkable  ____No new complaints  ____Increase/Decrease pain after last visit
Patient pain level @ _____ /10  C/o any pain @ the lateral ankle
not as c̄ it the knee - complain c̄ low back pain

**Objective** | Area treated (L) ankle    Swelling: (-)    Ecchymosis: (-)
ROM: knee WNL, palpstn ⊕ MFC ®
Strength: 4+/5 knee, ankle 4/5 distal play
Function: Improved gait - mild antalgia    Ther ex ↑ leg, quad, in LP

**Assessment** | STG Current: _____ Met: ____ LTG Current: _____ Met: ____
✓ Pt tolerated treatment well  ____Home exercise program reviewed  ✓ Ther Ex program as per flow

**Plan**
**Comments** | ✓ Upgrade activities as tolerated/per protocol  ____Discharge from Physical Therapy
Pt has prescription for knee technics, ins appears to be corrected
c̄ ___ cmp - follow up. Rec c̄

Therapist's signature _____ Jan Pistell, PT  021420-11

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation |
|---|---|---|---|---|---|---|
| | | 2 | | | | |

RECOVE
PHYSIC
THERAPY.

PATIENT NAME: _Travis Gasbers_    DATE: _3/26/07_
DX

<u>Subjective</u> ____ Unremarkable    ____ No new complaints    ____ Increase/Decrease pain after last visit
Patient pain level @ ____ /10    _free fell with bd my LH_
_in Neg profl_

<u>Objective</u> Area treated: ①liver ® knee    Swelling: ⊖    Ecchymosis ⊖
ROM: _1 heel c-dj_
Strength: _Palpation ® medial (distal ti bra)_
Function: ⊖ sts c ®lig    _The Exp per flex that_

<u>Assessment</u> STG Current: ____    Met: ____    LTG Current: ____    Met: ____
____ Pt tolerated treatment well    ____ Home exercise program reviewed    ____ Ther Ex program as per flow

<u>Plan</u>    ____ Upgrade activities as tolerated/per protocol    ____ Discharge from Physical Therapy
Comments: _Soreness Exp @ RF anym AIIS (L)    field fb in my wkmls tdy_

Therapist's signature: _J Costell PT 021420-ing_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation |
|---|---|---|---|---|---|---|
| | | 2 | / | | / | |

DATE: _3/28/07_

<u>Subjective</u> ____ Unremarkable    ____ No new complaints    ____ Increase/Decrease pain after last visit
Patient pain level @ _5_ /10    _my knee feels beler_

<u>Objective</u> Area treated: ① Ankle    Swelling: ⊖    Ecchymosis ⊖
ROM: _mild tightness @ achiles_
Strength: _NO new S, RA same as 3/26/07_
Function: _The Exp per flex that_

<u>Assessment</u> STG Current: ____    Met: ____    LTG Current: ____    Met: ____
____ Pt tolerated treatment well    ____ Home exercise program reviewed    ____ Ther Ex program as per flow s

<u>Plan</u>    ____ Upgrade activities as tolerated/per protocol    ____ Discharge from Physical Therapy
Comments: _1 Sensation over lateral aspect → lateral malleol?_
_⊖ RROM PF, DF, INV, @ EV_

Therapist's signature: _J Costell PT 021420-ing_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation |
|---|---|---|---|---|---|---|
| | | | / | / | / | |

RECO
PHYS
THERAP

PATIENT NAME: _Twis Garbers_          DATE: _3/30/07_
DX

Subjective: _____ Unremarkable _____ No new complaints _____ Increase/Decrease pain after last vi
Patient pain level @ _3_ /10   _My Ankle on the side hurt_

Objective: Area treated _☺ line_          Swelling: _☺_          Ecchymosis: _☺_
ROM: _Tight heel cords_
Strength: _Painout moderate tendon @ ED tendon ant ankle_
Function: _squats + Thi stretches_          _Three on for_

Assessment: STG Current: _____ Met: _____ LTG Current: _____ Met: _____
__✓__ Pt tolerated treatment well __✓__ Home exercise program reviewed __✓__ Ther Ex program as per fl

Plan _____ Upgrade activities as tolerated/per protocol _____ Discharge from Physical Therapy
Comments _____ _b/c 2 wk → 2 Hep_

Therapist's Signature: _[signature] PT D 21420-1_

| 9.00<br>Initial<br>Evaluation | 97002<br>Re-<br>evaluation | 97110<br>Therapeutic<br>Exercise | 97112<br>Neuromuscular<br>Re-education | 97530<br>Therapeutic<br>Activities | 97140<br>Manual<br>Therapy | G0281<br>Electric<br>Stimulation |
|---|---|---|---|---|---|---|

DATE: _4/4/07_

Subjective: _____ Unremarkable __X__ No new complaints _____ Increase/Decrease pain after last vi
Patient pain level @ _____ /10

Objective: Area treated: _R_ _knee ankle_          Swelling: _R_          Ecchymosis: _⊝_
ROM: _WFL_
Strength:
Function: _thu ex per flow sheet_

Assessment: STG Current: _____ Met: _____ LTG Current: _____ Met: _____
__✓__ Pt tolerated treatment well __✓__ Home exercise program reviewed __✓__ Ther Ex program as per fl

Plan _____ Upgrade activities as tolerated/per protocol _____ Discharge from Physical Therapy
Comments _____ _Progressing well, Bal/prop training_

Therapist's Signature: _[signature] DPT #26608_

| 9.00<br>Initial<br>Evaluation | 97002<br>Re-<br>evaluation | 97110<br>Therapeutic<br>Exercise | 97112<br>Neuromuscular<br>Re-education | 97530<br>Therapeutic<br>Activities | 97140<br>Manual<br>Therapy | G0281<br>Electric<br>Stimulation |
|---|---|---|---|---|---|---|

RECOVE
PHYSI
THERAPY

PATIENT NAME _Travis Garber_     DATE _4/9/07_
DX

**Subjective** ___ Unremarkable ___ No new complaints ___ Increase/Decrease pain after last vis
Patient pain level @ 0 /10 _I feel good for the 1st ter_
_in ages, there not any pain "_

**Objective** Area treated (L) _Ankles_     Swelling: ⊖     Ecchymosis ⊖
ROM
Strength _4/5 Center pain_
Function _Palpation: mild dimified @ toles     ton re per The what_
_pro n    Ed tender (L)_

**Assessment** STG Current: ___ Met: ___ LTG Current: ___ Met: ___
___ Pt tolerated treatment well ___ Home exercise program reviewed ___ Ther Ex program as per flo

**Plan** ___ Upgrade activities as tolerated/per protocol ___ Discharge from Physical Therapy
**Comments** _Pt doing better, d/c 1-2 weeks, need to see consistently & low_
_pain levels_                                    (Rx)

Therapist's Signature _J Costey PT 021423-17_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation |
|---|---|---|---|---|---|---|

---

DATE: _4/11/07_

**Subjective** ___ Unremarkable ___ No new complaints ___ Increase/Decrease pain after last vis
Patient pain level @ ___ /10 _less pain today_
_same ankle @ see Ed today_

**Objective** Area treated (L) _ankle_     Swelling: ⊖     Ecchymosis ⊖
ROM
Strength _no new objection d', noted_
Function _There perfer that_

**Assessment** STG Current ___ Met: ___ LTG Current: ___ Met: ___
___ Pt tolerated treatment well ___ Home exercise program reviewed ___ Ther Ex program as per flo

**Plan** ___ Upgrade activities as tolerated/per protocol ___ Discharge from Physical Therapy
**Comments** _DC need med_                        (Rx)

Therapist's Signature _J Costey PT 021423-17_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation |
|---|---|---|---|---|---|---|
| | | | I | I | | |

PHYSICAL
THERAPY, P.C

PATIENT NAME ___ T Graber ___            DATE: ___ 4/13/0? ___
DX

**Subjective:** ___ Unremarkable ___ ___ No new complaints ___ ___ Increase/Decrease pain after last visit
Patient pain level @ ___ 0 ___/10    no pin again but soreness g Rx,

**Objective:** Area treated: (L) Ankle      Swelling: Ø      Ecchymosis: Ø
ROM: Eyes heel cords → BtL
Strength: Invit Plat 4/5   Sagittal Plat 4+/5 — gravity assist
Function: Ambu → +, Pt ambul levels 3 limbs 3 difficulty

**Assessment:** STG Current: ___ Met: ___ LTG Current: ___ Met: ___
___ Pt tolerated treatment well ___ Home exercise program reviewed ___ Ther Ex program as per flow sh

**Plan** ___ Upgrade activities as tolerated/per protocol ___ Discharge from Physical Therapy
**Comments** D/c next week c HEP
Pt dng well    (KN)

Therapist's Signature: ___ JCostell PT 021420-ny ___

| 97001 Initial Evaluation | 97002 Re Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation |
|---|---|---|---|---|---|---|
| | | 2 | | | | |

DATE: ___ 4/18/07 ___

**Subjective:** ___ Unremarkable ___ ___ No new complaints ___ ___ Increase/Decrease pain after last visit
Patient pain level @ ___ 0 ___/10    No pain today

**Objective:** Area treated: (L) Ankle      Swelling: Ø      Ecchymosis: (-)
ROM:
Strength: Review of home program/self care — Posterior chain Squatting Has
Function:                                                     Crossed

**Assessment:** STG Current: ___ Met: ___ LTG Current: ___ Met: ___
X Pt tolerated treatment well  X Home exercise program reviewed  X Ther Ex program as per flow sh

**Plan** X Upgrade activities as tolerated/per protocol ___ Discharge from Physical Therapy
**Comments** D/c next visit
Complaining has Been demonstrated    (KN)

Therapist's Signature: ___ J-y/ Costell Pt 021420.ny ___

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation |
|---|---|---|---|---|---|---|
| | | 2 | | | | |

RECOVERY
PHYSICAL
THERAPY, P.

PATIENT NAME _Travis Garbers_                    DATE: _4/20/07_

DX

<u>Subjective</u>: _____ Unremarkable _____ No new complaints _____ Increase/Decrease pain after last visit

Patient pain level @ _O_ /10 _No pain, it feels it has come very far_

_+ relief_

<u>Objective</u>: Area treated: _(L)ankle_                    Swelling: _(L)_       Ecchymosis: _(S)_

ROM (L) _10° DF  PF 50°, INV 30, EV 15°_

Strength: _4+/- T5_

Function: _Limit of HEP. —    Squatty, Deadlift/Hing — slight weakness_

<u>Assessment</u>: STG Current: _____ Met: _____ LTG Current: _____ Met: _____

_X_ Pt tolerated treatment well  _X_ Home exercise program reviewed  _X_ Ther Ex program as per flow sh

<u>Plan</u>:  _X_ Upgrade activities as tolerated/per protocol  _✓_ Discharge from Physical Therapy

Comments  _D/C to HEP/self care_

_Pt only c̄ min-L Jb near positions._

_Hardware removal — tentative for Sept/Oct 2007_   (KX)

Therapist's Signature: _J Costell PT 021420-lm_

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation |
|---|---|---|---|---|---|---|
| | | 2 | 1 | 1 | | |

DATE: _____

<u>Subjective</u>: _____ Unremarkable _____ No new complaints _____ Increase/Decrease pain after last visit

Patient pain level @ _____ /10 _____

<u>Objective</u>: Area treated: _____     Swelling: _____  Ecchymosis: _____

ROM: _____

Strength _____

Function _____

<u>Assessment</u>: STG Current: _____ Met: _____ LTG Current: _____ Met: _____

_____ Pt tolerated treatment well  _____ Home exercise program reviewed  _____ Ther Ex program as per flow sh

<u>Plan</u>:  _____ Upgrade activities as tolerated/per protocol  _____ Discharge from Physical Therapy

Comments  _____

_____

_____

Therapist's Signature: _____

| 97001 Initial Evaluation | 97002 Re-Evaluation | 97110 Therapeutic Exercise | 97112 Neuromuscular Re-education | 97530 Therapeutic Activities | 97140 Manual Therapy | G0281 Electric Stimulation |
|---|---|---|---|---|---|---|
| | | | | | | |

07/31/2007 08:03 FAX                                                    002/012

## LENOX HILL HOSPITAL
### DEPARTMENT OF RADIOLOGY
Final

**PATIENT:**          GAMBERS,TRAVIS C                    **PT TYPE:** OP
**MR NO:**            558346                              **ACCT #:** 101312168
**DOB:**              06/22/1948                          **HOSP SVC:** RBH  **CLI:** PAR
**ATTENDING PHYSICIAN:**    STUART D. KATCHIS, MD
**ORDERING PHYSICIAN:**     STUART D. KATCHIS, MD
**EXAM:** 04/23/2007 1004  XR ANKLE-LEFT-COMPLETE                    CPT:73610LT

ADMIT DIAGNOSIS:  UNS ARTHROPATHY LOWE
REASON:
S/P LEFT ANKLE SURGERY WITH A DIFFERENT MD WILL TAKE OUT HARDWARE SOMETIME

THIS YEAR

**INTERPRETATION:**
Indication: Ankle surgery

Three views of the left ankle are compared to the prior examination dated
February 8, 2007.  The patient is status post internal fixation of the
lateral and medial malleoli.  There has been marked reduction in soft tissue
swelling.  The ankle mortise is congruent.  Scattered degenerative changes
are note

Impression:

Interval reduction of soft tissue swelling.

Signed by 03152 Devon Klein; DICTATED: 4/23/2007 11:29:09 AM; Attending
Radiologist: Devon Klein

DICTATED: 04/23/2007
Attending Radiologist     DEVON KLEIN, MD          04/23/2007

ACC#:   16215XR07
LOCATION:  **RADIOLOGY BLACK HALL**
PAGE:   1

Sent 02/08/2007 13:40:47,  Page ~  8

**LENOX HILL HOSPITAL**
**DEPARTMENT OF RADIOLOGY**
Final

| | | |
|---|---|---|
| PATIENT: | GAMBERS,TRAVIS | PT TYPE: OP |
| MR NO: | 558346 | ACCT #: 101278042 |
| DOB: | 06/22/1948 | HOSP SVC: RBH  CLI: PAR |
| ATTENDING PHYSICIAN: | STUART D. KATCHIS, MD | |
| ORDERING PHYSICIAN: | STUART D. KATCHIS, MD | |
| EXAM: 02/08/2007 1337 | XR ANKLE-LEFT-COMPLETE | CPT:73610LT |

ADMIT DIAGNOSIS:
REASON:
PAIN

INTERPRETATION:
Indication: Pain, fracture

Three views of the left ankle are submitted.  The patient is status-post
ORIF of the distal fibula and medial malleolus.  There is a minimally
displaced fracture fragment at the tip of the fibula.  The ankle mortise is
congruent.  A curvilinear density seen on the lateral view posterior to the
tibia may represent present a minimally displaced fracture of the posterior
plafond.  Diffuse soft tissue swelling is identified.

Impression:

Fractures of the tibia and fibula with fixation hardware as above.  Soft
tissue swelling.

Signed by 03152 Devon Klein; DICTATED: 2/8/2007 1:31:22 PM; Attending
Radiologist: Devon Klein

DICTATED: 02/08/2007
Attending Radiologist          DEVON KLEIN, MD          02/08/2007

ACC#:  5651XR07
LOCATION:  RADIOLOGY BLACK HALL
PAGE:  1

8

Sent 03/21/2007 10:33:52, Page - 2

## LENOX HILL HOSPITAL
### DEPARTMENT OF RADIOLOGY
Final

| | | | |
|---|---|---|---|
| PATIENT: | GAMBERS,TRAVIS | PT TYPE: | OP |
| MR NO: | 558346 | ACCT #: | 101297109 |
| DOB: | 06/22/1948 | HOSP SVC: RBH  CLI: PAR | |
| ATTENDING PHYSICIAN: | STUART D. KATCHIS, MD | | |
| ORDERING PHYSICIAN: | STUART D. KATCHIS, MD | | |
| EXAM: 03/21/2007 1004 | XR KNEE-RIGHT-4 OR MORE VIEWS | CPT:73564RT | |

ADMIT DIAGNOSIS:
REASON:
PAIN


**INTERPRETATION:**
X-RAY RIGHT  KNEE

AP, lateral, merchant ,tunnel views

Mild decreased  bony mineralization.  Minimal joint space narrowing of
the medial compartment  No fracture.  No chondrocalcinosis.  No
definite knee joint effusion. Tibial spine osteophytosis. Normal
position of patella. Mild joint space narrowing patellofemoral joint.
Inferior pole patellar enthesopathy

IMPRESSION: Mild arthritic changes as described above


Reviewed By 03283 Allen Goodman
Signed By 03283 Allen Goodman


DICTATED: 03/21/2007
Attending Radiologist      ALLEN GOODMAN, MD       03/21/2007

ACC#:  11686XR07
LOCATION:  RADIOLOGY BLACK HALL
PAGE:  1

2

**Stuart D. Katchis, M.D., P.C.**
130 East 77th Street
New York, New York 10021
Tel: (212) 434-4920
Fax: (212) 434-2844

RE:    <u>Travis Gambers</u>

DATE OF SERVICE: 4/23/07

<u>FOLLOW UP VISIT:</u>

Now seven months after ORIF of his ankle in Mexico where he was on vacation. He is making progress. He is still tender on the medial side where the hardware is, but he also has noticed that he is numb in the area of distribution of the saphenous nerve on the top of the foot. It reaches up to his medial ankle but it does not go higher than that. ROM is improving. It is now beyond neutral degrees and he has good plantar flexion. He can walk comfortably without the cane, though he takes it outside because he is still somewhat unsure on his feet. He has completed his PT and moved onto a home exercise program.

X-rays: X-rays taken standing today demonstrate overall good alignment and good healing of the fracture. There is an ossicle at the tip of the fibula which looks partially healed. There is signs of some narrowing of the tibiotalar joint, but still a reasonable joint space remains.

Plan: He will return and see me at the end of the summer or sooner if he has any problem. We will probably plan at that time to remove his hardware.

Stuart D. Katchis, M.D.

SK:ecs

<center>

~Stuart D. Katchis, M.D., P.C.

130 East 77th Street

New York, New York 10021

Tel: (212) 434-4920

Fax: (212) 434-2844

</center>

**RE:    Travis Gambers**

**DATE OF SERVICE:  3/21/07**

**FOLLOW UP VISIT:**

His ankle is doing reasonably well.  Wound is clean and dry. He still gets some pain from the hardware on the medial side.  Overall, it appears to be progressing nicely. He needs to strengthen it more.

He has a new problem:  Right knee where 48 hours ago he was on his knees fixing a computer and had a significant amount of pain when he got up proximal to the patella.  He has good ROM. He can fully straighten the leg. he has full power in the leg.  He does have some tenderness over the distal quadriceps tendon along the medial side.   I think most likely this is a tendinitis.

Plan:  We will refer him back to his physical therapist to deal with that. He will return in four weeks.

<div align="center">Stuart D. Katchis, M.D.</div>

SK:ecs

07/31/2007 08:05 FAX                                                    ☑007/012

## Stuart D. Katchis, M.D., P.C.
130 East 77th Street
New York, New York 10021
Tel: (212) 434-4920
Fax: (212) 434-2844

RE: <u>Travis Gambers</u>

**DATE OF SERVICE: 2/8/07**

**<u>FOLLOW UP VISIT:</u>**

He has had some medical problems since our last visit; having been admitted with abdominal problems. He is here for evaluation of his ankle which is still giving him a problem, especially at the tip of the fibula in the anteromedial aspect of the ankle.

X-rays: Taken today demonstrate what I believe is some loose bone at the tip of the fibula and the anteromedial screw looks to be sitting anterior to the joint.

Plan: I believe the patient eventually is going to require ROH, and most likely debridement of the bone fragments which are now giving him a problem. He has missed a lot of therapy and it is possible that with the appropriate therapy he may not have too much of a problem. He needs to get back into PT. Return at the end of PT.

Stuart D. Katchis, M.D.

SK·ecs

**Stuart D. Katchis, M.D., P.C.**
130 East 77th Street
New York, New York 10021
Tel: (212) 434-4920
Fax: (212) 434-2844

**RE:**  <u>Travis Gambers</u>

**DATE OF SERVICE:  12/14/06**

<u>FOLLOW UP VISIT:</u>

He is doing well with his ankle. Overall alignment is good. ROM is good.
He has been walking partial weightbearing in the boot.

X-rays: Taken today show good position of the fracture and hardware.

Plan: He is put into an Air cast brace. I will see him back in one month.


Stuart D. Katchis, M.D.


SK:ecs

**Stuart D. Katchis, M.D., P.C.**
130 East 77th Street
New York, New York 10021
Tel: (212) 434-4920
Fax: (212) 434-2844

**RE:   Travis Gambers**

**DATE OF SERVICE:  11/16/06**

**FOLLOW UP VISIT:**

He is still having difficulty with his ankle. It has been seven weeks since the
surgery.  He still has not done much in the way of weightbearing.  We will
begin the PT now.

Physical Examination:  Wounds are clean and dry. No sign of infection.

Plan: I will see him back again in four weeks.  Hopefully we will be able to
change him into an Air cast brace at that time.   For the time being I prefer
that he continue with his Cam walker.

Stuart D. Katchis, M.D.

SK:ecs

**Stuart D. Katchis, M.D., P.C.**
130 East 77th Street
New York, New York 10021
Tel: (212) 434-4920
Fax: (212) 434-2844

**RE:   Travis Gambers**

**DATE OF SERVICE:   10/30/06**

**FOLLOW UP VISIT:**

His wounds are clean and dry. The cast is removed today.

X-rays: Fluoroscan x-rays show good position of the mortise.

Plan: He is now placed in a Cam walker boot. He will be nonweightbearing but able to do ROM exercises of the ankle. Return in three weeks. I hope to start him at that time with some weightbearing activities.

                              Stuart D. Katchis, M.D.


SK:ecs

**Stuart D. Katchis, M.D., P.C.**
130 East 77th Street
New York, New York 10021
Tel: (212) 434-4920
Fax: (212) 434-2844

**RE:   Travis Gambers**

**DATE OF SERVICE:  10/10/06**

**FOLLOW UP VISIT:**

His wounds are clean and dry.  He is a little bit swollen.  He is still having some pain in the ankle but there are no signs of infection.    His staples are removed.

X-rays:  Show good position of the bone.

Plan: The patient is placed back into his cast. I will see him back in three weeks.  Perhaps we will put him in a Cam walker boot at that time and begin some ROM; he will not be able to do any weightbearing until 8 weeks.

Stuart D. Katchis, M.D.

SK:ecs

**Stuart D. Katchis, M.D., P.C.**
130 East 77ᵗʰ Street
New York, New York 10021
Tel: (212) 434-4920
Fax: (212) 434-2844

**RE:** Travis Gambers (NP)
**Referred by:** Dr. Alexander Chun
**DATE OF SERVICE:** 10/3/06

## INITIAL ORTHOPAEDIC CONSULTATION:

Chief Complaint: Left ankle problem

History of Present Illness: A 58 year old who presents for evaluation of left ankle surgery. The patient was in Mexico a week ago and sustained a fracture on his left ankle. He was taken to surgery and is here now for f/u. The surgery was done a week ago today.

Past Medical History: Type II diabetes, neuropathy, and epilepsy

Past Surgical History: Left hip replacement in the past.

Physical Examination: A heavy set 598 year old who ambulates nonweightbearing with crutches on the left side. His splint is removed. He has a swollen ankle with incisions laterally and medially.

Radiographs: X-rays brought by the patient are reviewed they demonstrate a non stable bimalleolar fracture that was fixed appropriately. The two medial screws and the plate and screws laterally. Repeat Fluoroscan x-rays are take today and demonstrate overall good bony anatomy without any slippage.

On physical exam again the patient has no tenderness in the calf.

Plan: A short leg cast is placed. The patient will begin aspirin once a day. He is aware that because of the diabetes it is likely that we will have to immobilize for a full 6 and possibly 8 weeks. Return to see me in two weeks for a cast change and suture removal.

Stuart D. Katchis, M.D.

SK:ecs
Cc: Dr. Alexander Chun

STUART D. KATCHIS, M.D., P.C.
ORTHOPEDIC SURGERY
130 EAST 77TH STREET
NEW YORK, NY 10021

TELEPHONE (212) 434-4920

DEA REG. No. BK3539850
LIC. No. 190026-1

NAME _Travis Gambers_     AGE ____

ADDRESS _____     DATE _11/16/06_

Rx S/P ORIF @ ankle
PT- modalities. ROM,
PRE's, proprioceph, Gait
training (WBAT), HEP
3x/wk  6wks

☐ LABEL

REFILL _____ TIMES

_____ , M.D.

THIS PRESCRIPTION WILL BE FILLED GENERICALLY
UNLESS PRESCRIBER WRITES 'd a w' IN THE BOX BELOW

Dispense As Written