UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRAVIS GAMBERS,                                              Civil Action No. 1:07-cv-04841-BSJ

                Plaintiff,

                                                 **NOTICE TO TAKE**
   -against-                                           **DEPOSITION UPON**
                                                 **UPON ORAL EXAMINATION**

THE CROWN PARADISE HOTELS,
THE CROWN PARADISE CLUB,
MARINA DE ORO, RESORTS
CONDOMINIUMS INTERNATION, LLC,
FN REALTY SERVICES, INC.,

                Defendants.
------------------------------------------------------------X

      PLEASE TAKE NOTICE, that pursuant to F.R.C.P. Rule 30, the testimony, upon oral examination, of a representative defendant, THE CROWN PARADISE CLUB, will be taken before a Notary Public who is not an attorney, or employee of an attorney, or any party or prospective party herein, and is not a person who would be disqualified to act as a juror because of interest, or because of consanguinity or affinity to any party herein, at the offices of ZAREMBA BROWNELL & BROWN PLLC, located at 40 Wall Street, 28th Floor, New York, New York 10005, on **October 3, 2007.**

      The subject matter of the examination will be as to all evidence material and necessary to the prosecution and defense of this action.

      PLEASE TAKE NOTICE, that pursuant to Rule 3111 of the Civil Practice Law and Rules, you are required to produce at the examination, all books, correspondence, records, documents, notes, papers, videotapes, photographs and other things that you may have in your possession, custody or control which relate or refer to any matter in controversy in this action and/or to the dealings or transactions between or among the parties, to be examined, marked as exhibits and used at the examination.

Dated: New York, New York
August 3, 2007

                              ZAREMBA BROWNELL & BROWN PLLC

By: _____
Brian M. Brown (BMB9021)
Attorneys for Plaintiff
TRAVIS GAMBERS
40 Wall Street, 28th Floor
New York, New York 10005
(212) 400-7226

TO:    Alice Spitz, Esq.
MOLOD, SPITZ & DESANTIS, P.C.
Attorneys for Defendants
MARINA DE ORO, THE CROWN PARADISE HOTEL
and THE CROWN PARADISE BEACH CLUB
104 West 40th Street
New York, New York 10018

C. Brian Kornbrek, Esq.
GREENBAUM, ROWE, SMITH & DAVIS LLP
Attorneys for Defendant
RCI
75 Livingston Avenue, Suite 301
Roseland, New Jersey 07068
(973) 535-1600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRAVIS GAMBERS,                             Civil Action No. 1:07-cv-04841-BSJ

                Plaintiff,

                                                  **NOTICE TO TAKE**
  -against-                               **DEPOSITION UPON**
                                                  **ORAL EXAMINATION**

THE CROWN PARADISE HOTELS,
THE CROWN PARADISE CLUB,
MARINA DE ORO, RESORTS
CONDOMINIUMS INTERNATION, LLC,
FN REALTY SERVICES, INC.,

                Defendants.
------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that pursuant to F.R.C.P. Rule 30, upon oral examination, of a representative defendant, THE CROWN PARADISE HOTELS, will be taken before a Notary Public who is not an attorney, or employee of an attorney, or any party or prospective party herein, and is not a person who would be disqualified to act as a juror because of interest, or because of consanguinity or affinity to any party herein, at the offices of ZAREMBA BROWNELL & BROWN PLLC, located at 40 Wall Street, 28th Floor, New York, New York 10005, on **October 3, 2007.**

      The subject matter of the examination will be as to all evidence material and necessary to the prosecution and defense of this action.

      PLEASE TAKE NOTICE, that pursuant to Rule 3111 of the Civil Practice Law and Rules, you are required to produce at the examination, all books, correspondence, records, documents, notes, papers, videotapes, photographs and other things that you may have in your possession, custody or control which relate or refer to any matter in controversy in this action and/or to the dealings or transactions between or among the parties, to be examined, marked as exhibits and used at the examination.

Dated: New York, New York
August 3, 2007

                            ZAREMBA BROWNELL & BROWN PLLC

By: _____
                            Brian M. Brown (BMB9021)
                            Attorneys for Plaintiff
                            TRAVIS GAMBERS
                            40 Wall Street, 28th Floor
                            New York, New York 10005
                            (212) 400-7226

TO:    Alice Spitz, Esq.
        MOLOD, SPITZ & DESANTIS, P.C.
        Attorneys for Defendants
        MARINA DE ORO, THE CROWN PARADISE HOTEL
        and THE CROWN PARADISE BEACH CLUB
        104 West 40th Street
        New York, New York 10018

        C. Brian Kornbrek, Esq.
        GREENBAUM, ROWE, SMITH & DAVIS LLP
        Attorneys for Defendant
        RCI
        75 Livingston Avenue, Suite 301
        Roseland, New Jersey 07068
        (973) 535-1600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRAVIS GAMBERS,                                                      Civil Action No. 1:07-cv-04841-BSJ

                 Plaintiff,

                                                     **NOTICE TO TAKE**
    -against-                                                                  **DEPOSITION UPON**
                                                         **UPON ORAL EXAMINATION**

THE CROWN PARADISE HOTELS,
THE CROWN PARADISE CLUB,
MARINA DE ORO, RESORTS
CONDOMINIUMS INTERNATION, LLC,
FN REALTY SERVICES, INC.,

                 Defendants.
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE, that pursuant to F.R.C.P. Rule 30, the testimony, upon oral examination, of a representative defendant, MARINA DE ORO, will be taken before a Notary Public who is not an attorney, or employee of an attorney, or any party or prospective party herein, and is not a person who would be disqualified to act as a juror because of interest, or because of consanguinity or affinity to any party herein, at the offices of ZAREMBA BROWNELL & BROWN PLLC, located at 40 Wall Street, 28th Floor, New York, New York 10005, on **October 3, 2007.**

      The subject matter of the examination will be as to all evidence material and necessary to the prosecution and defense of this action.

      PLEASE TAKE NOTICE, that pursuant to Rule 3111 of the Civil Practice Law and Rules, you are required to produce at the examination, all books, correspondence, records, documents, notes, papers, videotapes, photographs and other things that you may have in your possession, custody or control which relate or refer to any matter in controversy in this action and/or to the dealings or transactions between or among the parties, to be examined, marked as exhibits and used at the examination.

Dated: New York, New York
       August 3, 2007

                              ZAREMBA, BROWNELL & BROWN PLLC

               By: _____
                              Brian M. Brown (BMB9021)
                              Attorneys for Plaintiff
                              TRAVIS GAMBERS
                              40 Wall Street, 28th Floor
                              New York, New York 10005
                              (212) 400-7226

TO:    Alice Spitz, Esq.
         MOLOD, SPITZ & DESANTIS, P.C.
         Attorneys for Defendants
         MARINA DE ORO, THE CROWN PARADISE HOTEL
         and THE CROWN PARADISE BEACH CLUB
         104 West 40th Street
         New York, New York 10018

         C. Brian Kornbrek, Esq.
         GREENBAUM, ROWE, SMITH & DAVIS LLP
         Attorneys for Defendant
         RCI
         75 Livingston Avenue, Suite 301
         Roseland, New Jersey 07068
         (973) 535-1600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TRAVIS GAMBERS,                                                         Civil Action No. 1:07-cv-04841-BSJ

                          Plaintiff,

      -against-                                                                     **NOTICE TO TAKE
                                                                                              DEPOSITION UPON
                                                                                              UPON ORAL EXAMINATION**

THE CROWN PARADISE HOTELS,
THE CROWN PARADISE CLUB,
MARINA DE ORO, RESORTS
CONDOMINIUMS INTERNATIONAL, LLC,
FN REALTY SERVICES, INC.,

                         Defendants.
----------------------------------------------------------------X

      PLEASE TAKE NOTICE, that pursuant to F.R.C.P. Rule 30, the testimony, upon oral examination, of a representative defendant, RESORTS CONDOMINIUMS INTERNATIONAL, will be taken before a Notary Public who is not an attorney, or employee of an attorney, or any party or prospective party herein, and is not a person who would be disqualified to act as a juror because of interest, or because of consanguinity or affinity to any party herein, at the offices of ZAREMBA BROWNELL & BROWN PLLC, located at 40 Wall Street, 28th Floor, New York, New York 10005, on **October 4, 2007.**

      The subject matter of the examination will be as to all evidence material and necessary to the prosecution and defense of this action.

      PLEASE TAKE NOTICE, that pursuant to Rule 3111 of the Civil Practice Law and Rules, you are required to produce at the examination, all books, correspondence, records, documents, notes, papers, videotapes, photographs and other things that you may have in your possession, custody or control which relate or refer to any matter in controversy in this action and/or to the dealings or transactions between or among the parties, to be examined, marked as exhibits and used at the examination.

Dated: New York, New York
       August 3, 2007

                          ZAREMBA BROWNELL & BROWN PLLC

              By: _____
                      Brian M. Brown (BMB9021)
                      Attorneys for Plaintiff
                      TRAVIS GAMBERS
                      40 Wall Street, 28th Floor
                      New York, New York 10005
                      (212) 400-7226

TO:    Alice Spitz, Esq.
        MOLOD, SPITZ & DESANTIS, P.C.
        Attorneys for Defendants
        MARINA DE ORO, THE CROWN PARADISE HOTEL
        and THE CROWN PARADISE BEACH CLUB
        104 West 40th Street
        New York, New York 10018

        C. Brian Kornbrek, Esq.
        GREENBAUM, ROWE, SMITH & DAVIS LLP
        Attorneys for Defendant
        RCI
        75 Livingston Avenue, Suite 301
        Roseland, New Jersey 07068
        (973) 535-1600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRAVIS GAMBERS,                                             Civil Action No. 1:07-cv-04841-BSJ

                    Plaintiff,

                                                                           **NOTICE TO TAKE**
   -against-                                                     **DEPOSITION UPON**
                                                                               **UPON ORAL EXAMINATION**

THE CROWN PARADISE HOTELS,
THE CROWN PARADISE CLUB,
MARINA DE ORO, RESORTS
CONDOMINIUMS INTERNATIONAL, LLC,
FN REALTY SERVICES, INC.,

                    Defendants.
------------------------------------------------------------X

    PLEASE TAKE NOTICE, that pursuant to F.R.C.P. Rule 30, the testimony, upon oral examination, of a representative defendant, FN REALTY SERVICES, INC., will be taken before a Notary Public who is not an attorney, or employee of an attorney, or any party or prospective party herein, and is not a person who would be disqualified to act as a juror because of interest, or because of consanguinity or affinity to any party herein, at the offices of ZAREMBA BROWNELL & BROWN PLLC, located at 40 Wall Street, 28th Floor, New York, New York 10005, on **October 4, 2007.**

    The subject matter of the examination will be as to all evidence material and necessary to the prosecution and defense of this action.

    PLEASE TAKE NOTICE, that pursuant to Rule 3111 of the Civil Practice Law and Rules, you are required to produce at the examination, all books, correspondence, records, documents, notes, papers, videotapes, photographs and other things that you may have in your possession, custody or control which relate or refer to any matter in controversy in this action and/or to the dealings or transactions between or among the parties, to be examined, marked as exhibits and used at the examination.

Dated: New York, New York
       August 3, 2007

                                      ZAREMBA BROWNELL & BROWN PLLC

                    By: _____
                                      Brian M. Brown (BMB9021)
                                      Attorneys for Plaintiff
                                      TRAVIS GAMBERS
                                      40 Wall Street, 28th Floor
                                      New York, New York 10005
                                      (212) 400-7226

TO:     Alice Spitz, Esq.
          MOLOD, SPITZ & DESANTIS, P.C.
          Attorneys for Defendants
          MARINA DE ORO, THE CROWN PARADISE HOTEL
          and THE CROWN PARADISE BEACH CLUB
          104 West 40th Street
          New York, New York 10018

          C. Brian Kornbrek, Esq.
          GREENBAUM, ROWE, SMITH & DAVIS LLP
         Attorneys for Defendant
          RCI
          75 Livingston Avenue, Suite 301
          Roseland, New Jersey 07068
          (973) 535-1600