## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2007, a copy of the foregoing DISCLOSURE PURSUANT TO F.R.C.P. 26(a)(1) were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court CM/ECF system.

TO:

Alice Spitz, Esq. (AS5155)
MOLOD SPITZ & DeSANTIS, P.C.
Attorneys for Defendants
LATINOAMERICANA DE HOTELES, S.A. DE C.V. s/h/a THE CROWN PARADISE HOTESLS, THE CROW PARADISE CLUB and MARINA DE ORO
104 West 40th Street, 9th Floor
New York, New York 10018
(212) 869-3200
E-mail: aspitz@molodspitz.com

C. Brian Kornbrek, Esq. (CK0987)
GREENBAUM, ROWE, SMITH & DAVIS LLP
Attorneys for Defendants
RCI, LLC
75 Livingston Avenue, Suite 301
Roseland, New Jersey 07068
(973) 535-1600

FN REALTY SERVICES, INC.
116 N. Maryland Avenue
Lower Level
Glendale, CA 91206

FN REALTY SERVICES, INC.
35 North Lake Avenue
Pasadena, CA 91101

_____
BRIAN M. BROWN (BMB9021)