UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TRAVIS GAMBERS,                                       Civil Action No.: 1:07-cv-04841

                 Plaintiff,

  -against-                                          **NOTICE OF APPEARANCE**

THE CROWN PARADISE HOTELS,
THE CROWN PARADISE CLUB,
MARINA DE ORO
RESORTS CONDOMINIUMS INTERNATIONAL, LLC
FN REALTY SERVICES INC.

                 Defendants.
------------------------------------------------------------x

    Please enter the appearance of Kenneth M. Labbate, of the firm of Mound Cotton Wollan & Greengrass on behalf of the defendant RESORTS CONDOMINIUMS INTERNATIONAL, LLC.

Dated: New York, New York
       August 8, 2007

                                 MOUND COTTON WOLLAN & GREENGRASS

                                 By: _____
                                     Kenneth M. Labbate (KML-1074)
                                     One Battery Park Plaza
                                     New York, NY 10004
                                     (212) 804-4200

198102.1

## CERTIFICATION OF SERVICE

KENNETH M. LABBATE, hereby certifies as follows:

1. I am an Attorney-at-Law of the State of New York and a member of the law firm of Mound Cotton Wollan & Greengrass, attorneys for defendant, Resorts Condominiums International, LLC, in the above matter.

2. On the date indicated below, I served via the Court's ECF System a Notice of Appearance to:

   > Brian M. Brown, Esq.
   > Zaremba, Brownell & Brown, PLLC.
   > 40 Wall Street, 28th Floor
   > New York, New York 10005
   > Attorneys for Plaintiff

3. I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
KENNETH M. LABBATE

Dated: August 8, 2007

120.506 lgl
198103.1