UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TRAVIS GAMBERS,                          Civil Action No.: 1:07-cv-04841

                 Plaintiff,
    -against-                                 **SUBSTITUTION OF**
                                                        **ATTORNEY**

THE CROWN PARADISE HOTELS,
THE CROWN PARADISE CLUB,
MARINA DE ORO
RESORTS CONDOMINIUMS INTERNATIONAL, LLC
FN REALTY SERVICES INC.

                 Defendants.
------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that it is hereby consented that the law firm of MOUND COTTON WOLLAN & GREENGRASS be substituted as attorneys for RESORTS CONDOMINIUMS INTERNATIONAL, LLC in the above-entitled action in place and instead of GREENBAUM ROWE SMITH & DAVIS, LLP as of the date hereof.

Dated: New York, New York
       July 12, 2007

GREENBAUM ROWE, LLP                          MOUND COTTON WOLLAN & GREENGRASS

By: _____                    By: _____
    C. Brian Kornbrek (CBK-6987)                     Kenneth M. Labbate (KML-1074)
Outgoing Attorneys for Defendant              Incoming Attorney for Defendant
75 Livingston Avenue, Suite 301                One Battery Park Plaza
Roseland, New Jersey 07068-3701             New York, New York 10004

RESORTS CONDOMINIUMS INTERNATIONAL, LLC

By: _____
   ~~Elizabeth Yodice~~ Kevin A. Neff

195209.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TRAVIS GAMBERS,                                           Civil Action No.: 1:07-cv-04841

                    Plaintiff,

  -against-                                              **AFFIDAVIT IN SUPPORT**
                                                                         **OF SUBSTITUTION OF**
                                                                          **ATTORNEY**

THE CROWN PARADISE HOTELS,
THE CROWN PARADISE CLUB,
MARINA DE ORO
RESORTS CONDOMINIUMS INTERNATIONAL, LLC
FN REALTY SERVICES INC.

                    Defendants.
-----------------------------------------------------------------x

      KENNETH M. LABBATE, an attorney duly admitted to practice before the United States District Court for the Southern District of New York, affirms the following under penalties of perjury:

      1.    I submit this affidavit in support of Resorts Condominiums International, LLC's ("RCI") request that Mound Cotton Wollan & Greengrass be substituted as counsel pursuant to Local Rule 1.4. RCI has provided a signed Substitution of Attorney signed by itself and both withdrawing and superseding counsel.

      2.    This firm has been selected by RCI's general liability carrier American International Group to defend this claim on behalf of RCI. RCI has consented to the appointment of this firm to represent it as evinced by its execution of the Substitution of Attorney.

      **WHEREFORE,** we respectfully request that the Court grant Resorts Condominiums International, LLC's request for substitution of counsel.

Dated: New York, New York
        August 8, 2007

195210.1

        Respectfully Submitted,

*Kenneth M. Labbate*
Kenneth M. Labbate (KML - 1074)
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, New York 10004
212-804-4200

195210.1

## CERTIFICATION OF SERVICE

KENNETH M. LABBATE, hereby certifies as follows:

1. I am an Attorney-at-Law of the State of New York and a member of the law firm of Mound Cotton Wollan & Greengrass, attorneys for defendant, Resorts Condominiums International, LLC, in the above matter.

2. On the date indicated below, I served via the Court's ECF System, a Substitution of Attorney and Affidavit in Support to:

   Brian M. Brown, Esq.
   Zaremba, Brownell & Brown, PLLC.
   40 Wall Street, 28th Floor
   New York, New York 10005
   Attorneys for Plaintiff

   and

   C. Brian Kornbrek
   75 Livingston Avenue, Suite 301
   Roseland, New Jersey 07068-3701
   Outgoing Attorneys for Resorts
   Condominiums International, LLC.

3. I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
KENNETH M. LABBATE

Dated: August 8, 2007

120.506 lgl