UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TRAVIS GAMBERS,                                    Civil Action No.: 1:07-cv-04841

                Plaintiff,

   -against-                                              **NOTICE OF APPEARANCE**

THE CROWN PARADISE HOTELS,
THE CROWN PARADISE CLUB,
MARINA DE ORO
RESORTS CONDOMINIUMS INTERNATIONAL, LLC
FN REALTY SERVICES INC.

                Defendants.
------------------------------------------------------------------x

    Please enter the appearance of Steven A. Torrini, of the firm of Mound Cotton Wollan & Greengrass on behalf of the defendant RESORTS CONDOMINIUMS INTERNATIONAL, LLC.

Dated: New York, New York
       August 8, 2007

                                            MOUND COTTON WOLLAN & GREENGRASS

                                            By:_____
                                               Steven A. Torrini (SAT-5375)
                                               One Battery Park Plaza
                                               New York, NY 10004
                                               (212) 804-4200

197840.1

## CERTIFICATION OF SERVICE

STEVEN A. TORRINI, hereby certifies as follows:

1. I am an Attorney-at-Law of the State of New York and an associate of the law firm of Mound Cotton Wollan & Greengrass, attorneys for defendant, Resorts Condominiums International, LLC, in the above matter.

2. On the date indicated below, I served via the Court's ECF System a Notice of Appearance to:

   > Brian M. Brown, Esq.
   > Zaremba, Brownell & Brown, PLLC.
   > 40 Wall Street, 28th Floor
   > New York, New York 10005
   > Attorneys for Plaintiff

3. I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
STEVEN A. TORRINI

Dated: August 8, 2007

120.506 lgl
197988.1