Alice Spitz, Esq. (AS 5155)
aspitz@molodspitz.com
MOLOD SPITZ & DeSANTIS, P.C.
104 West 40th Street, 9th Floor
New York, New York 10018
Tel. (212) 869-3200
Fax: (212) 869-4242
*Attorneys for Defendant*
LATINOAMERICANA DE HOTELES, S.A. DE C.V.,
s/h/a THE CROWN PARADISE HOTEL,
THE CROWN PARADISE CLUB and MARINA
DE ORO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRAVIS GAMBERS,

                        Plaintiffs,      Case No: 1:07-cv-04841-BSJ

   -against-                     **RULE 26 DISCLOSURE**

THE CROWN PARADISE HOTELS,
THE CROWN PARADISE CLUB,
MARINA DE ORO, RESORTS
CONDOMINIUM INTERNATIONAL, LLC,
FN REALTY SERVICES, INC.,

                        Defendants.
-----------------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendant, LATINOAMERICANA DE HOTELES, S.A. DE C.V., s/h/a THE CROWN PARADISE HOTELS, THE CROWN PARADISE CLUB and MARINA DE ORO makes the following disclosure pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

   (A)   Names of Individuals with Knowledge:

      Carlos Rodriguez Garcia
      AAT Cancun
      AV. Pioneros No. 17, Mz. 3, S.M. 12
      Cancun, Q. Roo, 77500
      Mexico

(B)  Documents and Tangible Things:

    See attached:

    Exhibit A - Incident report dated September 26, 2006 regarding plaintiff's injury.

    Exhibit B – Hotel registration dated September 16, 2006 as check in date and September 30, 2006 as check out date.

    Exhibit C - Incident report by Ignacio Jauregui dated September 26, 2006 regarding accident.

(C)  Insurance Agreement:

    See attached Exhibit (D).

    PLEASE TAKE NOTICE that Defendant answering herein, reserves the right to supplement these responses at any time.

Dated: New York, New York
       September 11, 2007

                MOLOD SPITZ & DeSANTIS
                *Attorneys for Defendant*
                *LATINOAMERICANA DE HOTELES,*
                *S.A. DE C.V., s/h/a THE CROWN*
                *PARADISE HOTELS, THE CROWN*
                *PARADISE CLUB and MARINA DE*
                *ORO*

                By: _____
                    ALICE SPITZ (AS 5155)
                104 West 40th Street, 9th Floor
                New York, New York 10018
                Tel: (212) 869-3200
                File No.: THG 4002

TO:

Brian M. Brown, Esq.
Zaremba Brownell & Brown, PLLC
Attorneys for plaintiff

40 Wall Street
New York, New York 10005
(212) 400-7223


Brian Cornbeck, Esq.
Greenbaum Baum Smith & Davis, LLP
Attorneys for Defendant
Resort Condominium International, LLC
75 Livingston Avenue, Suite- 301
Roseland, New Jersey 07068