Exhibit A

26/09/06
Paciente [illegible]
D. la fractura [illegible]
Se [illegible]
[illegible]
Se traslada al hospital [illegible]
por su [illegible]

22/10/06
Cto. 372. Jason Lee Wiener
Paciente en completo estado de
ebriedad que presenta herida
cortante de aprox. 3 cm en
región frontal.
Se suturó con 4 puntos, con
hilo Dermalon 4-0. Que se
deben retirar en una semana.