Exhibit B

TARJETA DE REGISTRO

2 llave GAS 1:00 PM

0123545

PH6  MOE 2 MIRA  2   09/16/2006   GOLDEN   10

GAMBERS   TINA

100 ALDRICH St
BRONX NY   CALIFORNIA

09/__/2006   12:00

USD VISTA MIRAMAR SA

BM-4622-4623

EXEMPTION OF LIABILITY

[signature: Irene Gambers]   [signature: Tina Gambers]
FIRMA / SIGNATURE