Exhibit C

16:00  Se Realizó un Recorrido por las Areas del Reciv Park, Inside Albercas, por todo el frente playa y Marina Llegando Todo el Personal Ok. Ocurriendo Todo sin Problemas por las Areas Mencionadas Por lo que Hasta Aquí Este Turno Sin Novedad.

17:00  Iniciamos con la Recolección del Periódico de Acceso Bienes Pacos y Maestras, Quedando Fecha Documentos El Término Cerrado

18:00  Se Procedió A Llevar A La Lavandería Basuy 9 Bolsas de Sábanas de Full con 50 piezas c/u, Y 6 Bolsas de Sábanas de Golden Tamaño Con 50 piezas c/u, Dando un total de 450 Sábanas de Full Y 300 de Golden. (Lobo 15)

19:00  Procedimos A Entregar Llaves Y Equipo de Trabajo En Buenas condiciones, Pendientes Y Consignas Y Bitácora Con Las Novedades Antes Mencionadas Y Ya Regresamos A la Base...

ENTREGA:                                RECIBE:


Crown Paradise Club   26/09/07
Lic. Leoncio Ibarra

19:00  Se Recibió turno y bitácora sin novedad los antes ya mencionados

20:00  Se procedió cerrar el cartel de Nadenita de Oro quedando todo sin novedad

21:00  Se cerro el area de Alberca y Jacuzzi quedando todo sin novedad

| Time | Entry |
|---|---|
| 21:00 | Se procedio cerrar la puerta de Habitat de Marina de [illegible] quedando todo sin novedad. |
| 22:40 | Se recibio una llamada del sr central comun del sito de recepcion [illegible] que el huespes de nombre Cangrejo tina de la habitacion #[illegible] se cayo lastimandose el [illegible] del pie izquierdo en la rampa que se encuentra afuera del sito de [illegible] bajando a la habitacion #66 avisando al [illegible]. El sr Fabian Vargas del sito de Seguridad y efectiva- mente ya que se procedio avisarle al doctor Curiel [illegible] despues arriba el doctor Curiel al [illegible] procediendo a llevarlo al Hospital San Jacinto ya que el [illegible] que hacer una curacion estando durante el sr Sergio Quintana [illegible] Gerente [illegible]. Despues se procedio a preguntar por el huesped aparentemente que no regresa en toda la noche por el momento es todo. |
| 23:00 | Se checo entrada y salida al personal quedando todo sin novedad. |
| 05:00 | Se procedio recorrido por Marina de Oro quedando todo sin novedad. |
| 06:00 | Se cerro [illegible] del consumo [illegible] Jesus Cruz Pinto y [illegible] quedando todo sin novedad. |
| [illegible] | Se procedio recorrido por el area de [illegible] |