Grupo Mexicano
de Seguros, S.A. de C.V.
, Av. Insurgentes sur. 1605, piso 25
Col. San José Insurgentes
México, D.F. 03900
tel. (52 5) 480 4000
fax (52 5) 662 9714
fax. (52 5) 662 9716

| RENOVACION | Pkg. Hotel Responsabilidad Civil | Marca Registrada |
|---|---|---|

Póliza MD-HOT-1100847-000-01    Grupo Mexicano de Seguros, S A. de C V., en adelante mencionada como "GMX Seguros", asegura a:

| Asegurado | HOTELERA CANCO, S. A. | | |
|---|---|---|---|
| Domicilio de Cobro | KM 16.5 BLVD KUKULKAN 2DA. SECCION, ZONA HOTELERA, CANCUN CENTRO, BENITO JUAREZ | | |
| Entidad/C.P. | QUINTANA ROO, 77500 | R.F.C. | HCA871014LK1 |

| Intermediario | (0058)    MARSH BROCKMAN & SCHUH AGENTES DE SEGUROS Y DE FIA | |
|---|---|---|
| Vigencia | 365 Días | |
| Desde | 7 Mayo 2006 12:00 horas medio día de la Ciudad de México | |
| Hasta | 7 Mayo 2007 12:00 horas medio día de la Ciudad de México | |
| Moneda | Dólares | Forma de Pago    Trimestral |

Suma Asegurada : $1,000,000.00
Detalle de cobertura según anexo que forma parte integrante de esta póliza

| | Prima Neta | Recargo | Derechos | I.V.A. | Total |
|---|---|---|---|---|---|
| Prima | $31,280.00 | $660.01 | $100.00 | $3,204.00 | $35,244.01 |
| Primer Recibo | $7,820.00 | $165.00 | $100.00 | $808.50 | $8,893.50 |
| 3 Subsecuentes | $7,820.00 | $165.00 | $0.00 | $798.50 | $8,783.50 |

El Asegurado y GMX Seguros declaran expresamente que el presente contrato de seguro no es un contrato por adhesión, sino que ambos, con la intervención de un intermediario debidamente autorizado por la Comisión Nacional de Seguros y Fianzas, han convenido libremente sus condiciones y cláusulas.
Por la declaración anterior este contrato no se ubica dentro del supuesto previsto en el artículo 36-B de la Ley General de Instituciones y Sociedades Mutualistas de Seguros y, por lo tanto, no requiere ser registrado ante la Comisión Nacional de Seguros y Fianzas.

En testimonio de lo cual Grupo Mexicano de Seguros, S.A. de C.V. firma la presente póliza en la ciudad de México D.F. el 25 de Abril de 2006

Firma del funcionario autorizado

Grupo Mexicano
de Seguros, S.A. de C.V
Av. Insurgentes sur, 1605, piso 25
Col. San José Insurgentes
México, D.F. 03900
tel. (52 5) 480 4000
fax. (52 5) 662 9714
fax. (52 5) 662 9716

| INOVACIÓN | | Pro-Hotel Responsabilidad Civil | | Marca Registrada |
|---|---|---|---|---|

**Especificación que se adhiere y forma parte integrante de la Póliza MD-HOT-1100647-000-01**

| Ubicación del Riesgo | | Datos Generales | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 1 | **Razón Social** | **HOTELERA CANCO, S.A.** | |
| | **Calle** | KM. 18.5 BLVD. KUKULCAN 2DA SECCION | |
| | **Colonia** | ZONA HOTELERA | |
| | **C.P.** | 77500 | |
| | **Población** | BENITO JUAREZ | |
| | **Estado** | QUINTANA ROO | |
| | **Zona Sísmica** | A | |
| | **Zona Huracán** | A | |
| | **Giro** | (750 1) 750 1 - Hoteles, campos de turistas y moteles | |
| | **Pisos** | 1 | |
| | **Tipo Constructivo** | Macizo | |

Especificación que se adhiere y forma parte integrante de la Póliza No.
HD.RCH.1-006-7-000-02

| Asegurados Adicionales | 1) Hotel Crown Paradise Club Cancún<br>Dom: Boulevard Kukulcan Km. 18.5 Zona Hotelera, Cancún, Quintana Roo y cuenta con 620 habitaciones.<br>2) Hotel Vista Playa de Oro Pto. Vallarta y/o Suites Flamingos y/o Latino Americana de Hoteles, S.A. de C.V.<br>Dom: Paseo de las Garzas S/N y N° 1, Pto. Vallarta, Jalisco y cuenta con 253 habitaciones.<br>3) Hotel Crown Paradise Club Pto. Vallarta y/o Latino Americana de Hoteles, S.A. de C.V.<br>Dom: Paseo de las Garzas N°3, Pto. Vallarta, Jalisco y cuenta con 165 habitaciones. |
|---|---|

| Riesgos Cubiertos | Se incluyen:<br>– Inmuebles y actividades<br>– La cobertura de responsabilidad civil por los mismos conceptos de seguro conforme al Derecho del país de residencia del reclamante extranjero o conforme a demanda del tribunal extranjero (demandas provenientes del extranjero).<br>– Responsabilidad Civil por el servicio de lavandería y guardarropa.<br>– Responsabilidad Civil por equipajes introducidos por los huéspedes del hotel.<br>– Responsabilidad Civil por dinero y/o valores en cajas de seguridad del hotel.<br>– Responsabilidad Civil por daños a personas (intoxicación) por el consumo de alimentos y bebidas dentro del Hotel.<br>– Responsabilidad Civil subsidiaria de vehículos en exceso de US Cy 50,000.00 por vehículos propios, rentados o alquilados por el asegurado y hasta un máximo de US Cy 200,000.00 por evento y en el agregado anual.<br>– R.C. Asumida con análisis previo de casos por caso<br>– R.C. Contratistas independientes con análisis previo de caso por caso.<br>– Responsabilidad civil por la venta de licores con un sublímite por evento y en el agregado anual de US Cy 100,000.00<br>– R.C. Daños ocasionados a vehículos ajenos durante maniobras de carga y descarga<br>– R.C. Deportes acuáticos y subacuáticos que organiza el Asegurado para sus huéspedes conforme a la legislación de responsabilidad civil vigente en los Estados Unidos Mexicanos, pero no queda incluida ninguna responsabilidad por accidentes sufridos por los huéspedes, en los cuales no se encuentre la relación de causa-efecto entre la condición de las instalaciones o las instrucciones impartidas o negligentes de los instructores con el accidente sufrido por los huéspedes. |
|---|---|

| Límite de responsabilidad asegurado por evento y en el agregado anual (se incluyen gastos de defensa jurídica) | US Cy $1'000,000.00 |
|---|---|

El presente seguro cubre ampliamente los elementos normativos del Seguro de Responsabilidad Civil indicados en la norma NOM-07-TUR-2002 publicada en el Diario Oficial de la Federación el miércoles 26 de febrero del 2003.

Especificación que se adhiere y forma parte integrante de la Póliza No.
MD-HON-1100847-000-00

| Deducibles | Aplicables a daños a propiedad de terceros y a daños a personas: |
|---|---|
| | General<br>• 10% sobre reclamación con mínimo de US CY 1,000.00 en toda y cada pérdida<br>• Lavandería y guardarropa; equipajes dentro del establecimiento y dinero y valores en deposito contenidos en cajas de seguridad:<br>   20% de cada reclamación con mínimo de US Cy 500.00<br>   Se establece un sublímite por reclamación de US Cy 10,000.00<br>   Se establece un sublímite de responsabilidad anual de US Cy 100,000.00<br>• Demandas provenientes del extranjero US Cy 5,000.00 en toda y cada pérdida.<br>• R.C. por la venta de licores US CY 5,000.00 en toda y cada perdida. |

Grupo Mexicano
de Seguros, S.A. de C.V
Av. Insurgentes sur, 1605, piso 25
Col. San José Insurgentes
México. D.F. 03900
tel. (52 5) 480 4000
fax. (52 5) 662 9714
fax. (52 5) 662 9716

RENOVACION                     Bta-Hotel                                        Marca Registrada
                               Responsabilidad Civil

Especificación que se adhiere y forma parte integrante de la Póliza  MD-HOT-1100647-000-01

| Valores Totales |
| --- |

Sección IV        RESPONSABILIDAD CIVIL GENERAL
Responsabilidad Civil

| Riesgo | Suma Asegurada | Prima Neta | Deducible | Coaseguro |
| --- | --- | --- | --- | --- |
| Actividades o Inmuebles | $1,000,000.00 | $31,280.00 | S E A | No Aplica |
| Total | $1,000,000.00 | $31,280.00 | | |