UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TRAVIS GAMBERS,                                    Civil Action No. 1:07-cv-04841-BSJ

                              Plaintiff,           **SUPPLEMENTAL
                                                   DISCLOSURE PURSUANT TO
      -against-                                    F.R.C.P 26(a)(1)**

THE CROWN PARADISE HOTELS,
THE CROWN PARADISE CLUB,
MARINA DE ORO, RESORTS
CONDOMINIUMS INTERNATION, LLC,
FN REALTY SERVICES, INC.,

                              Defendants.
-------------------------------------------------------------X

      Plaintiff, TRAVIS GAMBERS, by and through his attorneys ZAREMBA BROWNELL

& BROWN PLLC, hereby supplements his initial required Disclosure pursuant to the provisions

of the Federal Rules of Civil Procedure, Rule 26(a)(1), states as follows upon information and

belief:

## PHOTOGRAPHS

      Annexed hereto as **Exhibit "A,"** please find laser copies of several photographs depicting

the general area where plaintiff slipped and fell in or around the lobby of the Crown Paradise

Hotel/Crown Paradise Club, which is connected to and/or affiliated with the Marina De Oro

Condominium and Timeshare Complex, and is owned and operated by LatinoAmericana De

Hoteles, S.A. De C.V.  Please note these photographs were taken in or about September, 2007.

These photographs do depict the general area where plaintiff's accident occurred, however, the

ramp and steps depicted have been significantly altered since the date of plaintiff's accident.

Specifically, the ramp which plaintiff slipped and fell on was must shorter in distance and

significantly steeper in slope on the date of his accident than is depicted in these photographs.

## COMPUTATION OF DAMAGES SOUGHT

Plaintiff hereby supplements his preliminary computation of damages to include the following:

- Approximately $50,000.00 for surgery, hospitalization and related medical care performed by Dr. Rodolfo Medina Hernandez and other physicians and medical care providers at the Hospital San Javier Marina in Puerto Vallarta, Mexico. A copy of various bills and documentation relating to charges incurred for that care is annexed hereto **Exhibit "B."**

- Plaintiff has incurred between approximately $6,000.00 and $10,000.00 in expenses related to physical therapy treatment at Recovery Physical Therapy in Bronx, New York, from November, 2006 to the present. Annexed hereto as **Exhibit "C"** are copies of plaintiff's billing statements from Recovery Physical Therapy for treatment from November, 2006 through April, 2007. Please note that these bills/records do not reflect charges for treatment provided after April, 2007 and plaintiff reserves the right to supplement his response as he continues to incur costs for continuing physical therapy treatment.

- Plaintiff is required to undergo a future surgery for removal of surgical hardware by Dr. Stuart Katchis at Lenox Hill Hospital in New York, New York. This surgery will likely be performed in 2008. The projected expense for this procedure, including hospitalization, surgical costs, physician's fees, nursing fees, etc. is upwards of $50,000.00. Plaintiff reserves the right to supplement this response at a later date.

**PLEASE TAKE NOTICE**, that plaintiff reserves the right to supplement the foregoing

responses as information becomes available, up to and including the time of trial.

Dated: New York, New York
      October 11, 2007

                                 ZAREMBA BROWNELL & BROWN PLLC

                By:

                                 Brian M. Brown (BMB9021)
                                 Attorneys for Plaintiff
                                 *TRAVIS GAMBERS*
                                 40 Wall Street, 28th Floor
                                 New York, New York 10005
                                 (212) 400-7226

TO:    Alice Spitz, Esq.
       MOLOD, SPITZ & DESANTIS, P.C.
       Attorneys for Defendants
       *MARINA DE ORO, THE CROWN PARADISE HOTEL*
       *and THE CROWN PARADISE BEACH CLUB*
       104 West 40th Street
       New York, New York 10018

       Kenneth M. Labbate, Esq.
       MOUND COTTON WALLAN & GREENGRASS
       Attorneys for Defendant
       *RCI*
       One Battery Park Plaza
       24 Whitehall Street
       New York, New York 10004

Exhibit "A"







**Exhibit "B"**

BANORTE
CREDITO
VENTA
HOSP SAN ... "ER MARINA
FCO MEDINA ASCENCIO NO 2768
8682569
CAJA: 1

NUMERO DE TARJETA/CTA EXP
5456031117814971 6009
MASTER CARD
-C-O-P-I-A-

IMPORTE $27750.00

APROBADA OPER. 103
REF. 608103
NUM. SEC. 001885103
AUT 028940

FECHA: 28 SEPT. 2006
HORA: 12:39:32

FIRMA____________________
GAYBERS/ TRAVIS
ME OBLIGO EN LOS TERMINOS DADOS
AL REVERSO DE ESTE PAGARE
1POV114F-E

BANORTE
CREDITO
VENTA
HOSP SAN JAVIER MAR...
FCO MEDINA ASCENCIO N° 2768
, 8682569
CAJA: 3

NUMERO DE TARJETA/CTA EXP
4660031457941726 0908
VISA
-C-O-P-I-A-

IMPORTE $16896.15

APROBADA OPER. 104
REF. 606104
NUM. SEC. 001885104
AUT. 03901A

FECHA: 28 SEPT. 2006
HORA: 12:41:44

FIRMA____________________
GAMBERS/TINA
ME OBLIGO EN LOS TERMINOS DADOS
AL REVERSO DE ESTE PAGARE
1POV114F-E

DEC.12.2006 03:19 &#35;0317 P.018 /021

**Hospital San Javier Marina, S.A. de C.V.**
Blvd. Fco. Medina Ascencio 2760
Zona Hotelera Nte C.P. 48333
Pto. Vallarta Jal, Mex.
Tel (322) 2261010



San Javier Marina HOSPITAL

FECHA    28/09/2006    NO. 551581    HORA: 12:48

NOMBRE    GAMBERS TRAVIS

DOMICILIO    73E 100-ALDRICH ST

CIUDAD    BRONX NY USA

TEL    R.F.C.

OBSERVACIONES

LUGAR DE EXP. PTO. VALLARTA, JAL.
FACTURA

A 19331

R.F.C. HSJ-990421-JQ0

MEDICO: GPR5    GONZALEZ PIMIENTA MARIO SALVADOR
FECHA INGRESO 27/09/2006  FECHA EGRESO 28/09/2006  CVE-CIA Part
PACIENTE 300041847  GAMBERS TRAVIS
CUARTO 116

| | | | |
|---|---|---|---|
| HABITACION | 5.463.00 | REHABILITACION | 0.00 |
| URGENCIAS | 2.854.05 | ALIM. ENT. Y PAR | 0.00 |
| INS. ENFERMERIA | 8.574.00 | MED TRANSFUSION | 0.00 |
| CIRUGIA AMB | 0.00 | FARMACIA | 0.00 |
| QUIROFANO | 7.871.85 | CARD. DIAGNOST. | 0.00 |
| TERAPIA INTENSI | 0.00 | HISTOPATOLOGIA | 0.00 |
| U.C.I.P.Y.N. | 0.00 | PAR.E IMPL. ORT | 0.00 |
| INHALOTERAPIA | 0.00 | AMBULANCIA TRAN | 0.00 |
| INS. CUNA | 0.00 | DEDUCIBLE | 0.00 |
| INS. HOSPITAL | 0.00 | COASEGURO | 0.00 |
| INS. QUIROFANOS | 17.218.34 | GASTOS ENVIO | 0.00 |
| LABORATORIO | 152.50 | EXTRAS | 0.00 |
| IMAGENOLOGIA | 5.253.75 | PSICOTROPICOS | 552.16 |
| HEMODIALISIS | 0.00 | | 0.00 |
| SER.MED EXTERNO | 0.00 | | 0.00 |
| PAR. RESP. SAN.T | 8.018.72 | | |
| | 0.00 | | |

FACTURA PAGADA EN UNA SOLA EXHIBICION
FACTURA PAGADA EN PARCIALIDADES

CANTIDAD CON LETRA    TASA 15    47.067.15
TASA CERO    0.00

CINCUENTA Y OCHO MIL SEIS CIENTOS TREINTA Y SEIS PESOS 15

Sub-Total



Debo y Pagaré incondicionalmente a la orden de HOSPITAL SAN JAVIER MARINA
S.A. de C.V. la cantidad de $ _____
el día _____ de _____ de _____ en esta ciudad
de Pto. Vallarta, Jal, por la mercancia o servicios arriba descritos, que recibí a mi entera
satisfacción. Este pagaré es mercantil y está regido por la Ley General de Títulos y
Operaciones de Crédito. De no ser pagado a su vencimiento causará un interés del
_____ % mensual.

PAGO EN UNA SOLA EXHIBICION

IVA    58.636.15
TOTAL    58.636.15

CONFORME

28/09/2006 15:39:46

ESTADO DE CUENTA    TOTAL

HOJA        1

100 HOSPITAL SAN JAVIER MARINA S.A. DE C.V.
BLVD.FCO. MEDINA ASCENCIO 2760 ZONA HOTELERA NORTE
TELEFONOS :                                            FAX

CUENTA : 300041849 GAMBERS  TRAVIS                INGRESO: 27/09/2006 HORA ING: 00:37 CUARTO : 110
EGRESO : 28/09/2006 HORA EGR: 11:19 CIA. CLIENTE PART
MEDICO : GPM5  GONZALEZ PIMIENTA MARIO SALVADOR      DIAGNOSTICO : Traumatismo superficial del tobillo y de

E X P E D I E N T E

| CONCEPTO | DESCRIPCION | CANT | PRECIO UNIT. | DESCTO | SUBTOTAL | IMPUESTO | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|

ESTADO DE CUENTA CON CARGO AL PACIENTE

DEPTO : 100  000000 HOSPITALIZACION (HABITACION)

| MS | MASTER SUITE110 | 1.00 | 5,342.60 | 0.00 | 5,342.60 | 801.39 | 6,143.99 | 300041849 27/09/2006 |
|---|---|---|---|---|---|---|---|---|

TOTAL POR DEPTO:              5,342.60      801.39      6,143.99
IMP. QUINCE 5,342.60    IMP. CERO 0.00

DEPTO : 100  000001 URGENCIAS

| S4628 | OPSITE 6 X 7 FLEXI | 1.00 | 60.74 | 0.00 | 60.74 | 9.11 | 69.85 | 35289 27/09/2006 |
|---|---|---|---|---|---|---|---|---|
| P2522 | FLEBOTEK QUIRURGIC | 1.00 | 155.24 | 0.00 | 155.24 | 23.29 | 178.53 | 35289 27/09/2006 |
| N03722 2 | JERINGA 10 ML C/AG | 1.00 | 34.06 | 0.00 | 34.06 | 5.11 | 39.17 | 35289 27/09/2006 |
| 1915-100 | ELECTRODO PARA EKG | 10.00 | 4.54 | 0.00 | 45.40 | 6.81 | 52.21 | 35289 27/09/2006 |
| N03722 2 | JERINGA 10 ML C/AG | 2.00 | 34.06 | 0.00 | 68.12 | 10.22 | 78.34 | 35289 27/09/2006 |
| N08614 2 | AGUJA YALE ULTRAFI | 1.00 | 10.26 | 0.00 | 10.26 | 1.54 | 11.80 | 35289 27/09/2006 |
| N26246 3 | JERINGA s/agu 20ml | 1.00 | 50.26 | 0.00 | 50.26 | 7.54 | 57.80 | 35289 27/09/2006 |
| MC.050 | BRAZALETE IDENTIIC | 1.00 | 33.72 | 0.00 | 33.72 | 5.06 | 38.78 | 35289 27/09/2006 |
| NELEC | ELECTROCARDIOGRAMA | 1.00 | 606.96 | 0.00 | 606.96 | 91.04 | 698.00 | 35289 27/09/2006 |
| N1915-100 | DESCUENTO ELECTROD | -10.00 | 3.48 | 0.00 | -34.80 | -5.22 | -40.02 | 35289 27/09/2006 |
| A881324 | SOL.FISIOLOGICA DE | 1.00 | 152.54 | 0.00 | 152.54 | 0.00 | 152.54 | 35289 27/09/2006 |
| N26617 5 | DOLAC AMP. 30MG 1M | 1.00 | 268.38 | 0.00 | 268.38 | 0.00 | 268.38 | 35289 27/09/2006 |
| N19818 8 | PRIMPERAN CARNOTPR | 1.00 | 53.48 | 0.00 | 53.48 | 0.00 | 53.48 | 35289 27/09/2006 |
| N852791 | CLEXANE 60MGR. C/2 | 1.00 | 953.98 | 0.00 | 953.98 | 0.00 | 953.98 | 35289 27/09/2006 |
| N16158 6 | NITRADIS 5MG.CADA | 1.00 | 117.52 | 0.00 | 117.52 | 0.00 | 117.52 | 35289 27/09/2006 |
| N27839 4 | JERINGA P/INS DES | 1.00 | 32.38 | 0.00 | 32.38 | 4.86 | 37.24 | 35289 27/09/2006 |
| CAT-01 | CATETER VENOSO COR | 1.00 | 83.88 | 0.00 | 83.88 | 12.58 | 96.46 | 35289 27/09/2006 |

TOTAL POR DEPTO:              2,692.12      171.93      2,864.05
IMP. QUINCE 1,146.22    IMP. CERO 1,545.90

DEPTO : 100  000002 INSUMOS DE PISO

| N26617 5 | DOLAC AMP. 30MG 1M | 1.00 | 268.38 | 0.00 | 268.38 | 0.00 | 268.38 | 153492 27/09/2006 |
|---|---|---|---|---|---|---|---|---|
| N26617 5 | DOLAC AMP. 30MG 1M | 1.00 | 268.38 | 0.00 | 268.38 | 0.00 | 268.38 | 153493 27/09/2006 |
| N03722 2 | JERINGA 10 ML C/AG | 1.00 | 34.06 | 0.00 | 34.06 | 5.11 | 39.17 | 153493 27/09/2006 |
| N26617 5 | DOLAC AMP. 30MG 1M | 1.00 | 268.38 | 0.00 | 268.38 | 0.00 | 268.38 | 153506 27/09/2006 |
| N03722 2 | JERINGA 10 ML C/AG | 3.00 | 34.06 | 0.00 | 102.18 | 15.33 | 117.51 | 153506 27/09/2006 |
| A881324 | SOL.FISIOLOGICA DE | 1.00 | 152.54 | 0.00 | 152.54 | 0.00 | 152.54 | 153506 27/09/2006 |
| A882324 | SOLUCION HARTMANN | 1.00 | 165.48 | 0.00 | 165.48 | 0.00 | 165.48 | 153506 27/09/2006 |
| AMBNEM | GUANTE DESECHABLE | 10.00 | 10.62 | 0.00 | 106.20 | 15.93 | 122.13 | 153506 27/09/2006 |
| AMBEN | GUANTE DESECHABLE | 2.00 | 10.48 | 0.00 | 20.96 | 3.14 | 24.10 | 153508 27/09/2006 |
| AMBNEM | GUANTE DESECHABLE | 10.00 | 10.62 | 0.00 | 106.20 | 15.93 | 122.13 | 153508 27/09/2006 |
| T0697 | CINTA MICROPORE 2. | 1.00 | 140.74 | 0.00 | 140.74 | 21.11 | 161.85 | 153508 27/09/2006 |
| P3485 | ESPONJA D GASA 10X | 2.00 | 129.34 | 0.00 | 258.68 | 38.80 | 297.48 | 153508 27/09/2006 |
| 602018 | LANCETA ESTERIL | 2.00 | 8.80 | 0.00 | 17.60 | 2.64 | 20.24 | 153559 27/09/2006 |
| 010-642 | TIRA REACTIVA ONE | 2.00 | 67.96 | 0.00 | 135.92 | 20.39 | 156.31 | 153559 27/09/2006 |

PROGRAMA : repcarg1        SISTEMA DE ADMINISTRACION DE HOSPITALES  ***  SADHOS  ***        USUARIO : mesac

HOJA    2

28/09/2006 13:39:46

ESTADO DE CUENTA    TOTAL

100  HOSPITAL SAN JAVIER MARINA S.A. DE C.V.
BLVD.FCO. MEDINA ASCENCIO 2760 ZONA HOTELERA NORTE
TELEFONOS :                                              FAX

CUENTA : 300041849 GAMBERS  TRAVIS              INGRESO: 27/09/2006 HORA ING: 00:37 CUARTO : 110
EGRESO : 28/09/2006 HORA EGR: 11:19 CIA. CLIENTE PART
MEDICO : GPM5  GONZALEZ PIMIENTA MARIO SALVADOR      DIAGNOSTICO : Traumatismo superficial del tobillo y de

E X P E D I E N T E

| CONCEPTO | DESCRIPCION | CANT | PRECIO UNIT. | DESCTO | SUBTOTAL | IMPUESTO | TOTAL | |
|----------|-------------|------|--------------|--------|----------|----------|-------|---|
| MP056 | PROTECTOR DE PLAST | 1.00 | 6.96 | 0.00 | 6.96 | 1.04 | 8.00 | 153565 27/09/2006 |
| muleta1 | MULETA DE ALUMINIO | 1.00 | 1,351.34 | 0.00 | 1,351.34 | 202.70 | 1,554.04 | 153570 27/09/2006 |
| 010-642 | TIRA REACTIVA ONE | 2.00 | 67.96 | 0.00 | 135.92 | 20.39 | 156.31 | 153587 27/09/2006 |
| 602018 | LANCETA ESTERIL | 2.00 | 8.80 | 0.00 | 17.60 | 2.64 | 20.24 | 153587 27/09/2006 |
| MP056 | PROTECTOR DE PLAST | 2.00 | 6.96 | 0.00 | 13.92 | 2.09 | 16.01 | 153594 27/09/2006 |
| N03716 8 | JERINGA 5 ml c/agu | 1.00 | 35.72 | 0.00 | 35.72 | 5.36 | 41.08 | 153595 27/09/2006 |
| N03722 2 | JERINGA 10 ML C/AG | 2.00 | 34.06 | 0.00 | 68.12 | 10.22 | 78.34 | 153595 27/09/2006 |
| N27839 4 | JERINGA P/INS DES | 1.00 | 32.38 | 0.00 | 32.38 | 4.86 | 37.24 | 153597 27/09/2006 |
| AB82324 | SOLUCION HARTMANN | 1.00 | 165.48 | 0.00 | 165.48 | 0.00 | 165.48 | 153598 27/09/2006 |
| N03722 2 | JERINGA 10 ML C/AG | 5.00 | 34.06 | 0.00 | 170.30 | 25.55 | 195.85 | 153617 28/09/2006 |
| N85279 1 | CLEXANE 60 MG. C/2 | 1.00 | 1,052.14 | 0.00 | 1,052.14 | 0.00 | 1,052.14 | 153618 28/09/2006 |
| N16158 6 | NITRADIS 5MG.CADA | 1.00 | 117.52 | 0.00 | 117.52 | 0.00 | 117.52 | 153618 28/09/2006 |
| N26246 3 | JERINGA s/agu 20ml | 1.00 | 50.26 | 0.00 | 50.26 | 7.54 | 57.80 | 153627 28/09/2006 |
| N00188 0 | AGUJAS YALE desech | 1.00 | 8.36 | 0.00 | 8.36 | 1.25 | 9.61 | 153627 28/09/2006 |
| AB82324 | SOLUCION HARTMANN | 1.00 | 165.48 | 0.00 | 165.48 | 0.00 | 165.48 | 153646 28/09/2006 |
| AB82324 | SOLUCION HARTMANN | 1.00 | 165.48 | 0.00 | 165.48 | 0.00 | 165.48 | 153661 28/09/2006 |
| N26617 5 | DOLAC AMP. 30MG 1M | 1.00 | 268.38 | 0.00 | 268.38 | 0.00 | 268.38 | 153661 28/09/2006 |
| N03716 8 | JERINGA 5 ml c/agu | 1.00 | 35.72 | 0.00 | 35.72 | 5.36 | 41.08 | 153661 28/09/2006 |
| AMBEM | GUANTE DESECHABLE | 2.00 | 10.48 | 0.00 | 20.96 | 3.14 | 24.10 | 153661 28/09/2006 |
| dt-00854 | BANDITA REDONDO SP | 1.00 | 2.18 | 0.00 | 2.18 | 0.33 | 2.51 | 153661 28/09/2006 |
| P3485 | ESPONJA D GASA 10X | 1.00 | 129.34 | 0.00 | 129.34 | 19.40 | 148.74 | 153661 28/09/2006 |
| 0906570 | VENDA ELASTICA 7 X | 1.00 | 56.08 | 0.00 | 56.08 | 8.41 | 64.49 | 153661 28/09/2006 |

TOTAL POR DEPTO:                6,115.34      458.66         6,574.00
                        IMP. QUINCE 3,057.70    IMP. CERO 3,057.64

| | DEPTO : 100  000006 QUIROFANO | | | 0.00 | 325.22 | 48.78 | 374.00 | 5587 27/09/2006 |
|--|--|--|--|--|--|--|--|--|
| DESECH | MATERIAL DESECHABL | 1.00 | 325.22 | 0.00 | 1,116.52 | 167.48 | 1,284.00 | 5587 27/09/2006 |
| NEC.A | ELECTROCAUT.(1Hora | 1.00 | 1,116.52 | 0.00 | 627.82 | 94.17 | 721.99 | 5587 27/09/2006 |
| NMON02 | MONITOR TRANSOPERA | 1.00 | 627.82 | 0.00 | 464.34 | 69.65 | 533.99 | 5587 27/09/2006 |
| NOXSC.A | OXIGEN.P/S.CIRUGIA | 1.00 | 464.34 | 0.00 | 3,441.74 | 516.26 | 3,958.00 | 5587 27/09/2006 |
| NDSC | DER. A SALA DE CIR | 1.00 | 3,441.74 | 0.00 | | | | |

TOTAL POR DEPTO:                5,975.64      896.35         6,871.99
                        IMP. QUINCE 5,975.64    IMP. CERO 0.00

| | DEPTO : 100  000015 IMAGENOLOGIA | | | 0.00 | 507.82 | 76.17 | 583.99 | 46371 26/09/2006 |
|--|--|--|--|--|--|--|--|--|
| URG2 | URG VARIOS MAY.4 P | 1.00 | 507.82 | 0.00 | 666.08 | 99.91 | 765.99 | 46371 26/09/2006 |
| HA50 | TOBILLO IZQ.APY LA | 1.00 | 666.08 | 0.00 | 471.30 | 70.70 | 542.00 | 46371 26/09/2006 |
| HA51 | TOBILLO PLACA ADIC | 1.00 | 471.30 | 0.00 | 507.82 | 83.74 | 642.00 | 46373 27/09/2006 |
| URG2 | URG VARIOS MAY.4 P | 1.00 | 507.82 | 0.00 | 558.26 | 83.74 | 642.00 | 46373 27/09/2006 |
| T003 | TORAX PA 1 PLACA | 1.00 | 558.26 | 0.00 | 666.08 | 99.91 | 765.99 | 46375 27/09/2006 |
| HA50 | TOBILLO IZQ.APY LA | 1.00 | 666.08 | 0.00 | 507.82 | 76.17 | 583.99 | 46375 27/09/2006 |
| URG2 | URG VARIOS MAY.4 P | 1.00 | 507.82 | 0.00 | 666.08 | 99.91 | 765.99 | 46380 27/09/2006 |
| HA50 | TOBILLO IZQ.APY LA | 1.00 | 666.08 | 0.00 | | | | |

PROGRAMA : repcarg1       SISTEMA DE ADMINISTRACION DE HOSPITALES  *** SADHOS ***       USUARIO : mesac

```
28/09/2006 13:39:46                    ESTADO DE CUENTA   TOTAL                              HOJA      3
                        100  HOSPITAL SAN JAVIER MARINA S.A. DE C.V.
                        BLVD.FCO. MEDINA ASCENCIO 2760 ZONA HOTELERA NORTE
                        TELEFONOS :                                        FAX

   CUENTA : 300041849 GAMBERS  TRAVIS              INGRESO: 27/09/2006 HORA ING: 00:37 CUARTO : 110
   EGRESO : 28/09/2006 HORA EGR: 11:19 CJA. CLIENTE PART
      MEDICO : GPM5  GONZALEZ PIMIENTA MARIO SALVADOR    DIAGNOSTICO : Traumatismo superficial del tobillo y de
                              E X P E D I E N T E
   CONCEPTO    DESCRIPCION      CANT  PRECIO UNIT.   DESCTO      SUBTOTAL      IMPUESTO       TOTAL
   ============ ==================== ======= =========== ========= ================ ================ ===========

                              TOTAL POR DEPTO:            4,551.26       682.69       5,233.95
                                            IMP. QUINCE 4,551.26    IMP. CERO 0.00

                 DEPTO : 100  000016 INSUMOS DE QUIROFANO
   N03716 8    JERINGA 5 ml c/agu      1.00     35.72    0.00        35.72         5.36        41.08    4284 27/09/2006
   4210-01     JERINGA ASEPTO DES      1.00    207.36    0.00       207.36        31.10       238.46    4284 27/09/2006
   N50112 3    BUVACAINA PESADA A      1.00    131.86    0.00       131.86         0.00       131.86    4284 27/09/2006
   P1076       AGUA P/IRRIGACION      -1.00    157.18    0.00       157.18         0.00       157.18    4284 27/09/2006
   N27839 4    JERINGA P/INS DES       1.00     32.38    0.00        32.38         4.86        37.24    4284 27/09/2006
   N26246 3    JERINGA s/agu 20ml      2.00     50.26    0.00       100.52        15.08       115.60    4284 27/09/2006
   P7351       CONECTOR DE PLASTI      1.00     65.86    0.00        65.86         9.88        75.74    4284 27/09/2006
   K-25        CONECTOR P/OXIGENO      1.00    106.70    0.00       106.70        16.01       122.71    4284 27/09/2006
   J-340 H     VICRYL 1/0 CT-1 AH      1.00    411.26    0.00       411.26        61.69       472.95    4284 27/09/2006
   A882324     SOLUCION HARTMANN       2.00    165.48    0.00       330.96         0.00       330.96    4284 27/09/2006
   N02004 7    XYLOCAINA CON EPIN      1.00    325.64    0.00       325.64         0.00       325.64    4284 27/09/2006
   N02004 8    XYLOCAINA SIN EPIN      1.00    321.98    0.00       321.98         0.00       321.98    4284 27/09/2006
   N00193 7    AGUJAS YALE desech      1.00      8.36    0.00         8.36         1.25         9.61    4284 27/09/2006
   M1C102      MICROCYN 60 FCO. 2      1.00    475.84    0.00       475.84        71.38       547.22    4284 27/09/2006
   183 103     AGUJA ESPINAL NO.2      1.00    531.16    0.00       531.16        79.67       610.83    4284 27/09/2006
   N08614 2    AGUJA YALE ULTRAFI      2.00     10.26    0.00        20.52         3.08        23.60    4284 27/09/2006
   N02001 2    EFEDRINA AMP. 50MG      1.00     63.76    0.00        63.76         0.00        63.76    4284 27/09/2006
   N20853 1    BICAR-NAT al 7.5%       1.00     19.60    0.00        19.60         0.00        19.60    4284 27/09/2006
   N02000 5    BUVACAINA AM. 5 MG      2.00    345.98    0.00       691.96         0.00       691.96    4284 27/09/2006
   N26617 5    DOLAC AMP. 30MG 1M      1.00    268.38    0.00       268.38         0.00       268.38    4284 27/09/2006
   N28310 0    DIPRIVAN AMP. 5X20      1.00    591.86    0.00       591.86         0.00       591.86    4284 27/09/2006
   D01         DRENOVAC 1/8            1.00    703.80    0.00       703.80       105.57       809.37    4284 27/09/2006
   301614      TUBO NO CONDUCTIVO      2.00    242.14    0.00       484.28        72.64       556.92    4284 27/09/2006
   M-00-S      ELECTRODO P/MON. D      3.00     21.66    0.00        64.98         9.75        74.73    4284 27/09/2006
   PPW55       PROXIMATE PLUS GRA      1.00  3,840.40    0.00     3,840.40       576.06     4,416.46    4284 27/09/2006
   0941        BATA QUIRURGICA  C      3.00    263.56    0.00       790.68       118.60       909.28    4284 27/09/2006
   N14503 3    DIAPRO PANAL PARA       1.00     20.80    0.00        20.80         3.12        23.92    4284 27/09/2006
   990212      EQUIPO P/ANESTECIA      1.00    789.26    0.00       789.26       118.39       907.65    4284 27/09/2006
   7284        GUANTE ORTOPEDICO       2.00     58.60    0.00       117.20        17.58       134.78    4284 27/09/2006
   5875        GUANTE PARA CIRUJA      2.00     59.68    0.00       119.36        17.90       137.26    4284 27/09/2006
   5870        GUANTE PARA CIRUJA      1.00     59.68    0.00        59.68         8.95        68.63    4284 27/09/2006
   5880        GUANTE PARA CIRUJA      1.00     59.68    0.00        59.68         8.95        68.63    4284 27/09/2006
   809572      LAPIZ ELECTROCAUTE      1.00    738.80    0.00       738.80       110.82       849.62    4284 27/09/2006
   0938        PAQUETE PARA CIRUG      1.00  1,175.04    0.00     1,175.04       176.26     1,351.30    4284 27/09/2006
   7507        PLACA DESECHABLE C      1.00    596.66    0.00       596.66        89.50       686.16    4284 27/09/2006
   1710        UNIFORME QUIRURGIC      4.00    131.46    0.00       525.84        78.88       604.72    4284 27/09/2006
   1007        MASCARILLA ALTA CO      1.00    513.00    0.00       513.00        76.95       589.95    4284 27/09/2006
   B1163       CEPILLO P/CIRUJANO      2.00    103.88    0.00       207.76        31.16       238.92    4284 27/09/2006
   B2013       CEPILLO P/CIRUJANO      1.00     90.44    0.00        90.44        13.57       104.01    4284 27/09/2006
   P3485       ESPONJA D GASA 10X      1.00    129.34    0.00       129.34        19.40       148.74    4284 27/09/2006

   PROGRAMA : repcarg1        SISTEMA DE ADMINISTRACION DE HOSPITALES  ***  SADHOS  ***         USUARIO : mesac
```

```
28/09/2006 13:39:46                        ESTADO DE CUENTA   TOTAL                         HOJA :    4
                              100 HOSPITAL SAN JAVIER MARINA S.A. DE C.V.
                              BLVD.FCO. MEDINA ASCENCIO 2760 ZONA HOTELERA NORTE
                              TELEFONOS :                                        FAX

       CUENTA : 300041849 GAMBERS  TRAVIS              INGRESO: 27/09/2006 HORA ING: 00:37 CUARTO : 110
       EGRESO : 28/09/2006 HORA EGR: 11:19 CIA. CLIENTE PART
           MEDICO : GPM5 GONZALEZ PIMIENTA MARIO SALVADOR   DIAGNOSTICO : Traumatismo superficial del tobillo y de
                              E X P E D I E N T E
                                        CANT  PRECIO UNIT.   DESCTO     SUBTOTAL    IMPUESTO      TOTAL
       CONCEPTO .  DESCRIPCION

P3458       ESPONJA DE GASA 10    3.00    301.80    0.00      905.40     135.81    1,041.21   4284 27/09/2006
0903570     VENDA ELASTICA 10     1.00     76.44    0.00       76.44      11.47       87.91   4284 27/09/2006
n16946 3    AGUA INYEC. ESTER.    2.00     17.02    0.00       34.04                          4284 27/09/2006
SM-23       HOJA P/BISTURI  No    1.00     27.12    0.00       27.12       4.07       31.19   4284 27/09/2006
sm-10       HOJA P/BISTURI No.    1.00     24.52    0.00       24.52       3.68       28.20   4284 27/09/2006
N03722 2    JERINGA 10 ML C/AG    3.00     34.06    0.00      102.18      15.33      117.51   4284 27/09/2006

                         TOTAL POR DEPTO:              17,095.56   2,123.75   19,219.31
                                        IMP. QUINCE 14,158.34      IMP. CERO 2,937.22


                 DEPTO : 100  000030 CONTROL DE PSICOTROPICOS                                9974 27/09/2006
N25265 4    DORMICUM AMP. 5MG.    1.00    191.20    0.00      191.20       0.00      191.20   9974 27/09/2006
N33257 7    BUFIGEN FCO. AMP 1    1.00    120.32    0.00      120.32       0.00      120.32   9974 27/09/2006
N33257 7    BUFIGEN FCO. AMP 1    2.00    120.32    0.00      240.64       0.00      240.64   9975 27/09/2006

                         TOTAL POR DEPTO:                 552.16      0.00      552.16
                                        IMP. QUINCE 0.00          IMP. CERO 552.16


                 DEPTO : 100  000040 CAJA HOSPITAL SAN JAVIER S.A. DE C.V.
99999999    SU PAGO GRACIAS ..    1.00  -20,000.00  0.00  -20,000.00     0.00  -20,000.00   6234 27/09/2006
99999999    SU PAGO GRACIAS ..    1.00  -38,636.15  0.00  -38,636.15     0.00  -38,636.15  36253 28/09/2006

                         TOTAL POR DEPTO:             -58,636.15      0.00  -58,636.15
                                        IMP. QUINCE 0.00          IMP. CERO -58,636.15

                              TOTAL POR CORPORATIVO  100          -11,176.71


                 DEPTO : 400  000000 LABORATORIO
LQ185       ALCOHOL (ETANOL)      1.00    800.00    0.00      800.00     120.00      920.00  48207 27/09/2006
LH046       TROMBOPLASTINA PAR    1.00    234.78    0.00      234.78      35.22      270.00  48207 27/09/2006
LH045       TIEMPO DE PROTOMBI    1.00    234.78    0.00      234.78      35.22      270.00  48207 27/09/2006
LQ143       QUIMICA SANGUINEA     1.00    504.34    0.00      504.34      75.65      579.99  48207 27/09/2006
LQ070       ELECTROLITOS SERIC    1.00    693.92    0.00      693.92     104.09      798.01  48207 27/09/2006
LH006       BIOMETRIA HEMATICA    1.00    278.26    0.00      278.26      41.74      320.00  48207 27/09/2006

                         TOTAL POR DEPTO:               2,746.08     411.91    3,157.99
                                        IMP. QUINCE 2,746.08        IMP. CERO 0.00

                              TOTAL POR CORPORATIVO  400           3,157.99


                 DEPTO : 7600 000002 FARMACIA HOSPITAL SAN JAVIER S.A. DE C.V
19070 5     ROCEPHIN IV 1 GR F    1.00  1,081.96    0.00    1,081.96     0.00    1,081.96   8417 27/09/2006
96637 0     DYNASTAT 40MG 2ML     1.00    756.36    0.00      756.36     0.00      756.36   8417 27/09/2006
25176 3     HUMULIN R 100UI SO    1.00    631.62    0.00      631.62     0.00      631.62   8417 27/09/2006
501070 1    zanidip tab 10mg c    1.00    538.20    0.00      538.20     0.00      538.20   8418 27/09/2006

PROGRAMA : repcarg1     SISTEMA DE ADMINISTRACION DE HOSPITALES  ***  SADHOS  ***      USUARIO : mesac
```

DEC.12.2006 03:18                                                                    #0317 P.015 /021

28/09/2006 13:30:46                    ESTADO DE CUENTA   TOTAL                        HOJA       5

                           7600 FARMCIA HOSPITAL SAN JAVIER

                                     ZONA HOTELERA NORTE

                   TELEFONOS :                              FAX

     CUENTA : 300041849 GAMBERS  TRAVIS            INGRESO: 27/09/2006 HORA ING: 00:37 CUARTO : 110
     EGRESO : 28/09/2006 HORA EGR: 11:19 CIA. CLIENTE PART
             MEDICO : GPM5  GONZALEZ PIMIENTA MARIO SALVADOR    DIAGNOSTICO : Traumatismo superficial del tobillo y de

                              E X P E D I E N T E
CONCEPTO   DESCRIPCION       CANT  PRECIO UNIT.   DESCTO      SUBTOTAL     IMPUESTO        TOTAL

| CONCEPTO | DESCRIPCION | CANT | PRECIO UNIT. | DESCTO | SUBTOTAL | IMPUESTO | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|
| 26617 5 | DOLAC 30MG AMP C/3 | 1.00 | 583.00 | 0.00 | 583.00 | 0.00 | 583.00 | 8439 | 27/09/2006 |
| 25176 3 | HUMULIN R 100UI SO | 1.00 | 631.62 | 0.00 | 631.62 | 0.00 | 631.62 | 8443 | 27/09/2006 |
| 26617 5 | DOLAC 30MG AMP C/3 | 1.00 | 583.00 | 0.00 | 583.00 | 0.00 | 583.00 | 8449 | 27/09/2006 |
| 19070 5 | ROCEPHIN IV 1 GR F | 1.00 | 1,081.96 | 0.00 | 1,081.96 | 0.00 | 1,081.96 | 8449 | 27/09/2006 |
| 90357 9 | COLGATE  MFP*PDNT | 1.00 | 12.10 | 0.00 | 12.10 | 1.82 | 13.92 | 8456 | 28/09/2006 |
| 318345 | Oral B-35 advan/Ar | 1.00 | 77.22 | 0.00 | 77.22 | 11.58 | 88.80 | 8456 | 28/09/2006 |
| 24207 1 | DURACEF 500MG CAP | 1.00 | 785.30 | 0.00 | 785.30 | 0.00 | 785.30 | 8459 | 28/09/2006 |
| 30384 4 | VOLTAREN SR 75MG G | 1.00 | 611.58 | 0.00 | 611.58 | 0.00 | 611.58 | 8459 | 28/09/2006 |
| 82985 2 | SINERGIX 10MG CAPS | 1.00 | 631.40 | 0.00 | 631.40 | 0.00 | 631.40 | 8459 | 28/09/2006 |

                                     TOTAL POR DEPTO:       8,005.32       13.40        8,018.72
                                              IMP. QUINCE 89.32      IMP. CERO 7,916.00

                                     TOTAL POR CORPORATIVO 7600            8,018.72

                    DEPTO : 910  000000 HONORARIOS MEDICOS
HONO      DR RODOLFO MEDINA   1.00   44,000.00   0.00   44,000.00         0.00     44,000.00   25848 28/09/2006

                                     TOTAL POR DEPTO:      44,000.00       0.00       44,000.00
                                              IMP. QUINCE 0.00       IMP. CERO 44,000.00

                                     TOTAL POR CORPORATIVO 910            44,000.00

     * N O T A :
             EL ESTADO DE CUENTA ES VALIDO PARA LA FECHA Y HORA EXPEDIDA,
             Y SOLO SERA DEFINITIVO CUANDO LA FECHA Y HORA DE EGRESO SE
             ESPECIFICA EN EL ENCABEZADO DE ESTE.
             SE LES RECUERDA QUE EL VENCIMIENTO DE LA OCUPACION DEL  CUARTO ES A LAS 12:00 HORAS

PROGRAMA : repcarg1      SISTEMA DE ADMINISTRACION DE HOSPITALES  ***  SADHOS  ***        USUARIO : meaac

PAGE 15/21 * RCVD AT 12/12/2006 2:24:03 PM [Eastern Standard Time] * SVR:NY-RF/3 * DNIS:1 * CSID: * DURATION (mm-ss):10-28

28/09/2006 13:39:46                    ESTADO DE CUENTA   TOTAL                              HOJA        6

                    910  CAJA DE MEDICOS

            TELEFONOS :                                          FAX

    CUENTA : 500041849 GAMBERS  TRAVIS              INGRESO: 27/09/2006 HORA ING: 00:37 CUARTO : 110
    EGRESO : 28/09/2006 HORA EGR: 11:19 CIA. CLIENTE PART
        MEDICO : GPM5  GONZALEZ PIMIENTA MARIO SALVADOR    DIAGNOSTICO : Traumatismo superficial del tobillo y de
                        E X P E D I E N T E

CONCEPTO    DESCRIPCION          CANT  PRECIO UNIT.   DESCTO      SUBTOTAL      IMPUESTO        TOTAL
========== ==================== ====== ============ ========== =============== =============== ===============
                        RESUMEN  DE CARGOS

                    100  HOSPITAL SAN JAVIER MARINA S.A. DE C.V.
        000000 HOSPITALIZACION (HABITACION)              6,143.99
        000001 URGENCIAS                                 2,864.05
        000002 INSUMOS DE PISO                           6,574.00
        000006 QUIROFANO                                 6,871.99
        000015 IMAGENOLOGIA                              5,233.95
        000016 INSUMOS DE QUIROFANO                      19,219.31
        000030 CONTROL DE PSICOTROPICOS                     552.16
        000040 CAJA HOSPITAL SAN JAVIER S.A. DE C.V.    -58,636.15


                    400  LABORATORIO HOSPITAL SAN JAVIER MARINA
        000000 LABORATORIO                               3,157.99

                    7600 FARMCIA HOSPITAL SAN JAVIER
        000002 FARMACIA HOSPITAL SAN JAVIER S.A. DE C.V  8,018.72

                    910  CAJA DE MEDICOS
        000000 HONORARIOS MEDICOS                        44,000.00


                    SALDO  PARCIAL  DE  LA  CUENTA
                    CARGOS   :    102,636.15
                    ABONOS   :    -58,636.15
                    SUBTOTAL :     44,000.00



                        SALDO TOTAL DE LA CUENTA
                        CARGOS TOTALES :    102,636.15
                        ABONOS TOTALES :    -58,636.15
                        SALDO GLOBAL   :     44,000.00

    R. A: MGQ



100c=10.00H          27/09/2006 00:27:30
FOLIO   9118
              6234

RECIBI DE:    TRAVIS GAMBERS

LA CANTIDAD DE:

20,000.00   VEINTE MIL PESOS 00/100 M.N.

POR CONCEPTO DE:    01.- ANTICIPO DE HOSPITALIZACION

PACIENTE:    GAMBERS  TRAVIS

CUARTO:            No. DE CUENTA:   300041849 FECHA INGRESO:  26/08/2006
TIPO DE PAGO: TC

PTO. VALLARTA, JAL.    A 27 DE SEPTIEMB DE 2006

                                              FIRMA Y
                                              SELLO DEL CAJERO
                        HECTOR MARTIN

**Hospital San Javier Marina, S.A. de C.V.**
Blvd. Fco. Medina Ascencio 2760
Zona Hotelera Nte C.P. 48333
Tel (322) 2261010
Pto. Vallarta Jal, Mex.

**San Javier Marina HOSPITAL**

ESTE RECIBO NO ES VALIDO SIN LA FIRMA Y SELLO DEL CAJERO

ORIGINAL CLIENTE

BANCRTE
VENTA
HOSP SAN JAVIER MARINA
FCO MEDINA ASCENCIO NO 2760
8682569
CAJA: 2

NUMERO DE TARJETA/CTA        EXP
5458081117014971             0609
CREDITO/MASTERCARD/EXTRANJERA

~-C-O-P-I-A-~

IMPORTE        $20000.00

APROBADA          OPER. 254
                  REF. 000254
                  NUM. SEC. 001611254
                  AUT. 027188

FECHA: 27 SEPT. 2006
HORA:     00:31:43

FIRMA
GAMBERS/ TRAVIS
ME OBLIGO EN LOS TERMINOS DADOS
AL REVERSO DE ESTE PAGARE
TMLV100K-E

**Exhibit "C"**

REMIT TO:

**RECOVERY PHYSICAL THERAPY**
3276 WESTCHESTER AVENUE
BRONX, NY 10467-2490
Phone: (718)931-5550
Fax : (____)____-____

| Patient Name | |
|---|---|
| GAMBERS, TRAVIS | |
| Account No. | Statement Date |
| 0000781 | 9/14/2007 |
| Amount Enclosed | |
| | |

**TRAVIS GAMBERS**
100 ALDRICH STREET Apt.23E
BRONX, NY 10475

*PLEASE WRITE THE ACCOUNT NUMBER
ON YOUR CHECK*

Patient: TRAVIS GAMBERS          For services from:   11/20/2006  to   4/20/2007

*DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT.*

| Date | Description | | Charges | Receipts | Balance | |
|---|---|---|---|---|---|---|
| | | | | | Insurance | Patient |
| 11/21/2006 | **Expected for services performed : 11/20/2006** | | 181.84 | | 3.05 | 0.00 |
| 11/20/2006 | 97001 | *PT EVALUATION NEW PATIENT* | 83.19 | | 83.19 | 0.00 |
| 11/20/2006 | 97110 | *EXERCISE BY PHYSICIAN/PT* | 30.76 | | 30.76 | 0.00 |
| 11/20/2006 | 97112 | *NEUROMUSCULAR RE-EDUCATION* | 32.59 | | 32.59 | 0.00 |
| 11/20/2006 | 97530 | *THERAPEUTIC ACT DIRECT (15MINS* | 35.30 | | 35.30 | 0.00 |
| | **Total for services :** | | **181.84** | **178.79** | **3.05** | **0.00** |
| 11/27/2006 | **Expected for services performed : 11/22/2006** | | 133.95 | | 0.00 | 0.00 |
| 11/22/2006 | 97110 | *EXERCISE BY PHYSICIAN/PT* | 30.76 | | 30.76 | 0.00 |
| 11/22/2006 | 97112 | *NEUROMUSCULAR RE-EDUCATION* | 32.59 | | 32.59 | 0.00 |
| 11/22/2006 | 97530 | *THERAPEUTIC ACT DIRECT (15MINS* | 70.60 | | 70.60 | 0.00 |
| | **Total for services :** | | **133.95** | **133.95** | **0.00** | **0.00** |
| 11/28/2006 | **Expected for services performed : 11/27/2006** | | 133.95 | | 0.00 | 0.00 |
| 11/27/2006 | 97110 | *EXERCISE BY PHYSICIAN/PT* | 30.76 | | 30.76 | 0.00 |
| 11/27/2006 | 97112 | *NEUROMUSCULAR RE-EDUCATION* | 32.59 | | 32.59 | 0.00 |
| 11/27/2006 | 97530 | *THERAPEUTIC ACT DIRECT (15MINS* | 70.60 | | 70.60 | 0.00 |
| | **Total for services :** | | **133.95** | **133.95** | **0.00** | **0.00** |
| 11/30/2006 | **Expected for services performed : 11/29/2006** | | 133.95 | | 26.79 | 0.00 |
| 11/29/2006 | 97110 | *EXERCISE BY PHYSICIAN/PT* | 30.76 | | 30.76 | 0.00 |
| 11/29/2006 | 97112 | *NEUROMUSCULAR RE-EDUCATION* | 32.59 | | 32.59 | 0.00 |
| 11/29/2006 | 97530 | *THERAPEUTIC ACT DIRECT (15MINS* | 70.60 | | 70.60 | 0.00 |
| | **Total for services :** | | **133.95** | **107.16** | **26.79** | **0.00** |
| 12/04/2006 | **Expected for services performed : 12/01/2006** | | 133.95 | | 0.00 | 0.00 |
| 12/01/2006 | 97110 | *EXERCISE BY PHYSICIAN/PT* | 30.76 | | 30.76 | 0.00 |
| 12/01/2006 | 97112 | *NEUROMUSCULAR RE-EDUCATION* | 32.59 | | 32.59 | 0.00 |
| 12/01/2006 | 97530 | *THERAPEUTIC ACT DIRECT (15MINS* | 70.60 | | 70.60 | 0.00 |
| | **Total for services :** | | **133.95** | **133.95** | **0.00** | **0.00** |
| 12/05/2006 | **Expected for services performed : 12/04/2006** | | 133.95 | | 26.79 | 0.00 |
| 12/04/2006 | 97110 | *EXERCISE BY PHYSICIAN/PT* | 30.76 | | 30.76 | 0.00 |
| 12/04/2006 | 97112 | *NEUROMUSCULAR RE-EDUCATION* | 32.59 | | 32.59 | 0.00 |
| 12/04/2006 | 97530 | *THERAPEUTIC ACT DIRECT (15MINS* | 70.60 | | 70.60 | 0.00 |
| | **Total for services :** | | **133.95** | **107.16** | **26.79** | **0.00** |

| Date | Description | | Charges | Receipts | Balance | |
|------|-------------|---|---------|----------|---------|---|
| | | | | | Insurance | Patient |
| 12/06/2006 | 97110 | EXERCISE BY PHYSICIAN/PT | 30.76 | | 30.76 | 0.00 |
| 12/06/2006 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 12/06/2006 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | Total for services : | | 133.95 | 133.95 | 0.00 | 0.00 |
| 12/12/2006 | Expected for services performed : 12/11/2006 | | 129.41 | | 0.00 | |
| 12/11/2006 | 97110 | EXERCISE BY PHYSICIAN/PT | 61.52 | | 61.52 | 0.00 |
| 12/11/2006 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 35.30 | | 35.30 | 0.00 |
| 12/11/2006 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| | Total for services : | | 129.41 | 129.41 | 0.00 | 0.00 |
| 12/14/2006 | Expected for services performed : 12/13/2006 | | 133.95 | | 26.79 | |
| 12/13/2006 | 97110 | EXERCISE BY PHYSICIAN/PT | 30.76 | | 30.76 | 0.00 |
| 12/13/2006 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 12/13/2006 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | Total for services : | | 133.95 | 107.16 | 26.79 | 0.00 |
| 12/18/2006 | Expected for services performed : 12/15/2006 | | 133.95 | | 26.79 | |
| 12/15/2006 | 97110 | EXERCISE BY PHYSICIAN/PT | 30.76 | | 30.76 | 0.00 |
| 12/15/2006 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 12/15/2006 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | Total for services : | | 133.95 | 107.16 | 26.79 | 0.00 |
| 12/21/2006 | Expected for services performed : 12/20/2006 | | 133.95 | | 26.79 | |
| 12/20/2006 | 97110 | EXERCISE BY PHYSICIAN/PT | 30.76 | | 30.76 | 0.00 |
| 12/20/2006 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 12/20/2006 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | Total for services : | | 133.95 | 107.16 | 26.79 | 0.00 |
| 12/26/2006 | Expected for services performed : 12/22/2006 | | 133.95 | | 0.00 | |
| 12/22/2006 | 97110 | EXERCISE BY PHYSICIAN/PT | 30.76 | | 30.76 | 0.00 |
| 12/22/2006 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 12/22/2006 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | Total for services : | | 133.95 | 133.95 | 0.00 | 0.00 |
| 01/02/2007 | Expected for services performed : 12/29/2006 | | 133.95 | | 0.00 | |
| 12/29/2006 | 97110 | EXERCISE BY PHYSICIAN/PT | 30.76 | | 30.76 | 0.00 |
| 12/29/2006 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 12/29/2006 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | Total for services : | | 133.95 | 133.95 | 0.00 | 0.00 |
| 01/04/2007 | Expected for services performed : 01/03/2007 | | 149.66 | | 0.00 | |
| 01/03/2007 | 97110 | EXERCISE BY PHYSICIAN/PT | 35.50 | | 35.50 | 0.00 |
| 01/03/2007 | 97112 | NEUROMUSCULAR RE-EDUCATION | 37.08 | | 37.08 | 0.00 |
| 01/03/2007 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 77.08 | | 77.08 | 0.00 |
| | Total for services : | | 149.66 | 149.66 | 0.00 | 0.00 |
| 01/08/2007 | Expected for services performed : 01/05/2007 | | 133.95 | | 0.00 | |
| 01/05/2007 | 97110 | EXERCISE BY PHYSICIAN/PT | 30.76 | | 30.76 | 0.00 |
| 01/05/2007 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 01/05/2007 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | Total for services : | | 133.95 | 133.95 | 0.00 | 0.00 |
| 01/09/2007 | Expected for services performed : 01/08/2007 | | 133.95 | | 0.00 | |
| 01/08/2007 | 97110 | EXERCISE BY PHYSICIAN/PT | 30.76 | | 30.76 | 0.00 |
| 01/08/2007 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 01/08/2007 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | Total for services : | | 133.95 | 133.95 | 0.00 | 0.00 |
| 01/11/2007 | Expected for services performed : 01/10/2007 | | 133.95 | | 0.00 | |

| Date | Description | | Charges | Receipts | Balance | |
|---|---|---|---|---|---|---|
| | | | | | Insurance | Patient |
| 01/10/2007 | 97110 | EXERCISE BY PHYSICIAN/PT | 30.76 | | 30.76 | 0.00 |
| 01/10/2007 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 01/10/2007 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | Total for services : | | 133.95 | 133.95 | 0.00 | 0.00 |
| 01/16/2007 | Expected for services performed : 01/12/2007 | | 133.95 | | 0.00 | 0.00 |
| 01/12/2007 | 97110 | EXERCISE BY PHYSICIAN/PT | 30.76 | | 30.76 | 0.00 |
| 01/12/2007 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 01/12/2007 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | Total for services : | | 133.95 | 133.95 | 0.00 | 0.00 |
| 01/16/2007 | Expected for services performed : 01/15/2007 | | 133.95 | | 0.00 | 0.00 |
| 01/15/2007 | 97110 | EXERCISE BY PHYSICIAN/PT | 30.76 | | 30.76 | 0.00 |
| 01/15/2007 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 01/15/2007 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | Total for services : | | 133.95 | 133.95 | 0.00 | 0.00 |
| 01/18/2007 | Expected for services performed : 01/17/2007 | | 133.95 | | 0.00 | 0.00 |
| 01/17/2007 | 97110 | EXERCISE BY PHYSICIAN/PT | 30.76 | | 30.76 | 0.00 |
| 01/17/2007 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 01/17/2007 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | Total for services : | | 133.95 | 133.95 | 0.00 | 0.00 |
| 01/23/2007 | Expected for services performed : 01/22/2007 | | 133.95 | | 0.00 | 0.00 |
| 01/22/2007 | 97110 | EXERCISE BY PHYSICIAN/PT | 30.76 | | 30.76 | 0.00 |
| 01/22/2007 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 01/22/2007 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | Total for services : | | 133.95 | 133.95 | 0.00 | 0.00 |
| 01/25/2007 | Expected for services performed : 01/24/2007 | | 133.95 | | 0.00 | 0.00 |
| 01/24/2007 | 97110 | EXERCISE BY PHYSICIAN/PT | 30.76 | | 30.76 | 0.00 |
| 01/24/2007 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 01/24/2007 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | Total for services : | | 133.95 | 133.95 | 0.00 | 0.00 |
| 01/31/2007 | Expected for services performed : 01/17/2007 | | 35.00 | | 0.00 | 0.00 |
| 01/17/2007 | 22222 | SUPPLIES | 35.00 | | 0.00 | 35.00 |
| | Total for services : | | 35.00 | 35.00 | 0.00 | 0.00 |
| 02/13/2007 | Expected for services performed : 02/12/2007 | | 133.95 | | 0.00 | 0.00 |
| 02/12/2007 | 97110 | EXERCISE BY PHYSICIAN/PT | 30.76 | | 30.76 | 0.00 |
| 02/12/2007 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 02/12/2007 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | Total for services : | | 133.95 | 133.95 | 0.00 | 0.00 |
| 02/19/2007 | Expected for services performed : 02/16/2007 | | 133.95 | | 0.00 | 0.00 |
| 02/16/2007 | 97110 | EXERCISE BY PHYSICIAN/PT | 30.76 | | 30.76 | 0.00 |
| 02/16/2007 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 02/16/2007 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | Total for services : | | 133.95 | 133.95 | 0.00 | 0.00 |
| 02/20/2007 | Expected for services performed : 02/19/2007 | | 133.95 | | 83.58 | 0.00 |
| 02/19/2007 | 97110 | EXERCISE BY PHYSICIAN/PT | 30.76 | | 30.76 | 0.00 |
| 02/19/2007 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 02/19/2007 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | Total for services : | | 133.95 | 50.37 | 83.58 | 0.00 |
| 02/26/2007 | Expected for services performed : 02/23/2007 | | 133.95 | | 0.00 | 0.00 |
| 02/23/2007 | 97110 | EXERCISE BY PHYSICIAN/PT | 30.76 | | 30.76 | 0.00 |
| 02/23/2007 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |

| Date | Description | Charges | Receipts | Insurance | Patient |
|---|---|---|---|---|---|
| 02/23/2007 | 97530   THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | Total for services : | 133.95 | 133.95 | 0.00 | 0.00 |
| 03/01/2007 | Expected for services performed : 02/28/2007 | 133.95 | | 0.00 | 0.00 |
| 02/28/2007 | 97110   EXERCISE BY PHYSICIAN/PT | 30.76 | | 30.76 | 0.00 |
| 02/28/2007 | 97112   NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 02/28/2007 | 97530   THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | Total for services : | 133.95 | 133.95 | 0.00 | 0.00 |
| 03/05/2007 | Expected for services performed : 03/02/2007 | 133.95 | | 26.79 | 0.00 |
| 03/02/2007 | 97110   EXERCISE BY PHYSICIAN PT | 30.76 | | 30.76 | 0.00 |
| 03/02/2007 | 97112   NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 03/02/2007 | 97530   THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | Total for services : | 133.95 | 107.16 | 26.79 | 0.00 |
| 03/07/2007 | Expected for services performed : 03/05/2007 | 133.95 | | 0.00 | 0.00 |
| 03/05/2007 | 97110   EXERCISE BY PHYSICIAN/PT | 30.76 | | 30.76 | 0.00 |
| 03/05/2007 | 97112   NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 03/05/2007 | 97530   THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | Total for services : | 133.95 | 133.95 | 0.00 | 0.00 |
| 03/08/2007 | Expected for services performed : 03/07/2007 | 129.41 | | 25.88 | 0.00 |
| 03/07/2007 | 97110   EXERCISE BY PHYSICIAN/PT | 61.52 | | 61.52 | 0.00 |
| 03/07/2007 | 97112   NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 03/07/2007 | 97530   THERAPEUTIC ACT DIRECT (15MINS | 35.30 | | 35.30 | 0.00 |
| | Total for services : | 129.41 | 103.53 | 25.88 | 0.00 |
| 03/13/2007 | Expected for services performed : 03/12/2007 | 133.95 | | 26.79 | 0.00 |
| 03/12/2007 | 97110   EXERCISE BY PHYSICIAN/PT | 30.76 | | 30.76 | 0.00 |
| 03/12/2007 | 97112   NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 03/12/2007 | 97530   THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | Total for services : | 133.95 | 107.16 | 26.79 | 0.00 |
| 03/15/2007 | Expected for services performed : 03/14/2007 | 129.41 | | 25.88 | 0.00 |
| 03/14/2007 | 97110   EXERCISE BY PHYSICIAN/PT | 61.52 | | 61.52 | 0.00 |
| 03/14/2007 | 97112   NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 03/14/2007 | 97530   THERAPEUTIC ACT DIRECT (15MINS | 35.30 | | 35.30 | 0.00 |
| | Total for services : | 129.41 | 103.53 | 25.88 | 0.00 |
| 03/21/2007 | Expected for services performed : 03/19/2007 | 129.41 | | 25.88 | 0.00 |
| 03/19/2007 | 97110   EXERCISE BY PHYSICIAN/PT | 61.52 | | 61.52 | 0.00 |
| 03/19/2007 | 97112   NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 03/19/2007 | 97530   THERAPEUTIC ACT DIRECT (15MINS | 35.30 | | 35.30 | 0.00 |
| | Total for services : | 129.41 | 103.53 | 25.88 | 0.00 |
| 03/26/2007 | Expected for services performed : 03/23/2007 | 129.41 | | 0.00 | 0.00 |
| 03/23/2007 | 97110   EXERCISE BY PHYSICIAN/PT | 61.52 | | 61.52 | 0.00 |
| 03/23/2007 | 97112   NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 03/23/2007 | 97530   THERAPEUTIC ACT DIRECT (15MINS | 35.30 | | 35.30 | 0.00 |
| | Total for services : | 129.41 | 129.41 | 0.00 | 0.00 |
| 03/27/2007 | Expected for services performed : 03/26/2007 | 133.95 | | 0.00 | 0.00 |
| 03/26/2007 | 97110   EXERCISE BY PHYSICIAN/PT | 30.76 | | 30.76 | 0.00 |
| 03/26/2007 | 97112   NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 03/26/2007 | 97530   THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | Total for services : | 133.95 | 133.95 | 0.00 | 0.00 |
| 03/30/2007 | Expected for services performed : 03/28/2007 | 129.41 | | 25.88 | 0.00 |
| 03/28/2007 | 97110   EXERCISE BY PHYSICIAN/PT | 61.52 | | 61.52 | 0.00 |
| 03/28/2007 | 97112   NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |

| Date | Code | Description | Amount | | Amount | Amount |
|---|---|---|---|---|---|---|
| 3/28/2007 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 35.30 | | 35.30 | 0.00 |
| | | Total for services : | 129.41 | 103.53 | 25.88 | 0.00 |
| 04/02/2007 | | Expected for services performed : 03/30/2007 | 129.41 | | 0.00 | 0.00 |
| 03/30/2007 | 97110 | EXERCISE BY PHYSICIAN/PT | 61.52 | | 61.52 | 0.00 |
| 03/30/2007 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 03/30/2007 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 35.30 | | 35.30 | 0.00 |
| | | Total for services : | 129.41 | 129.41 | 0.00 | 0.00 |
| 04/05/2007 | | Expected for services performed : 04/04/2007 | 133.95 | | 0.00 | 0.00 |
| 04/04/2007 | 97110 | EXERCISE BY PHYSICIAN/PT | 30.76 | | 30.76 | 0.00 |
| 04/04/2007 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 04/04/2007 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 70.60 | | 70.60 | 0.00 |
| | | Total for services : | 133.95 | 133.95 | 0.00 | 0.00 |
| 04/10/2007 | | Expected for services performed : 04/09/2007 | 129.41 | | 25.88 | 0.00 |
| 04/09/2007 | 97110 | EXERCISE BY PHYSICIAN/PT | 61.52 | | 61.52 | 0.00 |
| 04/09/2007 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 04/09/2007 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 35.30 | | 35.30 | 0.00 |
| | | Total for services : | 129.41 | 103.53 | 25.88 | 0.00 |
| 04/13/2007 | | Expected for services performed : 04/11/2007 | 129.41 | | 0.00 | 0.00 |
| 04/11/2007 | 97110 | EXERCISE BY PHYSICIAN/PT | 61.52 | | 61.52 | 0.00 |
| 04/11/2007 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 04/11/2007 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 35.30 | | 35.30 | 0.00 |
| | | Total for services : | 129.41 | 129.41 | 0.00 | 0.00 |
| 04/16/2007 | | Expected for services performed : 04/13/2007 | 129.41 | | 0.00 | 0.00 |
| 04/13/2007 | 97110 | EXERCISE BY PHYSICIAN/PT | 61.52 | | 61.52 | 0.00 |
| 04/13/2007 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 04/13/2007 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 35.30 | | 35.30 | 0.00 |
| | | Total for services : | 129.41 | 129.41 | 0.00 | 0.00 |
| 04/19/2007 | | Expected for services performed : 04/18/2007 | 129.41 | | 0.00 | 0.00 |
| 04/18/2007 | 97110 | EXERCISE BY PHYSICIAN/PT | 61.52 | | 61.52 | 0.00 |
| 04/18/2007 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 04/18/2007 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 35.30 | | 35.30 | 0.00 |
| | | Total for services : | 129.41 | 129.41 | 0.00 | 0.00 |
| 04/24/2007 | | Expected for services performed : 04/20/2007 | 129.41 | | 0.00 | 0.00 |
| 04/20/2007 | 97110 | EXERCISE BY PHYSICIAN/PT | 61.52 | | 61.52 | 0.00 |
| 04/20/2007 | 97112 | NEUROMUSCULAR RE-EDUCATION | 32.59 | | 32.59 | 0.00 |
| 04/20/2007 | 97530 | THERAPEUTIC ACT DIRECT (15MINS | 35.30 | | 35.30 | 0.00 |
| | | Total for services : | 129.41 | 129.41 | 0.00 | 0.00 |

| | | |
|---|---|---|
| AMOUNT DUE FROM PATIENT | | 0.00 |
| AMOUNT PENDING INSURANCE | | 403.56 |

| STATEMENT DATE | ACCOUNT NO. | CURRENT AMOUNT DUE | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|
| 9/14/2007 | 0000781 | 0.00 | 0.00 | 0.00 | 0.00 |

*PLEASE RETAIN THIS PORTION FOR YOUR RECORDS*