MOLOD,SPITZ,et al     Fax:2128694242     Dec 20 2007 14:48     P.02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRAVIS GAMBERS,

                  Plaintiff,

-against-

THE CROWN PARADISE HOTELS,
THE CROWN PARADISE CLUB,
MARINA DE ORO, RESORTS
CONDOMINIUMS INTERNATIONAL, LLC,
FN REALTY SERVICES, INC.,

                  Defendants.
-----------------------------------------------------------X

Civil Action No. 1:07-cv-04841-BSJ

**STIPULATION OF DISCONTINUANCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent or person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action and all claims, cross claims and counter claims asserted therein be, and the same hereby are discontinued with prejudice as against defendants, without costs to either party as against the other; and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
        December 11, 2007

ZAREMBA BROWNELL & BROWN PLLC

By: _____
Brian M. Brown, Esq.
Attorneys for Plaintiff
TRAVIS GAMBERS
40 Wall Street, 28th Floor
New York, New York 10005
(212) 400-7223

MOUND, COTTON, WOLLAN & GREENGRASS

By: _____
Steve Turrini, Esq.
Attorneys for Defendant
RCI
One Battery Park Plaza
24 Whitehall Street
New York, New York 10004

MOLOD, SPITZ, DESANTIS, P.C

By: _____
Alice Spitz, Esq.
Attorneys for Defendants
LATINOAMERICANA DE HOTELES, S.A., DE
C.V., SUED HEREIN AS MARINA DE ORO,
THE CROWN PARADISE HOTEL
and THE CROWN PARADISE BEACH CLUB
104 West 40th Street
New York, New York 10018

*The action is dismissed with prejudice.*

*So ordered.*

3/13/08    [signature]
         USMJ